# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FRACTUS, S.A., <br><br> Plaintiff, <br><br> v. <br><br> AT&T MOBILITY LLC <br><br> Defendant. | LEAD CASE <br> Civil Action No. 2:18-cv-0135-JRG |
| FRACTUS, S.A., <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS INC. and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br> Defendants. | CONSOLIDATED CASE <br> Civil Action No. 2:18-cv-0138-JRG <br><br> JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## AS TO VERIZON COMMUNICATIONS INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Fractus, S.A. ("Fractus") and Defendants Verizon Communications Inc. ("VCI") and Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") submit the following Stipulation of Dismissal Without Prejudice as to Defendant VCI and in support thereof state:

1.  On April 9, 2018, Fractus filed suit against VCI and Verizon Wireless for alleged infringement of U.S. Patent No. 6,937,191; U.S. Patent No. 7,250,918; U.S. Patent No.

7,557,768; U.S. Patent No. 7,932,870; U.S. Patent No. 8,228,256; U.S. Patent No. 8,896,493; U.S. Patent No. 9,905,940; U.S. Patent No. 8,497,814; U.S. Patent No. 8,754,824; and U.S. Patent No. 9,450,305.

2. VCI has represented and warrants that: it is a holding company that has no relevant officers, employees, sales representatives, or distributors; it has no role in making, using, offering, selling, importing, or otherwise providing any of the accused products, systems, or services; it does not instruct, direct, or control the activities or decisions of its subsidiaries (or any other entity) with respect to the operations, design, manufacture, sale, or importation of any of the accused products, systems, or services.

3. Verizon Wireless agrees that it will not refuse to provide discovery in the above-captioned case on the grounds that VCI is in possession, custody, or control of such discovery.

4. Verizon Wireless agrees that it will not object to any request for deposition in the above-captioned case on the grounds that the prospective deponent is an employee or officer of VCI (though nothing in this stipulation prevents Verizon Wireless from objecting to a deposition on other grounds).

5. Verizon Wireless or any assignee of Verizon Wireless is able to satisfy any judgment against it in the above-captioned case. VCI and Verizon Wireless each warrant and represent that they will not take any action that will cause Verizon Wireless to be unable to fully satisfy any judgment entered in the above-captioned case.

6. The parties further agree that this Stipulation of Dismissal or any portion thereof shall not be argued to be evidence of infringement or non-infringement, validity or invalidity, and shall not be presented to or mentioned in front of the jury at any trial of the above-captioned case as such evidence or for any other purpose.

7. In reliance upon the representations and warranties made above, Fractus agrees to dismiss VCI without prejudice as allowed under Rule 41(a)(1) of the Federal Rules of Civil Procedure.

8. Fractus has not released, and nothing in this Stipulation should be construed as a release or discharge of, any claim Fractus has or may have in the future against any defendant named in this action or any other asserted infringer of the patents-in-suit. All other rights have been expressly reserved.

9. Neither VCI nor any other subsidiary, holding company, or other entity under its control will file a declaratory judgment action on the asserted patents based on allegations of infringement against Verizon Wireless's antennas against Fractus, except that Verizon Wireless (or any other entity sued by Fractus) may file a declaratory action for such relief.

Accordingly, Fractus, VCI, and Verizon Wireless, by and through undersigned counsel, hereby file this stipulation of dismissal without prejudice as to VCI, which stipulation is self-executing and therefore serves to dismiss VCI from this action, without prejudice and without costs.

Dated: June 15, 2018

Respectfully submitted,

| | |
|---|---|
| /s/ Michael Ng | /s/ Ross R. Barton |
| Michael Ng | Ross R. Barton (NC Bar No. 37179) |
| California State Bar No. 237915 (Lead Attorney) | J. Ravindra Fernando (NC Bar No. 49199) |
| Daniel A. Zaheer | ALSTON & BIRD LLP |
| California State Bar No. 237118 | 101 South Tyron Street, Suite 4000 |
| Michael M. Rosen | Charlotte, North Carolina, 28280 |
| California State Bar No. 230964 | Phone: (704) 444-1000 |
| michael.ng@kobrekim.com | Fax:    (704) 444-1111 |
| daniel.zaheer@kobrekim.com | Email: ross.barton@alston.com |
| michael.rosen@kobrekim.com | ravi.fernando@alston.com |
| **KOBRE & KIM LLP** | |
| 150 California Street, 19th Floor | Michael J. Newton (TX Bar No. 24003844) |
| San Francisco, CA 94111 | Brady Cox (TX Bar No. 24074084) |
| | ALSTON & BIRD LLP |

Telephone: 415-582-4800
Facsimile: 415-582-4811

Hugham Chan
Washington DC Bar No. 1011058
**KOBRE & KIM LLP**
1919 M Street, NW
Washington, DC 20036
Telephone: 202-664-1956
Facsimile: 202-510-2993
E-mail: hugham.chan@kobrekim.com

Adriana Riviere-Badell
Florida State Bar No. 30572
**KOBRE & KIM LLP**
201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Telephone: 305-967-6100
Facsimile: 305-967-6120
E-mail: adriana.riviere-badell@kobrekim.com

S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770

T. John Ward Jr.
Texas State Bar No. 00794818
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea L. Fair
Texas State Bar No. 24078488
jw@jwfirm.com
claire@wsfirm.com
andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, TX 75606
Telephone: 903-757-6400

2828 North Harwood Street, Suite 1800
Dallas, Texas 75201
Phone: (214) 922-3400
Fax:    (214) 922-3899
Email: mike.newton@alston.com
           brady.cox@alston.com

Darlena H. Subashi (NC Bar No. 53142)
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27601
Phone: (919) 862-2200
Fax:    (919) 862-2260
Email: darlena.subashi@alston.com

Michael E. Jones (TX Bar No. 10929400)
POTTER MINTON, a Professional Corporation
110 North College Avenue, Suite 500
Tyler, TX 75702
Phone: 903-597-8311
Fax:    903-593-0846
Email: mikejones@potterminton.com

*Attorneys for Defendants Verizon Communications, Inc., and Cellco Partnership d/b/a Verizon Wireless*

4

Facsimile: 903-757-2323

*Attorneys for Plaintiff*
*FRACTUS, S.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2018, I caused the forgoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Michael Ng*
Michael Ng