IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FRACTUS, S.A.,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC<br><br>    Defendant. | LEAD CASE<br>Civil Action No. 2:18-cv-0135-JRG |
| FRACTUS, S.A.,<br><br>    Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC. and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>    Defendants. | CONSOLIDATED CASE<br>Civil Action No. 2:18-cv-0138-JRG<br><br>JURY TRIAL DEMANDED |

**DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant[1] Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") submits this corporate disclosure statement:

1.   Verizon Communications Inc. ("VCI") indirectly owns 10% or more of Verizon Wireless.

2.   VCI is a publicly held company (NYSE:VZ). No publicly held corporation owns 10% or more of the stock of VCI.

---

[1] Verizon Communications Inc. ("VCI") was also named as a defendant in this case. VCI and Plaintiff have, however, filed a joint stipulation pursuant to Fed. R. Civ. P. 41(a) dismissing VCI.

**2**

Dated: June 15, 2018

Respectfully submitted,

*/s/ Michael E. Jones*
Ross R. Barton (NC Bar No. 37179)
J. Ravindra Fernando (NC Bar No. 49199)
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, North Carolina, 28280
Phone:   (704) 444-1000
Fax:       (704) 444-1111
Email:   ross.barton@alston.com
Email:   ravi.fernando@alston.com

Michael J. Newton (TX Bar No. 24003844)
Brady Cox (TX Bar No. 24074084)
ALSTON & BIRD LLP
2828 North Harwood Street, Suite 1800
Dallas, Texas 75201
Phone:   (214) 922-3400
Fax:       (214) 922-3899
Email:   mike.newton@alston.com
Email:   brady.cox@alston.com

Darlena H. Subashi (NC Bar No. 53142)
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27601
Phone:   (919) 862-2200
Fax:       (919) 862-2260
Email:   darlena.subashi@alston.com

Michael E. Jones (TX Bar No. 10929400)
POTTER MINTON, a Professional
Corporation
110 North College Avenue, Suite 500
Tyler, TX 75702
Phone:   903-597-8311
Fax:       903-593-0846
Email:   mikejones@potterminton.com

*Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 15, 2018.

                                                                */s/ Michael E. Jones*
                                                                Michael E. Jones