IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FRACTUS, S.A.,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC<br><br>    Defendant. | LEAD CASE<br>Civil Action No. 2:18-cv-0135-JRG |
| FRACTUS, S.A.,<br><br>    Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.<br>and CELLCO PARTNERSHIP D/B/A<br>VERIZON WIRELESS,<br><br>    Defendants. | CONSOLIDATED CASE<br>Civil Action No. 2:18-cv-0138-JRG<br><br>JURY TRIAL DEMANDED |

## JURY DEMAND OF CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS

Pursuant to Local Rule CV-38(a), Defendant Cellco Partnership d/b/a Verizon Wireless respectfully demands a jury trial on all issues so triable.

Dated: June 15, 2018

Respectfully submitted,

*/s/ Michael E. Jones*
Ross R. Barton (NC Bar No. 37179)
J. Ravindra Fernando (NC Bar No. 49199)
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, North Carolina, 28280
Phone:  (704) 444-1000
Fax:     (704) 444-1111
Email:  ross.barton@alston.com
Email:  ravi.fernando@alston.com

Michael J. Newton (TX Bar No. 24003844)
Brady Cox (TX Bar No. 24074084)
ALSTON & BIRD LLP
2828 North Harwood Street, Suite 1800
Dallas, Texas 75201
Phone: (214) 922-3400
Fax: (214) 922-3899
Email: mike.newton@alston.com
Email: brady.cox@alston.com

Darlena H. Subashi (NC Bar No. 53142)
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27601
Phone: (919) 862-2200
Fax: (919) 862-2260
Email: darlena.subashi@alston.com

Michael E. Jones (TX Bar No. 10929400)
POTTER MINTON, a Professional
Corporation
110 North College Avenue, Suite 500
Tyler, TX 75702
Phone: 903-597-8311
Fax: 903-593-0846
Email: mikejones@potterminton.com

*Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 15, 2018.

/s/Michael E. Jones
Michael E. Jones