UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FRACTUS, S.A.,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC<br><br>    Defendant. | LEAD CASE<br>Civil Action No. 2:18-cv-0135-JRG |
| FRACTUS, S.A.,<br><br>    Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.<br>and CELLCO PARTNERSHIP D/B/A<br>VERIZON WIRELESS,<br><br>    Defendants. | CONSOLIDATED CASE<br>Civil Action No. 2:18-cv-0138-JRG<br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, J. Ravindra Fernando, enters his appearance in the above-referenced proceedings for Defendant CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS ("Verizon").  Verizon respectfully requests that the Court take note of this Notice of Appearance and make J. Ravindra Fernando one of the attorneys of record in this lawsuit.  Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to J. Ravindra Fernando at the address set forth below.

Dated: June 18, 2018

Respectfully submitted,

*/s/ J. Ravindra Fernando*
Ross R. Barton (NC Bar No. 37179)
J. Ravindra Fernando (NC Bar No. 49199)
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, North Carolina, 28280
Phone:   (704) 444-1000
Fax:       (704) 444-1111
Email:    ross.barton@alston.com
Email:    ravi.fernando@alston.com

Michael J. Newton (TX Bar No. 24003844)
Brady Cox (TX Bar No. 24074084)
ALSTON & BIRD LLP
2828 North Harwood Street, Suite 1800
Dallas, Texas 75201
Phone:   (214) 922-3400
Fax:       (214) 922-3899
Email:    mike.newton@alston.com
Email:    brady.cox@alston.com

Darlena H. Subashi (NC Bar No. 53142)
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27601
Phone:   (919) 862-2200
Fax:       (919) 862-2260
Email:    darlena.subashi@alston.com

Michael E. Jones (TX Bar No. 10929400)
POTTER MINTON, a Professional
Corporation
110 North College Avenue, Suite 500
Tyler, TX 75702
Phone:   903-597-8311
Fax:       903-593-0846
Email:    mikejones@potterminton.com

*Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served via electronic mail on June 18, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ J. Ravindra Fernando*
J. Ravindra Fernando
