**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| FRACTUS, S.A. | § | |
| | § | |
| v. | § | Case No. 2:18-CV-0135-JRG |
| | § | LEAD CASE |
| AT&T MOBILITY LLC | § | |

**ORDER APPOINTING MEDIATOR**

IT IS ORDERED that Antonio Piazza, Mediated Negotiations, 601 California Street # 750, San Francisco, California 94108 telephone number 415-421-1177, Email: mg@mediatednegotiations.com, is hereby appointed as mediator in the above referenced lead case only and not the member cases. The Court designates plaintiff's counsel to be responsible for timely contacting the mediator and defendant's counsel to coordinate a date for the mediation. Mediation shall be completed by the date set forth in the Docket Control Order.

Mediation shall be governed by the Court-Annexed Mediation Plan, found at: http://www.txed.uscourts.gov/?q=court-annexed-mediation-plan. In particular and without limitation, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement. Exceptions to this requirement may be made only by the presiding judge in writing. Further, this Court's Standing Order Regarding the Use of Local Counsel in Mediation (dated April 30, 2018 and found at http://www.txed.uscourts.gov/?q=judge/chief-district-judge-rodney-gilstrap) shall be complied with wherever applicable.

- 2 -

**So Ordered this**

**Jul 6, 2018**

                                               RODNEY GILSTRAP
                                               UNITED STATES DISTRICT JUDGE