IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FRACTUS, S.A., <br><br> Plaintiff, <br><br> v. <br><br> AT&T MOBILITY LLC, <br><br> Defendant, <br><br> and <br><br> COMMSCOPE TECHNOLOGIES LLC and CELLMAX TECHNOLOGIES AB, <br><br> Intervenor-Defendants. | JURY TRIAL DEMANDED <br><br><br><br><br><br><br><br> Case No. 2:18-cv-00135-JRG <br> LEAD CASE |
| SPRINT COMMUNICATIONS COMPANY, L.P., ET AL., <br><br> Defendants, <br><br> and <br><br> COMMSCOPE TECHNOLOGIES LLC and CELLMAX TECHNOLOGIES AB, <br><br> Intervenor-Defendants. | Case No. 2:18-cv-00136-JRG |
| T-MOBILE US, INC., ET AL., <br><br> Defendants, <br><br> and <br><br> COMMSCOPE TECHNOLOGIES LLC and CELLMAX TECHNOLOGIES AB, <br><br> Intervenor-Defendants. | Case No. 2:18-cv-00137-JRG |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, | Case No. 2:18-cv-00138-JRG |

|  |
|---|
| Defendant, |
| and |
| COMMSCOPE TECHNOLOGIES LLC, |
| Intervenor-Defendant. |

## JOINT MOTION FOR ENTRY OF ORDER FOCUSING ASSERTED CLAIMS AND PRIOR ART

The parties jointly request that the Court enter an Order Focusing Asserted Claims and Prior Art. The attached Order sets forth the parties' agreements and disagreements regarding a staged procedure by which the parties will reduce the number of asserted claims and prior art references in the above-captioned matters in order to reduce costs and the burden on both the parties and the Court.

The parties respectfully request that the Court grant this joint motion, resolve their disputes and enter the attached an Order Focusing Asserted Claims and Prior Art.

DATED: December 12, 2018

**NORTON ROSE FULBRIGHT US LLP**

Brett C. Govett
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 855-8118
brett.govvett@nortonrosefulbright.com

Daniel S. Leventhal
NORTON ROSE FULBRIGHT US LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: (713) 651-8360
daniel.leventhal@nortonrosefulbright.com

**GIBSON, DUNN & CRUTCHER LLP**

/s/  Neema Jalali

Josh Krevitt
Benjamin Hershkowitz
Royce Zeisler
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
jkrevitt@gibsondunn.com
bhershkowitz@gibsondunn.com
rzeisler@gibsondunn.com

Neema Jalali
Lead Attorney
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8258

njalali@gibsondunn.com

Eric T. Syu
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3800
esyu@gibsondunn.com

Nathan R. Curtis (#24078390)
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
Telephone: (214) 698-3100
ncurtis@gibsondunn.com

*Counsel for Defendant AT&T Mobility LLC*

*/s/ Shaun Hassett*
Robert W. Weber (Texas Bar No. 21044800)
Smith Weber LLP
5505 Plaza Drive
P.O. Box 6167
Texarkana, TX 75505
Telephone: 903.223.5656
Facsimile: 903.223.5652
bweber@smithweber.com

Shaun W. Hassett (Texas Bar No. 24074372)
Lead Attorney
McGuireWoods LLP
2000 McKinney Ave., Suite 1400
Dallas, TX 75201
Telephone: 214.932.6400
Facsimile: 214.932.6499
shassett@mcguirewoods.com

David E. Finkelson (*pro hac vice*)
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
Telephone: 804.775.1374
Facsimile: 804.698.2264
dfinkelson@mcguirewoods.com

*Counsel for Defendants Sprint Communications Company, L.P., Sprint Spectrum L.P., Sprint Solutions, Inc., and Nextel Operations, Inc.*

*/s/ Brady Cox*
Ross R. Barton (NC Bar No. 37179)
J. Ravindra Fernando (NC Bar No. 49199)
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, North Carolina, 28280
Phone:   (704) 444-1000
Fax:       (704) 444-1111
Email:   ross.barton@alston.com
Email:   ravi.fernando@alston.com

