# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A., <br><br> Plaintiff, <br><br> v. <br><br> AT&T MOBILITY LLC, | § § § § § § § § § | **CIVIL ACTION NO. 2:18-CV-00135-JRG** <br> **LEAD CASE** |
| SPRINT COMMUNICATIONS COMPANY, L.P., SPRINT SPECTRUM, L.P., SPRINT SOLUTIONS, INC., NEXTEL OPERATIONS, INC., | § § § § § § | **CIVIL ACTION NO. 2:18-CV-00136-JRG** <br> **MEMBER CASE** |
| T-MOBILE US, INC., T-MOBILE USA, INC., | § § § § | **CIVIL ACTION NO. 2:18-CV-00137-JRG** <br> **MEMBER CASE** |
| VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br> Defendants. | § § § § § § | **CIVIL ACTION NO. 2:18-CV-00138-JRG** <br> **MEMBER CASE** |

## ORDER

The Court issues this Order *sua sponte*. Before the Court is the Parties' Joint Motion for Entry of Order Focusing Asserted Claims and Prior Art. (Dkt. No. 110.) The Parties[1] are hereby **ORDERED** to file supplemental briefing regarding the following issues within the context of these cases: (1) whether an intervenor is entitled to the same rights as a joined party (i.e., a named defendant) and if not, what are the distinctions; (2) whether a plaintiff can assert a separate

---

[1] For the purposes of this Order, Plaintiff Fractus, S.A. ("Fractus"), Defendant AT&T Mobility, LLC ("AT&T"), Defendants Sprint Communications Company, L.P., Sprint Spectrum, Sprint Solutions, Inc., and Nextel Operations (collectively, "Sprint"), Defendants T-Mobile US, Inc. and T-Mobile USA, INC (collectively, "T-Mobile"), Defendants Verizon Communications and Cellco Partnership d/b/a Verizon Wireless (collectively, "Verizon"), Defendant-Intervenor CommScope Technologies, LLC, and Defendant-Intervenor CellMax Technologies AB may **each** file such supplemental briefing.

infringement claim against an intervenor (i.e., not in conjunction with a claim against a named defendant); and (3) whether an intervenor can independently assert a claim for declaratory judgment against a plaintiff.

Such briefing shall be limited to not more than fifteen (15) pages and must be submitted within three (3) days of this Order.

**So ORDERED and SIGNED this 23rd day of January, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE