**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| FRACTUS, S.A.,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC,<br><br>Defendant,<br><br>and<br><br>COMMSCOPE TECHNOLOGIES LLC and CELLMAX TECHNOLOGIES AB,<br><br>Intervenor-Defendants. | Case No. 2:18-cv-00135-JRG<br>LEAD CASE |
| SPRINT COMMUNICATIONS COMPANY, L.P., ET AL.,<br><br>Defendants,<br><br>and<br><br>COMMSCOPE TECHNOLOGIES LLC and CELLMAX TECHNOLOGIES AB,<br><br>Intervenor-Defendants. | Case No. 2:18-cv-00136-JRG |
| T-MOBILE US, INC., ET AL.,<br><br>Defendants,<br><br>and<br><br>COMMSCOPE TECHNOLOGIES LLC and CELLMAX TECHNOLOGIES AB,<br><br>Intervenor-Defendants. | Case No. 2:18-cv-00137-JRG |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, | Case No. 2:18-cv-00138-JRG |

|  |
|---|
| Defendant, |
| and |
| COMMSCOPE TECHNOLOGIES LLC, |
| Intervenor-Defendant. |

## DECLARATION OF ADRIANA RIVIERE-BADELL

1. My name is Adriana Riviere-Badell. I have personal knowledge of the facts contained herein, which are true and correct. If called as a witness, I could competently testify as to these statements.

2. I am a partner with the law firm of Kobre & Kim, LLP, which represents the Plaintiff Fractus, S.A. ("Fractus") in the above-captioned lawsuit.

3. Attached as Exhibit A is a true and correct copy of an e-mail string between my colleague Hugham Chang and counsel for Defendant T-Mobile US, Inc. et al. ("T-Mobile"), copying counsel for Defendants, dated November 19, 2018 through November 21, 2018.

4. Attached as Exhibit B is a true and correct copy of a letter from me to counsel for Defendants dated December 20, 2018.

5. Attached as Exhibit C is a true and correct copy of a letter from counsel for Defendant T-Mobile to me, copying counsel for Defendants, dated December 28, 2018.

6. Attached as Composite Exhibit D is a true and correct copy of an e-mail string, including attachments, between me and counsel for Defendant T-Mobile, copying counsel for Defendants, dated December 28, 2018 through January 31, 2019.

7. Attached as Composite Exhibit E is a true and correct copy of an e-mail string, including attachments, between counsel for Defendant T-Mobile and counsel for Fractus, copying counsel for Defendants, dated January 29, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 31, 2019,

>	*/s/ Adriana Riviere-Badell*
>	Adriana Riviere-Badell