Michael J. Newton (TX Bar No. 24003844)
Brady Cox (TX Bar No. 24074084)
ALSTON & BIRD LLP
2828 North Harwood Street, Suite 1800
Dallas, Texas 75201
Phone:   (214) 922-3400
Fax:       (214) 922-3899
Email:   mike.newton@alston.com
Email:   brady.cox@alston.com

Darlena H. Subashi (NC Bar No. 53142)
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27601
Phone:   (919) 862-2200
Fax:       (919) 862-2260
Email:   darlena.subashi@alston.com

Michael E. Jones (TX Bar No. 10929400)
POTTER MINTON, a Professional Corporation
110 North College Avenue, Suite 500
Tyler, TX 75702
Phone:   903-597-8311
Fax:       903-593-0846
Email:   mikejones@potterminton.com

*Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless*

/s/ *Doug Kubehl*
Douglas M. Kubehl
Texas State Bar No. 00796909
E-mail: doug.kubehl@bakerbotts.com
Jeffery D. Baxter
Texas State Bar No. 24006816
E-mail: jeff.baxter@bakerbotts.com
David Tobin
Texas State Bar No. 24060735
E-mail: david.tobin@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

Sarah J. Guske
California State Bar No. 232467
E-mail: sarah.guske@bakerbotts.com
**BAKER BOTTS L.L.P.**
101 California St.
San Francisco, CA 94111
Telephone: (415) 291-6200
Facsimile: (214) 953-6503

Syed K. Fareed
Texas State Bar No. 24065216
E-mail: syed.fareed@bakerbotts.com
Valerie Barker
Texas State Bar No. 24087141
E-mail: valerie.barker@bakerbotts.com
Bailey Morgan Watkins
Texas State Bar No. 24102244
E-mail: bailey.watkins@bakerbotts.com
**BAKER BOTTS L.L.P.**
98 San Jacinto Blvd #1500
Austin, TX 78701
Telephone: (512) 322-2500
Facsimile: (214) 953-6503

*ATTORNEYS FOR T-MOBILE USA, INC., and T-MOBILE US, INC.*


*/s/ Michael Ng*

Michael Ng
California State Bar No. 237915 (Lead Attorney)
Daniel A. Zaheer
California State Bar No. 237118
Michael M. Rosen
California State Bar No. 230964
Luke J. Burton
California State Bar No. 301247
michael.ng@kobrekim.com
daniel.zaheer@kobrekim.com
michael.rosen@kobrekim.com
luke.burton@kobrekim.com
**KOBRE & KIM LLP**
150 California Street, 19th Floor
San Francisco, CA 94111
Telephone: 415-582-4800
Facsimile: 415-582-4811

Hugham Chan
Washington DC Bar No. 1011058
**KOBRE & KIM LLP**
1919 M Street, NW
Washington, DC 20036
Telephone: 202-664-1956
Facsimile: 202-510-2993
E-mail:hugham.chan@kobrekim.com

Adriana Riviere-Badell
Florida State Bar No. 30572
**KOBRE & KIM LLP**
201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Telephone: 305-967-6100
Facsimile: 305-967-6120
E-mail: adriana.riviere-badell@kobrekim.com

S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.
Gladewater, TX 75647

        Telephone: 903-845-5770

        T. John Ward Jr.
        Texas State Bar No. 00794818
        Claire Abernathy Henry
        Texas State Bar No. 24053063
        Andrea L. Fair
        Texas State Bar No. 24078488
        jw@jwfirm.com
        claire@wsfirm.com
        andrea@wsfirm.com
        **WARD, SMITH & HILL, PLLC**
        PO Box 1231
        Longview, TX 75606
        Telephone: 903-757-6400
        Facsimile: 903-757-2323

        *Attorneys for Plaintiff*
        *Fractus, S.A.*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically on December 12, 2018, pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

        */s/ Michael Ng*