# EXHIBIT D

## Daniel Valenzuela

| | |
|---|---|
| **From:** | Adriana Riviere-Badell |
| **Sent:** | Thursday, January 31, 2019 2:07 PM |
| **To:** | Tim A Lindquist; Hassett, Shaun W.; Jalali, Neema; [EXT] Barker, Valerie; sarah.guske@bakerbotts.com; celia.guglielmi@bakerbotts.com; sonja.guenter@bakerbotts.com; Hugham Chan; Michael Ng; Daniel Zaheer; Luke Burton; Michael M. Rosen; ederieux@capshawlaw.com; jw_wsfirm.com; andrea@wsfirm.com; claire_wsfirm.com; melissa_gillamsmithlaw.com; peter@ayersiplaw.com; Michael D. Jones; ross.barton@alston.com; ravi.fernando@alston.com; mike.newton@alston.com; VIZIO:Cox, Brady; darlena.subashi@alston.com; diana@gillamsmithlaw.com; Douglas M. Kubehl; bailey.watkins@bakerbotts.com; syed.fareed@bakerbotts.com; jeff.baxter@bakerbotts.com; David.Tobin@BakerBotts.com; Hershkowitz, Benjamin; Krevitt, Josh; Syu, Eric T.; Curtis, Nathan R.; Zeisler, Royce; brett.govett@nortonrosefulbright.com; daniel.leventhal@nortonrosefulbright.com; bweber_smithweber.com; Finkelson, David E.; Tu, Genie; wrlamb@gillamsmithlaw.com; cason.cole@bakerbotts.com; patrickclutter@potterminton.com; Brad Micsky; Caroline L Marsili; Dennis C Bremer; efindlay@findlaycraft.com; Iain A McIntyre; Matthew J Goggin; Phil  Caspers; bcraft_findlaycraft.com |
| **Cc:** | DLBBFractusTMO@BakerBotts.com; Sprint_Fractus; Verizon-Fractus@alston.com; *** GDC-ATT_FRACTUS; CommScope_Fractus |
| **Subject:** | RE: Fractus, S.A. v. AT&T Mobility LLC, et al. No. 2:18-cv-00135-JRG (Consolidated) |

Thanks to all who responded. I'm also correcting Eric Findlay's email address here.


Adriana Riviere-Badell
+1 305 967 6117

**KOBRE & KIM LLP**
**www.kobrekim.com**

New York  |  Hong Kong  |  London  |  Seoul  |  Shanghai  |  Tel Aviv  |  Miami  |  San Francisco  |  Washington DC  |  BVI  |  Cayman Islands

**From:** Tim A Lindquist [mailto:TLindquist@carlsoncaspers.com]
**Sent:** Thursday, January 31, 2019 1:32 PM
**To:** Hassett, Shaun W. <SHassett@mcguirewoods.com>; Jalali, Neema <NJalali@gibsondunn.com>; Adriana Riviere-Badell <Adriana.Riviere-Badell@kobrekim.com>; [EXT] Barker, Valerie <valerie.barker@bakerbotts.com>; sarah.guske@bakerbotts.com; celia.guglielmi@bakerbotts.com; sonja.guenter@bakerbotts.com; Hugham Chan <Hugham.Chan@kobrekim.com>; Michael Ng <Michael.Ng@kobrekim.com>; Daniel Zaheer <Daniel.Zaheer@kobrekim.com>; Luke Burton <Luke.Burton@kobrekim.com>; Michael M. Rosen <Michael.Rosen@kobrekim.com>; ederieux@capshawlaw.com; jw_wsfirm.com <jw@wsfirm.com>; andrea@wsfirm.com; claire_wsfirm.com <claire@wsfirm.com>; melissa_gillamsmithlaw.com <melissa@gillamsmithlaw.com>; peter@ayersiplaw.com; Michael D. Jones <mikejones@potterminton.com>; ross.barton@alston.com; ravi.fernando@alston.com; mike.newton@alston.com; VIZIO:Cox, Brady <Brady.Cox@alston.com>; darlena.subashi@alston.com; diana@gillamsmithlaw.com; Douglas M. Kubehl <doug.kubehl@bakerbotts.com>; bailey.watkins@bakerbotts.com; syed.fareed@bakerbotts.com; jeff.baxter@bakerbotts.com; David.Tobin@BakerBotts.com; Hershkowitz, Benjamin <BHershkowitz@gibsondunn.com>;

Krevitt, Josh <JKrevitt@gibsondunn.com>; Syu, Eric T. <ESyu@gibsondunn.com>; Curtis, Nathan R. <NCurtis@gibsondunn.com>; Zeisler, Royce <RZeisler@gibsondunn.com>; brett.govett@nortonrosefulbright.com; daniel.leventhal@nortonrosefulbright.com; bweber_smithweber.com <bweber@smithweber.com>; Finkelson, David E. <dfinkelson@mcguirewoods.com>; Tu, Genie <GTu@mcguirewoods.com>; wrlamb@gillamsmithlaw.com; cason.cole@bakerbotts.com; patrickclutter@potterminton.com; Brad Micsky <BMicsky@carlsoncaspers.com>; Caroline L Marsili <CMarsili@carlsoncaspers.com>; Dennis C Bremer <DBremer@carlsoncaspers.com>; efindlay@findlaywcraft.com; Iain A McIntyre <IMcIntyre@carlsoncaspers.com>; Matthew J Goggin <MGoggin@carlsoncaspers.com>; Phil Caspers <PCaspers@carlsoncaspers.com>; bcraft_findlaycraft.com <bcraft@findlaycraft.com>
**Cc:** DLBBFractusTMO@BakerBotts.com; Sprint_Fractus <Sprint_Fractus@mcguirewoods.com>; Verizon-Fractus@alston.com; *** GDC-ATT_FRACTUS <GDCATTFRACTUS@gibsondunn.com>; CommScope_Fractus <CommScope_Fractus@carlsoncaspers.com>
**Subject:** RE: Fractus, S.A. v. AT&T Mobility LLC, et al. No. 2:18-cv-00135-JRG (Consolidated)

Adriana,

CommScope also agrees.

Tim

**CARLSON CASPERS**

**Tim  Lindquist**
direct 612.436.9619
tlindquist@carlsoncaspers.com

carlsoncaspers.com

---

**From:** Hassett, Shaun W. [mailto:SHassett@mcguirewoods.com]
**Sent:** Thursday, January 31, 2019 12:21 PM
**To:** Jalali, Neema; Adriana.Riviere-Badell@kobrekim.com; [EXT] Barker, Valerie; sarah.guske@bakerbotts.com; celia.guglielmi@bakerbotts.com; sonja.guenter@bakerbotts.com; Hugham.Chan@kobrekim.com; Michael.Ng@kobrekim.com; Daniel.Zaheer@kobrekim.com; Luke.Burton@kobrekim.com; Michael.Rosen@kobrekim.com; ederieux@capshawlaw.com; jw_wsfirm.com; andrea@wsfirm.com; claire_wsfirm.com; melissa_gillamsmithlaw.com; peter@ayersiplaw.com; Michael D. Jones; ross.barton@alston.com; ravi.fernando@alston.com; mike.newton@alston.com; VIZIO:Cox, Brady; darlena.subashi@alston.com; diana@gillamsmithlaw.com; Douglas M. Kubehl; bailey.watkins@bakerbotts.com; syed.fareed@bakerbotts.com; jeff.baxter@bakerbotts.com; David.Tobin@BakerBotts.com; Hershkowitz, Benjamin; Krevitt, Josh; Syu, Eric T.; Curtis, Nathan R.; Zeisler, Royce; brett.govett@nortonrosefulbright.com; daniel.leventhal@nortonrosefulbright.com; bweber_smithweber.com; Finkelson, David E.; Tu, Genie; wrlamb@gillamsmithlaw.com; cason.cole@bakerbotts.com; patrickclutter@potterminton.com; Brad Micsky; Caroline L Marsili; Dennis C Bremer; efindlay@findlaywycraft.com; Iain A McIntyre; Matthew J Goggin; Phil Caspers; bcraft_findlaycraft.com; Tim A Lindquist
**Cc:** DLBBFractusTMO@BakerBotts.com; Sprint_Fractus; Verizon-Fractus@alston.com; *** GDC-ATT_FRACTUS; CommScope_Fractus
**Subject:** RE: Fractus, S.A. v. AT&T Mobility LLC, et al. No. 2:18-cv-00135-JRG (Consolidated)

Adriana,

Sprint also agrees.

Best,

Shaun

---

**From:** Jalali, Neema <NJalali@gibsondunn.com>
**Sent:** Thursday, January 31, 2019 11:56 AM
**To:** Adriana.Riviere-Badell@kobrekim.com; [EXT] Barker, Valerie <valerie.barker@bakerbotts.com>; sarah.guske@bakerbotts.com; celia.guglielmi@bakerbotts.com; sonja.guenter@bakerbotts.com; Hugham.Chan@kobrekim.com; Michael.Ng@kobrekim.com; Daniel.Zaheer@kobrekim.com; Luke.Burton@kobrekim.com; Michael.Rosen@kobrekim.com; ederieux@capshawlaw.com; jw_wsfirm.com <jw@wsfirm.com>; andrea@wsfirm.com; claire_wsfirm.com <claire@wsfirm.com>; melissa_gillamsmithlaw.com <melissa@gillamsmithlaw.com>; peter@ayersiplaw.com; Michael D. Jones <mikejones@potterminton.com>; ross.barton@alston.com; ravi.fernando@alston.com; mike.newton@alston.com; VIZIO:Cox, Brady <Brady.Cox@alston.com>; darlena.subashi@alston.com; diana@gillamsmithlaw.com; Douglas M. Kubehl <doug.kubehl@bakerbotts.com>; bailey.watkins@bakerbotts.com; syed.fareed@bakerbotts.com; jeff.baxter@bakerbotts.com; David.Tobin@BakerBotts.com; Hershkowitz, Benjamin <BHershkowitz@gibsondunn.com>; Krevitt, Josh <JKrevitt@gibsondunn.com>; Syu, Eric T. <ESyu@gibsondunn.com>; Curtis, Nathan R. <NCurtis@gibsondunn.com>; Zeisler, Royce <RZeisler@gibsondunn.com>; brett.govett@nortonrosefulbright.com; daniel.leventhal@nortonrosefulbright.com; bweber_smithweber.com <bweber@smithweber.com>; Finkelson, David E. <dfinkelson@mcguirewoods.com>; Hassett, Shaun W. <SHassett@mcguirewoods.com>; Tu, Genie <GTu@mcguirewoods.com>; wrlamb@gillamsmithlaw.com; cason.cole@bakerbotts.com; patrickclutter@potterminton.com; bmicsky@carlsoncaspers.com; cmarsili@carlsoncaspers.com; dbremer@carlsoncaspers.com; efindlay@findlawycraft.com; imcintyre@carlsoncaspers.com; mgoggin@carlsoncaspers.com; pcaspers@carlsoncaspers.com; bcraft_findlaycraft.com <bcraft@findlaycraft.com>; tlindquist@carlsoncaspers.com
**Cc:** DLBBFractusTMO@BakerBotts.com; Sprint_Fractus <Sprint_Fractus@mcguirewoods.com>; Verizon-Fractus@alston.com; *** GDC-ATT_FRACTUS <GDCATTFRACTUS@gibsondunn.com>; CommScope_Fractus@carlsoncaspers.com
**Subject:** RE: Fractus, S.A. v. AT&T Mobility LLC, et al. No. 2:18-cv-00135-JRG (Consolidated)

Adriana,

AT&T agrees with T-Mobile's position.

Thanks,
Neema

**Neema Jalali**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8258 • Fax +1 415.374.8409
NJalali@gibsondunn.com • www.gibsondunn.com

---

**From:** Adriana.Riviere-Badell@kobrekim.com <Adriana.Riviere-Badell@kobrekim.com>
**Sent:** Thursday, January 31, 2019 9:05 AM
**To:** [EXT] Barker, Valerie <valerie.barker@bakerbotts.com>; sarah.guske@bakerbotts.com; celia.guglielmi@bakerbotts.com; sonja.guenter@bakerbotts.com; Hugham.Chan@kobrekim.com; Michael.Ng@kobrekim.com; Daniel.Zaheer@kobrekim.com; Luke.Burton@kobrekim.com; Michael.Rosen@kobrekim.com; ederieux@capshawlaw.com; jw@wsfirm.com; andrea@wsfirm.com; claire@wsfirm.com; Jalali, Neema <NJalali@gibsondunn.com>; melissa@gillamsmithlaw.com; peter@ayersiplaw.com;

mikejones@potterminton.com; ross.barton@alston.com; ravi.fernando@alston.com; mike.newton@alston.com; VIZIO:Cox, Brady <Brady.Cox@alston.com>; darlena.subashi@alston.com; diana@gillamsmithlaw.com; doug.kubehl@bakerbotts.com; bailey.watkins@bakerbotts.com; syed.fareed@bakerbotts.com; jeff.baxter@bakerbotts.com; David.Tobin@BakerBotts.com; Hershkowitz, Benjamin <BHershkowitz@gibsondunn.com>; Krevitt, Josh <JKrevitt@gibsondunn.com>; Syu, Eric T. <ESyu@gibsondunn.com>; Curtis, Nathan R. <NCurtis@gibsondunn.com>; Zeisler, Royce <RZeisler@gibsondunn.com>; TXED:Govett, Brett <brett.govett@nortonrosefulbright.com>; Daniel.leventhal@nortonrosefulbright.com; bweber@smithweber.com; RUM-DMinn:Finkelson, David E. <dfinkelson@mcguirewoods.com>; RUM-DMinn:Hassett, Shaun <shassett@mcguirewoods.com>; gtu@mcguirewoods.com; wrlamb@gillamsmithlaw.com; cason.cole@bakerbotts.com; patrickclutter@potterminton.com; bmicsky@carlsoncaspers.com; cmarsili@carlsoncaspers.com; dbremer@carlsoncaspers.com; efindlay@findlawycraft.com; imcintyre@carlsoncaspers.com; mgoggin@carlsoncaspers.com; pcaspers@carlsoncaspers.com; bcraft@findlaycraft.com; tlindquist@carlsoncaspers.com
**Cc:** DLBBFractusTMO@BakerBotts.com; Sprint_Fractus@mcguirewoods.com; Verizon-Fractus@alston.com; *** GDC-ATT_FRACTUS <GDCATTFRACTUS@gibsondunn.com>; CommScope_Fractus@carlsoncaspers.com
**Subject:** RE: Fractus, S.A. v. AT&T Mobility LLC, et al. No. 2:18-cv-00135-JRG (Consolidated)

[External Email]
Dear Counsel,

Per the below, we had a meet and confer call this morning regarding Fractus' motion to supplement the Defendants' Application for Judicial Assistance. I am attaching a meet and confer draft of that motion, which is near-final but we are still filling in exhibit cites and have also left the certificate of conference highlighted for finalization. We plan to file the finalized version of the attached by the end of the day CT.

Although T-Mobile's counsel has taken the lead since the beginning on communicating defendants' position on the requests, this morning, T-Mobile stated that it only spoke for itself with respect to its position on Fractus' motion. T-Mobile's position, which Verizon joined, is as follows:

- They do not oppose Fractus's request to supplement the Defendants' Application to name Fractus as a party to the proceedings and to allow Fractus to participate in any proceedings that may occur in Spain, including any questioning of witnesses, if the Spanish authorities permit such questioning (points 1 and 2 of the motion)
- They do oppose Fractus's request to supplement the Defendants' Application with Fractus's position that the Application does not comply with the applicable law (point 3 of the motion)
- They do not oppose Fractus's request for expedited treatment of Fractus's motion and have agreed to file their response to the motion within 1 week of the filing (if filed today, the response would be due next Thursday, February 7)

We ask that any Defendants or intervenors who wish to take a position on Fractus's motion inform us as soon as possible today before the close of business CT, whether they will join T-Mobile and Verizon's position described above or whether they will take a different position, and what that different position is. If we do not hear from you today, we will note that you oppose all of the relief requested in the Motion. As stated below, given that defendants served the deficient application over our objection, our motion is time sensitive so we intend to file it today.

Kind regards,

Adriana


Adriana Riviere-Badell
+1 305 967 6117

**KOBRE & KIM LLP**
www.kobrekim.com

New York  |  Hong Kong  |  London  |  Seoul  |  Shanghai  |  Tel Aviv  |  Miami  |  San Francisco  |  Washington
DC  |  BVI  |  Cayman Islands

---

**From:** valerie.barker@bakerbotts.com [mailto:valerie.barker@bakerbotts.com]
**Sent:** Wednesday, January 30, 2019 5:15 PM
**To:** Adriana Riviere-Badell <Adriana.Riviere-Badell@kobrekim.com>; sarah.guske@bakerbotts.com;
celia.guglielmi@bakerbotts.com; sonja.guenter@bakerbotts.com; Hugham Chan <Hugham.Chan@kobrekim.com>;
Michael Ng <Michael.Ng@kobrekim.com>; Daniel Zaheer <Daniel.Zaheer@kobrekim.com>; Luke Burton
<Luke.Burton@kobrekim.com>; Michael M. Rosen <Michael.Rosen@kobrekim.com>; ederieux@capshawlaw.com;
jw@wsfirm.com; andrea@wsfirm.com; claire@wsfirm.com
**Cc:** DLBBFractusTMO@BakerBotts.com; melissa@gillamsmithlaw.com; NJalali@gibsondunn.com;
Sprint_Fractus@mcguirewoods.com; Verizon-Fractus@alston.com; peter@ayersiplaw.com;
GDCATTFRACTUS@gibsondunn.com; CommScope_Fractus@carlsoncaspers.com
**Subject:** RE: Fractus, S.A. v. AT&T Mobility LLC, et al. No. 2:18-cv-00135-JRG (Consolidated)

Adriana,

9:30 am CT works for us. Thank you for being flexible.

T-Mobile confirms that it will notify Fractus of any communications it receives from the Spanish Central Authority.

Regards,
Valerie

---

**From:** Adriana.Riviere-Badell@kobrekim.com <Adriana.Riviere-Badell@kobrekim.com>
**Sent:** Wednesday, January 30, 2019 4:04 PM
**To:** Barker, Valerie <valerie.barker@bakerbotts.com>; Guske, Sarah <sarah.guske@bakerbotts.com>; Guglielmi, Celia
<celia.guglielmi@bakerbotts.com>; Guenter, Sonja <sonja.guenter@bakerbotts.com>; Hugham.Chan@kobrekim.com;
Michael.Ng@kobrekim.com; Daniel.Zaheer@kobrekim.com; Luke.Burton@kobrekim.com;
Michael.Rosen@kobrekim.com; DeRieux, Betty <ederieux@capshawlaw.com>; jw@wsfirm.com; andrea@wsfirm.com;
claire@wsfirm.com
**Cc:** DL BB-Fractus-TMO <DLBBFractusTMO@BakerBotts.com>; EXT Smith, Melissa (T-Mobile)
<melissa@gillamsmithlaw.com>; EXT Neema Jalali <NJalali@gibsondunn.com>; Sprint_Fractus@mcguirewoods.com;
Verizon-Fractus@alston.com; peter@ayersiplaw.com; GDCATTFRACTUS@gibsondunn.com;
CommScope_Fractus@carlsoncaspers.com
**Subject:** RE: Fractus, S.A. v. AT&T Mobility LLC, et al. No. 2:18-cv-00135-JRG (Consolidated)

Dear Valerie,

We are available starting at 9:30 a.m. CT. Given that defendants served the deficient application over our objection, we
cannot wait until next week to file our motion, which we will seek to have treated on an expedited basis. Please confirm
what time tomorrow morning works for a call.

Also, please confirm that immediately upon defendants receiving any notice from the Spanish Central Authority related
to the Application, that we will be notified.

Kind regards,

Adriana

Adriana Riviere-Badell
+1 305 967 6117

**KOBRE & KIM LLP**
**www.kobrekim.com**

New York  |  Hong Kong  |  London  |  Seoul  |  Shanghai  |  Tel Aviv  |  Miami  |  San Francisco  |  Washington
DC  |  BVI  |  Cayman Islands

**From:** valerie.barker@bakerbotts.com [mailto:valerie.barker@bakerbotts.com]
**Sent:** Wednesday, January 30, 2019 3:42 PM
**To:** Adriana Riviere-Badell <Adriana.Riviere-Badell@kobrekim.com>; sarah.guske@bakerbotts.com;
celia.guglielmi@bakerbotts.com; sonja.guenter@bakerbotts.com; Hugham Chan <Hugham.Chan@kobrekim.com>;
Michael Ng <Michael.Ng@kobrekim.com>; Daniel Zaheer <Daniel.Zaheer@kobrekim.com>; Luke Burton
<Luke.Burton@kobrekim.com>; Michael M. Rosen <Michael.Rosen@kobrekim.com>; ederieux@capshawlaw.com;
jw@wsfirm.com; andrea@wsfirm.com; claire@wsfirm.com
**Cc:** DLBBFractusTMO@BakerBotts.com; melissa@gillamsmithlaw.com; NJalali@gibsondunn.com;
Sprint_Fractus@mcguirewoods.com; Verizon-Fractus@alston.com; peter@ayersiplaw.com;
GDCATTFRACTUS@gibsondunn.com; CommScope_Fractus@carlsoncaspers.com
**Subject:** RE: Fractus, S.A. v. AT&T Mobility LLC, et al. No. 2:18-cv-00135-JRG (Consolidated)

Adriana,

We have a conflict that has arisen and are no longer available tomorrow afternoon for the meet and confer. However,
we are available tomorrow morning. Does your team have any availability? If not, please let us know days and times
next week that work for your team.

Thanks,
Valerie

**From:** Adriana.Riviere-Badell@kobrekim.com <Adriana.Riviere-Badell@kobrekim.com>
**Sent:** Tuesday, January 29, 2019 1:01 PM
**To:** Barker, Valerie <valerie.barker@bakerbotts.com>; Guske, Sarah <sarah.guske@bakerbotts.com>; Guglielmi, Celia
<celia.guglielmi@bakerbotts.com>; Guenter, Sonja <sonja.guenter@bakerbotts.com>; Hugham.Chan@kobrekim.com;
Michael.Ng@kobrekim.com; Daniel.Zaheer@kobrekim.com; Luke.Burton@kobrekim.com;
Michael.Rosen@kobrekim.com; DeRieux, Betty <ederieux@capshawlaw.com>; jw@wsfirm.com; andrea@wsfirm.com;
claire@wsfirm.com
**Cc:** DL BB-Fractus-TMO <DLBBFractusTMO@BakerBotts.com>; EXT Smith, Melissa (T-Mobile)
<melissa@gillamsmithlaw.com>; EXT Neema Jalali <NJalali@gibsondunn.com>; Sprint_Fractus@mcguirewoods.com;
Verizon-Fractus@alston.com; peter@ayersiplaw.com; GDCATTFRACTUS@gibsondunn.com;
CommScope_Fractus@carlsoncaspers.com
**Subject:** RE: Fractus, S.A. v. AT&T Mobility LLC, et al. No. 2:18-cv-00135-JRG (Consolidated)

Dear Valerie,

I write to set up a meet and confer call as required by the local rules regarding Fractus' motion to supplement the letters
rogatory request.

Please let me know if you are available this afternoon at 3 p.m. CT or Thursday after 1 p.m. CT.

Thanks,

Adriana



Adriana Riviere-Badell
+1 305 967 6117

**KOBRE & KIM LLP**
**www.kobrekim.com**

New York  |  Hong Kong  |  London  |  Seoul  |  Shanghai  |  Tel Aviv  |  Miami  |  San Francisco  |  Washington
DC  |  BVI  |  Cayman Islands

---

**From:** valerie.barker@bakerbotts.com [mailto:valerie.barker@bakerbotts.com]
**Sent:** Wednesday, January 23, 2019 6:43 PM
**To:** Adriana Riviere-Badell <Adriana.Riviere-Badell@kobrekim.com>; sarah.guske@bakerbotts.com;
celia.guglielmi@bakerbotts.com; sonja.guenter@bakerbotts.com; Hugham Chan <Hugham.Chan@kobrekim.com>;
Michael Ng <Michael.Ng@kobrekim.com>; Daniel Zaheer <Daniel.Zaheer@kobrekim.com>; Luke Burton
<Luke.Burton@kobrekim.com>; Michael M. Rosen <Michael.Rosen@kobrekim.com>; ederieux@capshawlaw.com;
jw@wsfirm.com; andrea@wsfirm.com; claire@wsfirm.com
**Cc:** DLBBFractusTMO@BakerBotts.com; melissa@gillamsmithlaw.com; NJalali@gibsondunn.com;
Sprint_Fractus@mcguirewoods.com; Verizon-Fractus@alston.com; peter@ayersiplaw.com;
GDCATTFRACTUS@gibsondunn.com; CommScope_Fractus@carlsoncaspers.com
**Subject:** RE: Fractus, S.A. v. AT&T Mobility LLC, et al. No. 2:18-cv-00135-JRG (Consolidated)

Dear Adriana,

It is Fractus's prerogative whether it opposes Defendants' attempt to serve the letters for the reasons you state
below.  Defendants intend to proceed with the understanding that Fractus would be allowed equal time at these
depositions if the depositions are allowed—even though Fractus did not seek to join the original requests.  To the extent
Fractus wishes to file its own motion as unopposed, it should make the edits that are reflected in the attached draft.

Regards,
Valerie

---

**From:** Adriana.Riviere-Badell@kobrekim.com <Adriana.Riviere-Badell@kobrekim.com>
**Sent:** Wednesday, January 23, 2019 4:16 PM
**To:** Barker, Valerie <valerie.barker@bakerbotts.com>; Guske, Sarah <sarah.guske@bakerbotts.com>; Guglielmi, Celia
<celia.guglielmi@bakerbotts.com>; Guenter, Sonja <sonja.guenter@bakerbotts.com>; Hugham.Chan@kobrekim.com;
Michael.Ng@kobrekim.com; Daniel.Zaheer@kobrekim.com; Luke.Burton@kobrekim.com;
Michael.Rosen@kobrekim.com; DeRieux, Betty <ederieux@capshawlaw.com>; jw@wsfirm.com; andrea@wsfirm.com;
claire@wsfirm.com
**Cc:** DL BB-Fractus-TMO <DLBBFractusTMO@BakerBotts.com>; EXT Smith, Melissa (T-Mobile)
<melissa@gillamsmithlaw.com>; EXT Neema Jalali <NJalali@gibsondunn.com>; Sprint_Fractus@mcguirewoods.com;
Verizon-Fractus@alston.com; peter@ayersiplaw.com; GDCATTFRACTUS@gibsondunn.com;
CommScope_Fractus@carlsoncaspers.com
**Subject:** RE: Fractus, S.A. v. AT&T Mobility LLC, et al. No. 2:18-cv-00135-JRG (Consolidated)

Dear Valerie,

We oppose your attempt to serve the letters as is because they are clearly deficient - Fractus should be listed as a party in both paragraphs 3 and 6 and Fractus should have an equal opportunity to question witnesses if the Spanish authorities permit it, which requires amendment to paragraphs 13 and 14. There is no reason to backtrack on your proposal, and our agreement, to file the motion. If there is specific language that you believe incorrectly suggests you conceded that the application is further deficient based on our third point, which we understand you disagree with, please propose edits and we will consider them. As I said before, both motions should be filed today as unopposed. If, on the other hand, defendants insist on moving forward with the deficient application, we will oppose any use of the testimony elicited at trial.

Kind regards,

Adriana


Adriana Riviere-Badell
+1 305 967 6117

**KOBRE & KIM LLP**
**www.kobrekim.com**

New York  |  Hong Kong  |  London  |  Seoul  |  Shanghai  |  Tel Aviv  |  Miami  |  San Francisco  |  Washington DC  |  BVI  |  Cayman Islands

---

**From:** valerie.barker@bakerbotts.com [mailto:valerie.barker@bakerbotts.com]
**Sent:** Wednesday, January 23, 2019 4:48 PM
**To:** Adriana Riviere-Badell <Adriana.Riviere-Badell@kobrekim.com>; sarah.guske@bakerbotts.com; celia.guglielmi@bakerbotts.com; sonja.guenter@bakerbotts.com; Hugham Chan <Hugham.Chan@kobrekim.com>; Michael Ng <Michael.Ng@kobrekim.com>; Daniel Zaheer <Daniel.Zaheer@kobrekim.com>; Luke Burton <Luke.Burton@kobrekim.com>; Michael M. Rosen <Michael.Rosen@kobrekim.com>; ederieux@capshawlaw.com; jw@wsfirm.com; andrea@wsfirm.com; claire@wsfirm.com
**Cc:** DLBBFractusTMO@BakerBotts.com; melissa@gillamsmithlaw.com; NJalali@gibsondunn.com; Sprint_Fractus@mcguirewoods.com; Verizon-Fractus@alston.com; peter@ayersiplaw.com; GDCATTFRACTUS@gibsondunn.com; CommScope_Fractus@carlsoncaspers.com
**Subject:** RE: Fractus, S.A. v. AT&T Mobility LLC, et al. No. 2:18-cv-00135-JRG (Consolidated)

Dear Adriana,
If Fractus is filing its own motion, we do not see the need for Defendants to be filing a second motion for their own requests.  We will, therefore, proceed with the process of filing the letters rogatory issued on January 8, 2019.

We also note that the draft motion you sent us earlier states that Defendants' requests are deficient under Spanish law and the Hague convention, with which the Defendants disagree.  Furthermore, the draft motion's suggestion that we previously conceded that the requests were deficient would be a misrepresentation.  Therefore, Defendants would oppose the current version of Fractus's motion.  If Fractus is amenable to removing that language and recirculating an updated version, Defendants would be happy to reconsider.

Regards,
Valerie

**From:** Adriana.Riviere-Badell@kobrekim.com <Adriana.Riviere-Badell@kobrekim.com>
**Sent:** Wednesday, January 23, 2019 11:09 AM
**To:** Barker, Valerie <valerie.barker@bakerbotts.com>; Guske, Sarah <sarah.guske@bakerbotts.com>; Guglielmi, Celia <celia.guglielmi@bakerbotts.com>; Guenter, Sonja <sonja.guenter@bakerbotts.com>; Hugham.Chan@kobrekim.com; Michael.Ng@kobrekim.com; Daniel.Zaheer@kobrekim.com; Luke.Burton@kobrekim.com; Michael.Rosen@kobrekim.com; DeRieux, Betty <ederieux@capshawlaw.com>; jw@wsfirm.com; andrea@wsfirm.com; claire@wsfirm.com
**Cc:** DL BB-Fractus-TMO <DLBBFractusTMO@BakerBotts.com>; EXT Smith, Melissa (T-Mobile) <melissa@gillamsmithlaw.com>; EXT Neema Jalali <NJalali@gibsondunn.com>; Sprint_Fractus@mcguirewoods.com; Verizon-Fractus@alston.com; peter@ayersiplaw.com; GDCATTFRACTUS@gibsondunn.com; CommScope_Fractus@carlsoncaspers.com
**Subject:** Re: Fractus, S.A. v. AT&T Mobility LLC, et al. No. 2:18-cv-00135-JRG (Consolidated)


Dear Valerie,


We agree that the letters of request should be amended. However, because defendants did not agree to include our language on the third deficiency we identified in our December 20, 2018 letter and subsequent correspondence – that the Hague Convention and Spanish law do not allow these types of requests - we will also be filing a motion to supplement the letters of request. Attached is a copy of that motion. We believe both motions should be filed simultaneously so the Court has both requests in front of it before taking action and we believe both motions should be unopposed. Please confirm that we can file our motion to supplement as unopposed.
If defendants oppose the motion, then please note that the defendants' motion to amend is partially opposed by Fractus. We can file both motions later this afternoon.


Kind regards,


Adriana



Adriana Riviere-Badell
+1 305 967 6117

**KOBRE & KIM LLP**
**www.kobrekim.com**

New York  |  Hong Kong  |  London  |  Seoul  |  Shanghai  |  Tel Aviv  |  Miami  |  San Francisco  |  Washington
DC  |  BVI  |  Cayman Islands

**From:** valerie.barker@bakerbotts.com <valerie.barker@bakerbotts.com>
**Sent:** Tuesday, January 22, 2019 3:44 PM
**To:** Adriana Riviere-Badell; sarah.guske@bakerbotts.com; celia.guglielmi@bakerbotts.com; sonja.guenter@bakerbotts.com; Hugham Chan; Michael Ng; Daniel Zaheer; Luke Burton; Michael M. Rosen; ederieux@capshawlaw.com; jw@wsfirm.com; andrea@wsfirm.com; claire@wsfirm.com
**Cc:** DLBBFractusTMO@BakerBotts.com; melissa@gillamsmithlaw.com; NJalali@gibsondunn.com; Sprint_Fractus@mcguirewoods.com; Verizon-Fractus@alston.com; peter@ayersiplaw.com;

GDCATTFRACTUS@gibsondunn.com; CommScope_Fractus@carlsoncaspers.com
**Subject:** RE: Fractus, S.A. v. AT&T Mobility LLC, et al. No. 2:18-cv-00135-JRG (Consolidated)


Adriana,


We are following up on our email below.  Please confirm by Noon Central tomorrow (January 23, 2019) that we can file the motion as unopposed.  If we do not hear from you by then, we will move forward with the process of filing the letters rogatory issued on January 8, 2019.  If we do so proceed, we will abide by our agreement to grant Fractus equal time at these depositions, as stated in our December 28, 2018 correspondence.


Regards,

Valerie



**From:** Barker, Valerie
**Sent:** Monday, January 14, 2019 5:18 PM
**To:** 'Adriana.Riviere-Badell@kobrekim.com' <Adriana.Riviere-Badell@kobrekim.com>; Guske, Sarah <sarah.guske@bakerbotts.com>; Guglielmi, Celia <celia.guglielmi@bakerbotts.com>; Guenter, Sonja <sonja.guenter@bakerbotts.com>; Hugham.Chan@kobrekim.com; Michael.Ng@kobrekim.com; Daniel.Zaheer@kobrekim.com; Luke.Burton@kobrekim.com; Michael.Rosen@kobrekim.com; DeRieux, Betty <ederieux@capshawlaw.com>; jw@wsfirm.com; andrea@wsfirm.com; claire@wsfirm.com
**Cc:** DL BB-Fractus-TMO <DLBBFractusTMO@BakerBotts.com>; EXT Smith, Melissa (T-Mobile) <melissa@gillamsmithlaw.com>; EXT Neema Jalali <NJalali@gibsondunn.com>; Sprint_Fractus@mcguirewoods.com; Verizon-Fractus@alston.com; peter@ayersiplaw.com; GDCATTFRACTUS@gibsondunn.com; CommScope_Fractus@carlsoncaspers.com
**Subject:** RE: Fractus, S.A. v. AT&T Mobility LLC, et al. No. 2:18-cv-00135-JRG (Consolidated)


Adriana,


Based on your suggestion that Defendants submit an amended unopposed motion, we have prepared the attached motion and amended letters of request. Please confirm that Fractus does not oppose the motion.


Regards,

Valerie

**Valerie Barker**

Associate

<span style="color:red">Baker Botts L.L.P.</span>

valerie.barker@bakerbotts.com

T +1.512.322.2680

F +1.512.322.3680

98 San Jacinto Blvd. Ste. 1500

Austin, Texas 78701

USA





---

**From:** Adriana.Riviere-Badell@kobrekim.com <Adriana.Riviere-Badell@kobrekim.com>
**Sent:** Friday, January 11, 2019 2:56 PM
**To:** Barker, Valerie <valerie.barker@bakerbotts.com>; Guske, Sarah <sarah.guske@bakerbotts.com>; Guglielmi, Celia <celia.guglielmi@bakerbotts.com>; Guenter, Sonja <sonja.guenter@bakerbotts.com>; Hugham.Chan@kobrekim.com; Michael.Ng@kobrekim.com; Daniel.Zaheer@kobrekim.com; Luke.Burton@kobrekim.com; Michael.Rosen@kobrekim.com; DeRieux, Betty <ederieux@capshawlaw.com>; jw@wsfirm.com; andrea@wsfirm.com; claire@wsfirm.com
**Cc:** DL BB-Fractus-TMO <DLBBFractusTMO@BakerBotts.com>; EXT Smith, Melissa (T-Mobile) <melissa@gillamsmithlaw.com>; EXT Neema Jalali <NJalali@gibsondunn.com>; Sprint_Fractus@mcguirewoods.com; Verizon-Fractus@alston.com; peter@ayersiplaw.com; GDCATTFRACTUS@gibsondunn.com; CommScope_Fractus@carlsoncaspers.com
**Subject:** RE: Fractus, S.A. v. AT&T Mobility LLC, et al. No. 2:18-cv-00135-JRG (Consolidated)

Dear Valerie,

The changes we proposed are consistent with both our December 20, 2018 correspondence and January 9 email. In addition to reserving the right to challenge the request before the Spanish authority, Fractus should be listed as a represented party in the letters of request and, if the Spanish authorities allow questioning, should be allowed equal time to question the witnesses. We propose that the defendants submit an unopposed motion to amend to address these issues. We are happy to review a revised draft to that effect.

Kind regards,

Adriana

Adriana Riviere-Badell
+1 305 967 6117

**KOBRE & KIM LLP**
**www.kobrekim.com**

New York  |  Hong Kong  |  London  |  Seoul  |  Shanghai  |  Tel Aviv  |  Miami  |  San Francisco  |  Washington DC  |  BVI  |  Cayman Islands

---

**From:** valerie.barker@bakerbotts.com [mailto:valerie.barker@bakerbotts.com]
**Sent:** Friday, January 11, 2019 12:54 PM
**To:** Adriana Riviere-Badell <Adriana.Riviere-Badell@kobrekim.com>; sarah.guske@bakerbotts.com; celia.guglielmi@bakerbotts.com; sonja.guenter@bakerbotts.com; Hugham Chan <Hugham.Chan@kobrekim.com>; Michael Ng <Michael.Ng@kobrekim.com>; Daniel Zaheer <Daniel.Zaheer@kobrekim.com>; Luke Burton <Luke.Burton@kobrekim.com>; Michael M. Rosen <Michael.Rosen@kobrekim.com>; ederieux@capshawlaw.com; jw@wsfirm.com; andrea@wsfirm.com; claire@wsfirm.com
**Cc:** DLBBFractusTMO@BakerBotts.com; melissa@gillamsmithlaw.com; NJalali@gibsondunn.com; Sprint_Fractus@mcguirewoods.com; Verizon-Fractus@alston.com; peter@ayersiplaw.com; GDCATTFRACTUS@gibsondunn.com; CommScope_Fractus@carlsoncaspers.com
**Subject:** RE: Fractus, S.A. v. AT&T Mobility LLC, et al. No. 2:18-cv-00135-JRG (Consolidated)

Adriana,

Thank you for your response and edits. We believe the changes you propose go beyond the two issues you identified in your January 9 email, namely that the requests failed to "state that Fractus S.A. is a represented party in the litigation" and that "if any deposition is allowed, Fractus should have equal time to present questions to the witnesses." Therefore, we disagree that the changes you have proposed are consistent with your prior correspondence and do not agree that the changes are appropriate for a joint motion.

As a compromise, we propose including in each Letter of Request that Fractus reserves the right to challenge the request before the Spanish authority. Is Fractus willing to agree to this proposal? If so, we will circulate a revised draft.

Regards,

Valerie

**From:** Adriana.Riviere-Badell@kobrekim.com <Adriana.Riviere-Badell@kobrekim.com>
**Sent:** Thursday, January 10, 2019 2:11 PM
**To:** Barker, Valerie <valerie.barker@bakerbotts.com>; Guske, Sarah <sarah.guske@bakerbotts.com>; Guglielmi, Celia <celia.guglielmi@bakerbotts.com>; Guenter, Sonja <sonja.guenter@bakerbotts.com>; Hugham.Chan@kobrekim.com; Michael.Ng@kobrekim.com; Daniel.Zaheer@kobrekim.com; Luke.Burton@kobrekim.com; Michael.Rosen@kobrekim.com; DeRieux, Betty <ederieux@capshawlaw.com>; jw@wsfirm.com; andrea@wsfirm.com; claire@wsfirm.com
**Cc:** DL BB-Fractus-TMO <DLBBFractusTMO@BakerBotts.com>; EXT Smith, Melissa (T-Mobile) <melissa@gillamsmithlaw.com>; EXT Neema Jalali <NJalali@gibsondunn.com>; Sprint_Fractus@mcguirewoods.com; Verizon-Fractus@alston.com; peter@ayersiplaw.com; GDCATTFRACTUS@gibsondunn.com; CommScope_Fractus@carlsoncaspers.com
**Subject:** RE: Fractus, S.A. v. AT&T Mobility LLC, et al. No. 2:18-cv-00135-JRG (Consolidated)

Dear Valerie,

Consistent with my prior correspondence, please see attached with our changes in track.

Thanks,

Adriana

Adriana Riviere-Badell
+1 305 967 6117

**KOBRE & KIM LLP**
**www.kobrekim.com**

New York | Hong Kong | London | Seoul | Shanghai | Tel Aviv | Miami | San Francisco | Washington DC | BVI | Cayman Islands

---

**From:** valerie.barker@bakerbotts.com [mailto:valerie.barker@bakerbotts.com]
**Sent:** Wednesday, January 09, 2019 12:41 PM
**To:** Adriana Riviere-Badell <Adriana.Riviere-Badell@kobrekim.com>; sarah.guske@bakerbotts.com; celia.guglielmi@bakerbotts.com; sonja.guenter@bakerbotts.com; Hugham Chan <Hugham.Chan@kobrekim.com>; Michael Ng <Michael.Ng@kobrekim.com>; Daniel Zaheer <Daniel.Zaheer@kobrekim.com>; Luke Burton <Luke.Burton@kobrekim.com>; Michael M. Rosen <Michael.Rosen@kobrekim.com>; ederieux@capshawlaw.com; jw@wsfirm.com; andrea@wsfirm.com; claire@wsfirm.com
**Cc:** DLBBFractusTMO@BakerBotts.com; melissa@gillamsmithlaw.com; NJalali@gibsondunn.com; Sprint_Fractus@mcguirewoods.com; Verizon-Fractus@alston.com; peter@ayersiplaw.com; GDCATTFRACTUS@gibsondunn.com; CommScope_Fractus@carlsoncaspers.com
**Subject:** RE: Fractus, S.A. v. AT&T Mobility LLC, et al. No. 2:18-cv-00135-JRG (Consolidated)

Adriana,

Attached is a joint motion to amend the Letters of Request and amended Letters. The changes from the originally filed documents are shown in redline.

We have made changes to clarify Fractus's participation in the proceedings. We have also made revisions stating that the parties may designate a Spanish agent to act on their behalf and modified the sentence about the Protective Order to address potential concerns the Spanish authority may have. These changes are intended to streamline the Spanish proceedings.

Please let us know if we have your approval to file.

Regards,

Valerie

**Valerie Barker**

Associate

Baker Botts L.L.P.

valerie.barker@bakerbotts.com

T +1.512.322.2680

F +1.512.322.3680

98 San Jacinto Blvd. Ste. 1500

Austin, Texas 78701

USA





---

**From:** Adriana.Riviere-Badell@kobrekim.com <Adriana.Riviere-Badell@kobrekim.com>
**Sent:** Wednesday, January 9, 2019 10:11 AM
**To:** Guske, Sarah <sarah.guske@bakerbotts.com>; Guglielmi, Celia <celia.guglielmi@bakerbotts.com>; Guenter, Sonja <sonja.guenter@bakerbotts.com>; Hugham.Chan@kobrekim.com; Michael.Ng@kobrekim.com; Daniel.Zaheer@kobrekim.com; Luke.Burton@kobrekim.com; Michael.Rosen@kobrekim.com; DeRieux, Betty <ederieux@capshawlaw.com>; jw@wsfirm.com; andrea@wsfirm.com; claire@wsfirm.com
**Cc:** DL BB-Fractus-TMO <DLBBFractusTMO@BakerBotts.com>; EXT Smith, Melissa (T-Mobile) <melissa@gillamsmithlaw.com>; EXT Neema Jalali <NJalali@gibsondunn.com>; Sprint_Fractus@mcguirewoods.com; Verizon-Fractus@alston.com; peter@ayersiplaw.com; GDCATTFRACTUS@gibsondunn.com; CommScope_Fractus@carlsoncaspers.com
**Subject:** RE: Fractus, S.A. v. AT&T Mobility LLC, et al. No. 2:18-cv-00135-JRG (Consolidated)

Dear Sarah,

We are willing to submit a joint motion to correct the defendants' letters rogatory request to 1) state that Fractus S.A. is a represented party in the litigation; and 2) if any deposition is allowed, Fractus should have equal time to present questions to the witnesses. Fractus S.A.'s position is that the type of discovery defendants request is not permitted under Spain's Article 23 reservation, but to the extent the Spanish Court entertains the request, Fractus should be allowed to participate in the proceedings, just as it would if a discovery dispute were being litigated in the United States.

Kind regards,

Adriana

Adriana Riviere-Badell
+1 305 967 6117

**KOBRE & KIM LLP**
**www.kobrekim.com**

New York  |  Hong Kong  |  London  |  Seoul  |  Shanghai  |  Tel Aviv  |  Miami  |  San Francisco  |  Washington DC  |  BVI  |  Cayman Islands

**From:** sarah.guske@bakerbotts.com [mailto:sarah.guske@bakerbotts.com]
**Sent:** Tuesday, January 08, 2019 5:36 PM
**To:** celia.guglielmi@bakerbotts.com; sonja.guenter@bakerbotts.com; Adriana Riviere-Badell <Adriana.Riviere-Badell@kobrekim.com>; Hugham Chan <Hugham.Chan@kobrekim.com>; Michael Ng <Michael.Ng@kobrekim.com>; Daniel Zaheer <Daniel.Zaheer@kobrekim.com>; Luke Burton <Luke.Burton@kobrekim.com>; Michael M. Rosen <Michael.Rosen@kobrekim.com>; ederieux@capshawlaw.com; jw@wsfirm.com; andrea@wsfirm.com; claire@wsfirm.com
**Cc:** DLBBFractusTMO@BakerBotts.com; melissa@gillamsmithlaw.com; NJalali@gibsondunn.com; Sprint_Fractus@mcguirewoods.com; Verizon-Fractus@alston.com; peter@ayersiplaw.com; GDCATTFRACTUS@gibsondunn.com; CommScope_Fractus@carlsoncaspers.com
**Subject:** RE: Fractus, S.A. v. AT&T Mobility LLC, et al. No. 2:18-cv-00135-JRG (Consolidated)

Counsel,

Following up on my letter.  The Court just issued the letters rogatory.  Due to the time needed once filed with the Spanish court and the expense involved, we need to know as soon as possible whether Fractus would like us to refile as joint motion, expressly including Fractus as a requesting party and explicitly addressing the division of time.

Sincerely,

**Sarah Guske**

Partner

Baker Botts L.L.P.

sarah.guske@bakerbotts.com

T +1.415.291.6205

F +1.415.291.6305

101 California Street

Suite 3600

San Francisco, CA 94111

USA





---

**From:** Guglielmi, Celia
**Sent:** Friday, December 28, 2018 9:39 AM
**To:** Guenter, Sonja <sonja.guenter@bakerbotts.com>; 'Hugham.Chan@kobrekim.com'

<Hugham.Chan@kobrekim.com>; 'Michael.Ng@kobrekim.com' <Michael.Ng@kobrekim.com>;
'Daniel.Zaheer@kobrekim.com' <Daniel.Zaheer@kobrekim.com>; 'luke.burton@kobrekim.com'
<luke.burton@kobrekim.com>; 'michael.rosen@kobrekim.com' <michael.rosen@kobrekim.com>; DeRieux,
Betty <ederieux@capshawlaw.com>; 'Johnny Ward' <jw@wsfirm.com>; 'andrea@wsfirm.com'
<andrea@wsfirm.com>; 'claire@wsfirm.com' <claire@wsfirm.com>
**Cc:** DL BB-Fractus-TMO <DLBBFractusTMO@BakerBotts.com>; EXT Smith, Melissa (T-Mobile)
<melissa@gillamsmithlaw.com>; EXT Neema Jalali <NJalali@gibsondunn.com>; 'Sprint_Fractus'
<Sprint_Fractus@mcguirewoods.com>; 'Verizon Fractus' <Verizon-Fractus@alston.com>;
'peter@ayersiplaw.com' <peter@ayersiplaw.com>; 'GDCATTFRACTUS@gibsondunn.com'
<GDCATTFRACTUS@gibsondunn.com>; 'CommScope_Fractus@carlsoncaspers.com'
<CommScope_Fractus@carlsoncaspers.com>
**Subject:** RE: Fractus, S.A. v. AT&T Mobility LLC, et al. No. 2:18-cv-00135-JRG (Consolidated)

Dear Counsel:

Attached is correspondence from Sarah Guske dated 12/28/18.

Regards,

**Celia Guglielmi**

Project Assistant

Baker Botts L.L.P.

celia.guglielmi@bakerbotts.com

T +1.512.322.2548

F +1.512.322.2501

98 San Jacinto Boulevard
Suite 1500

Austin, TX 78701-4078

USA



**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

This e-mail message is from Kobre & Kim LLP, a law firm, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

# ATTACHMENT 1

# **BAKER BOTTS** LLP

| | | |
|---|---|---|
| 101 CALIFORNIA ST. | AUSTIN | LONDON |
| SUITE 3600 | BEIJING | MOSCOW |
| SAN FRANCISCO, CALIFORNIA | BRUSSELS | NEW YORK |
| 94111 | DALLAS | PALO ALTO |
| | DUBAI | RIYADH |
| TEL +1.415.291.6200 | HONG KONG | **SAN FRANCISCO** |
| FAX +1.415.291.6300 | HOUSTON | WASHINGTON |
| BakerBotts.com | | |

December 28, 2018

Sarah J. Guske
TEL: 4152916205
FAX: 4152916305
sarah.guske@bakerbotts.com

VIA E-MAIL

Adriana Riviere-Badell
KOBRE & KIM LLP
201 S. Biscayne Blvd. Ste. 1900
Miami, FL 33131

Re:     *Fractus, S.A. v. AT&T Mobility LLC, et al.*, Case No. 2:18-cv-00135-JRG
(Consolidated): Fractus's December 20, 2018 Letter

Dear Adriana:

We write in response to your letter dated December 20, 2018 in the above captioned matter.

Defendants notified Fractus on November 19 of their intention to file a motion seeking Letters of Request for both document and deposition testimony from Jordi Romeu Robert and Sebastian Boris Blanch. E-mail from D. Tobin (Nov. 19, 2018, 9:50 PM CT). Fractus responded that it did not oppose Defendants' motion for Letters of Request. E-mail from H. Chan (Nov. 21, 2018, 12:21 PM CT). As a result, Defendants filed an unopposed motion later that day.

Until Defendants received your letter a month later, on December 20, Defendants did not understand Fractus's e-mail as requesting a joint motion for Letters of Request. However, as Defendants understand that you do not represent Jordi Romeu Robert and Sebastian Boris Blanch, Defendants are willing to refile the motion as a joint motion and expressly include Fractus as a requesting party. Additionally, while Defendants anticipated that both Fractus and Defendants would ask questions of the witnesses, and be allotted equal time, Defendants would be willing to revise the requests to explicitly address the division of time during the deposition.

Defendants have reviewed Spain's reservation under Article 23, and Defendants' Letters of Request include narrowly targeted document requests that Defendants believe are acceptable under Spain's reservation. Defendants also understand that Spanish Courts may allow American attorneys to conduct depositions when specified in the Letters of Request issued by an American court. While this was included in Defendants' original request, Defendants propose revised language to explicitly state that the deposition may be conducted by American attorneys or, in the alternative, by Spanish and/or European Union attorneys.

**BAKER BOTTS** LLP

Adriana Riviere-Badell                      - 2 -                      December 28, 2018


        While Defendants' original requests were proper under Spanish law, Defendants would be
willing to modify the Motion for Letters of Request to address your concerns, and to re-file as a
joint motion. Please confirm that this addresses your concerns, and we will prepare and send you
a joint motion and attachments for your review.

                                    Respectfully,

                                    Sarah J. Guske

SG

# ATTACHMENT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| FRACTUS, S.A., | |
|       Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| AT&T MOBILITY LLC, | Case No. 2:18-cv-00135-JRG |
|     Defendant. | LEAD CASE |
| SPRINT COMMUNICATIONS COMPANY, L.P., ET AL., | Case No. 2:18-cv-00136-JRG |
|     Defendants. | |
| T-MOBILE US, INC. ET AL., | Case No. 2:18-cv-00137-JRG |
|     Defendants. | |
| VERIZON COMMUNICATIONS INC. ET AL., | Case No. 2:18-cv-00138-JRG |
|     Defendants. | |
| COMMSCOPE TECHNOLOGIES LLC, | |
|     Defendant-Intervenor. | |

**~~DEFENDANTS' UNOPPOSED~~JOINT MOTION TO AMEND THE APPLICATION FOR
THE ISSUANCE OF LETTERS OF REQUEST TO EXAMINE PERSONS AND
INSPECT DOCUMENTS
PURSUANT TO THE HAGUE CONVENTION**

Plaintiff Fractus, S.A. and Defendants AT&T Mobility LLC, Sprint Communications

Company, L.P., et al., T-Mobile US, Inc. et al., and Cellco Partnership d/b/a Verizon Wireless,

and Defendant-Intervenor CommScope Technologies LLC (collectively, "Defendants"), by and

through their attorneys, respectfully request that this Court issue amended Letters of Request in the

form attached hereto as Exhibits A and B, addressed to the Central Authority of Spain, to inspect

documents and examine persons as relevant to this action. Plaintiff and Defendants request the

amended Letters of Request to make plain that Plaintiff can participate in any examination with an

equal amount of time on the record.

1

This Application is made pursuant to Rule 28(b) of the Federal Rules of Civil Procedure and in conformity with the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, T.I.A.S. 7444, 23 U.S.T. 2555, reprinted in 28 U.S.C. § 1781 ("Hague Evidence Convention"), which is in force between the United States and Spain. Issuance of the Letter of Request under the Hague Evidence Convention is a proper method for the collecting documents and the taking of testimony of persons residing abroad. Fed. R. Civ. P. 28(b); *Pain v. United Technologies Corp.*, 637 F.2d 77, 788-90 (D.C. Cir. 1980), cert. denied, 454 U.S. 1128 (1991).

**Statement of the Case**

Plaintiff and Defendants[1] bring the present application because they have ascertained that Jordi Romeu Robert ("Mr. Romeu") and Sebastian Blanch Boris ("Mr. Blanch") possess information relevant to this litigation. Mr. Romeu and Mr. Blanch are each named as inventors of patents at issue in this litigation, specifically U.S. Patent No. 6,937,191; U.S. Patent No. 7,250,918; U.S. Patent No. 7,557,768; U.S. Patent No. 7,932,870, U.S. Patent No. 8,228,256; U.S. Patent No. 8,896,493; and U.S. Patent No. 9,905,940.

**Procedure**

Plaintiff and Defendants respectfully ask this Court to issue Letters of Request requesting certain narrowly tailored categories of documents and enabling the parties to depose Mr. Romeu and Mr. Blanch on the topics set forth in Exhibits A and B to the Request for International Judicial Assistance below to fully develop their claims and defenses in this action.

In the event the Court grants the instant application, Plaintiff and Defendants request that the Court execute the Letters of Request with the Court's signature and seal and provide an original of the executed Letters of Request to Defendants' the undersigned counsel for forwarding to the appropriate authority in Spain. Prior to forwarding, and to the extent required by the applicable Spanish authority under Article 4 of the Hague Convention, Plaintiff and Defendants will cause the Letters of Request to be translated into Spanish. Plaintiff and Defendants will then transmit the executed Letters of Request, together with the translation, to the Spanish authority for execution.

WHEREFORE, for all of these reasons, Plaintiff and the Defendants request that the Court sign under seal and issue the attached Letters of Request to the appropriate authority in Spain in conformity with Article 2 of the Hague Convention, including requests for documents and that counsel for Plaintiff and Defendants be permitted to conduct the requested depositions, in the form as attached as Exhibits A and B.

3

Dated: ~~November 21, 2018~~January XX, 2019                    Respectfully submitted,

*ADD FRACTUS SIGNATURE BLOCK*

*/s/Benjamin Hershkowitz*

Josh Krevitt
Benjamin Hershkowitz
Royce Zeisler
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
jkrevitt@gibsondunn.com
bhershkowitz@gibsondunn.com
rzeisler@gibsondunn.com

Neema Jalali
Lead Attorney
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8258
njalali@gibsondunn.com

Eric T. Syu
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3800
esyu@gibsondunn.com

Nathan R. Curtis (#24078390)
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
Telephone: (214) 698-3100
ncurtis@gibsondunn.com

Brett C. Govett
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 855-8118
brett.govett@nortonrosefulbright.com

Daniel S. Leventhal
NORTON ROSE FULBRIGHT US LLP
Fulbright Tower, 1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: (713) 651-8360

4

daniel.leventhal@nortonrosefulbright.com

***Counsel for Defendant AT&T Mobility LLC***

*/s/ David E. Finkelson*

Robert W. Weber (TX Bar No. 21044800)
Smith Weber LLP
5505 Plaza Drive
P.O. Box 6167
Texarkana, TX 75505
Telephone: 903.223.5656
Facsimile: 903.223.5652
bweber@smithweber.com

Shaun W. Hassett (TX Bar No. 24074372)
Lead Attorney
McGuireWoods LLP
2000 McKinney Ave., Suite 1400
Dallas, TX 75201
Telephone: 214.932.6400
Facsimile: 214.932.6499
shassett@mcguirewoods.com

David E. Finkelson (*pro hac vice*)
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
Telephone: 804.775.1374
Facsimile: 804.698.2264
dfinkelson@mcguirewoods.com

***Counsel for Defendants Sprint
Communications Company, L.P., Sprint
Spectrum L.P., Sprint Solutions, Inc., and
Nextel Operations, Inc.***

5

*/s/ Ross R. Barton*

Ross R. Barton  (NC Bar No. 37179)
J. Ravindra Fernando (NC Bar No. 49199)
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, North Carolina, 28280
Phone:   (704) 444-1000
Fax:      (704) 444-1111
Email:   ross.barton@alston.com
Email:   ravi.fernando@alston.com

Michael J. Newton (TX Bar No. 24003844)
Brady Cox (TX Bar No. 24074084)
ALSTON & BIRD LLP
2828 North Harwood Street, Suite 1800
Dallas, Texas 75201
Phone:   (214) 922-3400
Fax:      (214) 922-3899
Email:   mike.newton@alston.com
Email:   brady.cox@alston.com

Darlena H. Subashi (NC Bar No. 53142)
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27601
Phone:   (919) 862-2200
Fax:      (919) 862-2260
Email:   darlena.subashi@alston.com

Michael E. Jones (TX Bar No. 10929400)
POTTER MINTON, a Professional
Corporation
110 North College Avenue, Suite 500
Tyler, TX 75702
Phone:  903-597-8311
Fax:      903-593-0846
Email:   mikejones@potterminton.com

***Attorneys for Defendant Cellco Partnership
d/b/a Verizon Wireless***

6

*/s/ Douglas M. Kubehl*

Douglas M. Kubehl
Texas State Bar No. 00796909
E-mail:  doug.kubehl@bakerbotts.com
Jeffery D. Baxter
Texas State Bar No. 24006816
E-mail:  jeff.baxter@bakerbotts.com
David J. Tobin
Texas State Bar No. 24060735
E-mail:  david.tobin@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

Sarah J. Guske
California State Bar No. 232467
E-mail:  sarah.guske@bakerbotts.com
BAKER BOTTS L.L.P.
101 California St.
San Francisco, CA 94111
Telephone: (415) 291-6200
Facsimile: (214) 953-6503

Syed K. Fareed
Texas State Bar No. 24065216
E-mail:  syed.fareed@bakerbotts.com
Valerie Barker
Texas State Bar No. 24087141
E-mail:  valerie.barker@bakerbotts.com
Bailey Morgan Watkins
Texas State Bar No. 24102244
E-mail:  bailey.watkins@bakerbotts.com
BAKER BOTTS L.L.P.
98 San Jacinto Blvd #1500
Austin, TX 78701
Telephone: (512) 322-2500
Facsimile: (214) 953-6503

***Attorneys for Defendants T-Mobile USA,
Inc. and T-Mobile US, Inc.***

7

*/s/ Bradley W. Micsky*

Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
102 N. College Ave., Ste. 900
Tyler, TX 75702
(903) 534-1100 Telephone
(903) 534-1137 Facsimile
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Philip P. Caspers
Timothy A. Lindquist
Dennis C. Bremer
Iain A. McIntyre
Bradley W. Micsky
Caroline L. Marsili
CARLSON, CASPERS,
VANDENBURGH & LINDQUIST, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402
(612) 436-9600 Telephone
(612) 436-9605 Facsimile
pcaspers@carlsoncaspers.com
tlindquist@carlsoncaspers.com
dbremer@carlsoncaspers.com
imcintyre@carlsoncaspers.com
bmicsky@carlsoncaspers.com
cmarsili@carlsoncaspers.com

**Attorneys for CommScope Technologies
LLC**

8

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned hereby certifies: (1) that counsel has complied with the meet and confer requirement in LOCAL RULE CV-7(h); and (2) the motion is unopposed.

*/s/ David J. Tobin*
David J. Tobin

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing document was served electronically on ~~November 21, 2018~~January XX, 2019, on all counsel who have consented to electronic service.

*/s/ David J. Tobin*
David J. Tobin

9

# EXHIBIT A

1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| FRACTUS, S.A., | |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| AT&T MOBILITY LLC, | Case No. 2:18-cv-00135-JRG |
| Defendant. | LEAD CASE |
| SPRINT COMMUNICATIONS COMPANY, L.P., ET AL., | Case No. 2:18-cv-00136-JRG |
| Defendants. | |
| T-MOBILE US, INC. ET AL., | Case No. 2:18-cv-00137-JRG |
| Defendants. | |
| VERIZON COMMUNICATIONS INC. ET AL., | Case No. 2:18-cv-00138-JRG |
| Defendants. | |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE**
**HAGUE CONVENTION OF 18 MARCH 1970 ON THE**
**TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

2

| | | |
|---|---|---|
| 1. | Sender | Office of the Clerk<br>United States District Court for the Eastern District of Texas, Marshall Division<br>Sam B. Hall Jr. Federal Building and United States Courthouse<br>100 East Houston Street<br>Room 125<br>Marshall, Texas 75670<br>United States of America |
| 2. | Central Authority of the Requested State | Subdirección General de Cooperación Jurídica Internacional<br>Ministry of Justice<br>Calle San Bernardo Nº 62<br>28071 Madrid<br>Spain<br>Tel +34 (91) 390 23 86 / 44 11<br>Fax +34 (91) 390 2475 / +34 (91) 390 4457<br>Email: laura.fernandez@mjusticia.es or silvia.villa@mjusticia.es |
| 3. | Persons to whom the executed request is to be returned | Douglas M. Kubehl<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 953-6500<br>Facsimile: (214) 953-6503<br>E-mail:  doug.kubehl@bakerbotts.com<br><br>Benjamin Hershkowitz<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>E-mail: bhershkowitz@gibsondunn.com<br><br>Ross R. Barton<br>ALSTON & BIRD LLP<br>101 South Tryon Street, Suite 4000<br>Charlotte, NC 28280<br>Telephone: (704) 444-1000<br>E-mail: ross.barton@alston.com<br><br>David E. Finkelson |

**Formatted:** Spanish (Latin America)

3

McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-1374
Email: dfinkelson@mcguirewoods.com

Bradley W. Micsky
CARLSON, CASPERS,
VANDENBURGH & LINDQUIST, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402
(612) 436-9600 Telephone
(612) 436-9605 Facsimile
bmicsky@carlsoncaspers.com

Adriana Riviere-Badell
Kobre & Kim L.L.P.
201 S. Biscayne Blvd., Suite 1900
Miami, FL 33131 ⟶ Formatted: Spanish (Latin America)
(305) 967-6117 Telephone
adriana.riviere-badell@kobrekim.com

| 4. | Date by which the requesting authority requires receipt of the response to the Letter of Request: | As soon as reasonably practicable. |
|----|---|---|

In conformity with Article 3 of the Convention, the United States District Court for the Eastern District of Texas, Marshall Division, presents its compliments to the competent judicial authority in Spain and respectfully submits the following request:

| 5. | *a*. Requesting judicial authority (article 3, a) | United States District Court for the Eastern District of Texas, Marshall Division<br>Sam B. Hall Jr. Federal Building and United States Courthouse<br>100 East Houston Street<br>Room 125<br>Marshall, Texas 75670<br>Phone: (903) 935-2912<br>Fax: (903) 938-2651 |
|----|---|---|
| | *b*. To the competent authority of (article 3, a) | The Central Authority of Spain |

4

| | |
|---|---|
| *c.* Name of the case and any identifying number | *Fractus, S.A. v. AT&T Mobility LLC*, Civil Action File Number 2:18-cv-00135-JRG (Consolidated Lead Case) |
| | *Fractus, S.A. v. Sprint Communications Co., L.P., et al.*, Civil Action File Number 2:18-cv-00136-JRG |
| | *Fractus, S.A. v. T-Mobile US, Inc. et al.*, Civil Action File Number 2:18-cv-00137-JRG |
| | *Fractus, S.A. v. Verizon Communications Inc. et al.*, Civil Action File Number 2:18-cv-00138-JRG |

6.  Name and addresses of the parties and their representatives (including representatives in the requested state)

| | |
|---|---|
| Defendant | AT&T Mobility LLC |
| Representatives (US) | Benjamin Hershkowitz<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>E-mail: bhershkowitz@gibsondunn.com |
| Defendant | Sprint Communications Company, L.P., Sprint Spectrum L.P., Sprint Solutions, Inc., and Nextel Operations, Inc. |
| Representatives (US) | David E. Finkelson<br>McGuireWoods LLP<br>800 East Canal Street<br>Richmond, VA 23219<br>Telephone: (804) 775-1374<br>Email: dfinkelson@mcguirewoods.com |
| Defendant | T-Mobile US, Inc. and T-Mobile USA, Inc. |
| Representatives (US) | Douglas M. Kubehl<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 953-6500<br>Facsimile: (214) 953-6503 |

|  | E-mail:  doug.kubehl@bakerbotts.com |
|---|---|
| Defendant | Cellco Partnership d/b/a Verizon Wireless |
| Representatives (US) | Ross R. Barton<br>ALSTON & BIRD LLP<br>101 South Tryon Street, Suite 4000<br>Charlotte, NC 28280<br>Telephone: (704) 444-1000<br>E-mail: ross.barton@alston.com |
| Intervenor | CommScope Technologies LLC |
| Representatives (US) | Bradley W. Micsky<br>CARLSON, CASPERS,<br>VANDENBURGH & LINDQUIST, P.A.<br>225 South Sixth Street, Suite 4200<br>Minneapolis, Minnesota 55402<br>(612) 436-9600 Telephone<br>(612) 436-9605 Facsimile<br>bmicsky@carlsoncaspers.com |
| Plaintiff | Fractus, S.A. |
|  | Adriana Riviere-Badell<br>Kobre & Kim L.L.P.<br>201 S. Biscayne Blvd., Suite 1900<br>Miami, FL 33131<br>(305) 967-6117 Telephone<br>adriana.riviere-badell@kobrekim.com |

**Formatted:** Spanish (Latin America)

| 7. | *a.* Nature of the proceedings (article 3, c) | The nature of the litigation from which the Requests stem is a complaint of patent infringement involving U.S. Patent Nos. 6,937,191, 7,250,918, 7,557,768, 7,932,870, 8,228,256, 8,896,493, 9,905,940, 8,497,814, 8,754,824, and 9,450,305. Mr. Jordi Romeu Robert is named as an inventor of seven of the above patents. |
|---|---|---|
|  | *b.* Summary of complaint | The complaint alleges that the following defendants have infringed and continue to infringe the patents listed above by making, using, importing, selling, and/or offering for sale certain cellular network equipment: |
|  |  | AT&T Mobility LLC; Sprint Communications |

6

Company, L.P., Sprint Spectrum L.P., Sprint Solutions, Inc., and Nextel Operations, Inc., T-Mobile US, Inc. and T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless (collectively "Defendants"). CommScope Technologies LLC has intervened in the case. To this point in the litigation, the parties have exchanged a significant number of documents and expect to soon conduct certain depositions and exchange expert reports regarding patent infringement, patent validity, and damages.

| | | |
|---|---|---|
| 8. | *a.* Evidence to be obtained or other judicial act to be performed (article 3, d) | The nature of the proceeding being requested at this time is (1) a Request to Compel Deposition Testimony from Jordi Romeu Robert on the topics set forth in Attachment A; and (2) a Request for Production by Jordi Romeu Robert for documents kept and maintained through his course of business related to the topics set forth in Attachment A. |
| | *b.* Purpose of the evidence or judicial act sought | The evidence sought is directly relevant to the issues in dispute and is evidence intended for trial. In particular, Defendants seek testimony and documents to be used at trial regarding the topics and requests listed in Attachment A. The relevance of each topic is explained below: |

1. Mr. Romeu's knowledge, documents and opinions on matters personally perceived by him regarding the public use, disclosure, sale, offer for sale, or display of the alleged invention(s) of the Fractus Patents prior to October 18, 2005 are relevant at least to Defendants' invalidity defenses.
2. Mr. Romeu's knowledge, documents and opinions on matters personally perceived by him regarding the commercialization, license, acquisition, purchase, sale, offer for sale, assignment, or valuation of any Fractus Patent, or of any portfolio of patents containing at least one Fractus Patent, are relevant at least to Defendants' damages defenses.
3. Mr. Romeu's knowledge, documents and opinions on matters personally perceived by him regarding his work prior to October 2005 with any of the following individuals and companies regarding the research and/or

development of base station antennas: any other Named Inventor, Siemens, Moyano, Sistemas Moyano, Kathrein-Werke, or Antennas Moyano are relevant at least to Defendants' invalidity and enforceability defenses.

4. Mr. Romeu's knowledge, documents and opinions on matters personally perceived by him regarding employment agreements, work-for-hire agreements, assignment agreements, IP-ownership agreements, gentleman's agreements, royalty agreements, or other agreements, between Mr. Romeu and any of Universitat Politecnica de Catalunya, Ruben Bonet, Marta Baba, Siemens, Moyano, Sistemas Moyano, Antennas Moyano, or any other Named Inventor that pertain to antennas or patents are relevant at least to Defendants' enforceability defenses.

| | | |
|---|---|---|
| 9. | Identity and address of any person to be examined (Article 3, e) | Jordi Romeu Robert<br>Universitat Politecnica de Catalunya<br>Teoria Senyal i Comunicacions<br>EDIFICI D3<br>DESPATX: 106<br>C. JORDI GIRONA, 1-3<br>08034 BARCELONA<br>SPAIN |
| 10. | Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Article 3, f) | *See* Attachment A (Examination Topics). |
| 11. | Documents or other property to be inspected (Article 3, (g)) | The documents to be inspected are set those related to the topics forth on Attachment A (Document Requests). |
| 12. | Requirement that the Evidence be Given on Oath or Affirmation (Art. 3(h)) | The witness(es) should be examined under oath or affirmation. |
| 13. | Special methods or procedure to be followed (Art. 3(i) and 9) | This Letter of Request includes the following requests:<br>• That this Letter of Request be granted and the evidence-taking proceeding be performed on an expedited basis because the fact discovery cut |

**Formatted:** Spanish (Latin America)

8

off in the underlying case is on April 15, 2019;

- That attorneys admitted to practice in the United States—or, in the alternative, that attorneys admitted to practice in Spain and/or the European Union—for the Defendants and Fractus be permitted to ask the witness additional questions that are related to the subject matter set forth in Attachment A.
- That an authorized shorthand writer/court reporter be present at the examination who shall record the oral testimony verbatim (in English) and prepare a transcript of the evidence;
- That an authorized shorthand writer/court reporter be present at the examination who shall record the oral testimony verbatim (in Spanish) and prepare a transcript of the evidence;
- That an authorized interpreter for each side be present at the examination who shall translate the questions and oral testimony between Spanish and English;
- That the examination be recorded with the video and audio recording means available to the court and a copy of the recording is provided to the requesting authority, or alternatively, that an authorized videographer privately designated by the parties be present at the examination who shall record a video of the oral testimony and prepare copies of the video for the parties;
- That the examinations take place at the earliest date available to the Court, provided that such date is notified with at least one month prior notice to the Requesting Authority and to the representatives of the defendants listed in point 3; for this purpose, it is requested that a copy of the decision setting a date for the examination is notified also through the e-mail addresses or fax numbers indicated in item 3 of this Letter of Request (or alternatively to the representatives –*Procurador*– that the parties may designate in Spain for this purpose), in order to ensure prompt receipt thereof, and without prejudice to formally returning the executed request through the ordinary channel which is applicable under article 13 of the Convention dates and times as

9

**Formatted:** Font: Italic

~~may be agreed upon between the witness and counsel for the parties~~;

- That the examinations not exceed a total of four hours on the record, shared ~~among the above-listed Defendants~~equally between Fractus (two hours) and Defendants (two hours); and
- That, to the extent that multiple hearing dates are necessary to complete the taking of evidence sought in Attachment A and the additional questions related to the subject matter set forth in Attachment A, the hearings are scheduled on consecutive days or as close to each other as reasonably practicable.

In the event the evidence cannot be taken in the manner ~~or location~~ requested, it is to be taken in such a manner ~~or location~~ as provided by local law. To the extent any request in this section is deemed incompatible with Spanish principles of procedural law, it is to be disregarded.

| | | |
|---|---|---|
| 14. | Request for information of time and place for the execution of the Request pursuant to Article 7 of the Convention | It is requested that United States Counsel for the Defendants at the addresses set forth in paragraph 6 above, should be contacted for any information relating to the execution of this Letter of Request. |
| 15. | Request for Attendance of Participation of Judicial Personnel of the Requesting Authority at the Execution of the Letter of Request (Art. 8) | No attendance of judicial personnel of the Requesting Authority is requested. |
| 16. | Specification of Privilege or Duty to Refuse to Give Evidence Under the Law of the State of Origin (Art. 11 (b)) | The privilege or duty of the witness to refuse to give evidence shall be the same as if they were testifying under the applicable provisions of the Federal Rules of Civil Procedure, including if giving such evidence would (1) subject them to a real and appreciable danger of criminal liability in the United States, or (2) disclose a confidential and privileged communication between them and their respective attorneys. |
| 17. | Fees and costs (Art. 14 and 26) | The Defendants, to the extent any such fees apply. Please contact the Defendants' United States counsel (or alternatively to the representatives –*Procurador*– that the parties may designate in Spain for this purpose), at the address set out under paragraph 6 |

above, to make any necessary financial arrangements.

DATE OF REQUEST               _____ 20198

_____
United States District Court for the Eastern District
of Texas, Marshall Division
Sam B. Hall Jr. Federal Building and United States
Courthouse
100 East Houston Street
Room 125
Marshall, Texas 75670
United States of America
(signature and seal)

11

# ATTACHMENT A

**DEFINITIONS**

1.      **"*Fractus*"** or **"*Plaintiff*"** collectively includes Fractus, S.A., Fractus Antennas SL, Advanced Automotive Antennas, and any of their officers (e.g., Ruben Bonet or Carles Puente Baliarda), directors, employees, or representatives.

2.      **"*Fractus Patents*"** means the family of issued patents, patent applications, and patent publications assigned to Fractus that trace their ultimate priority to PCT/ES99/00343, which published on May 3, 2001 as WO 01/31747 and is entitled, "Agrupaciones Multibanda de Antenas Entrelazadas," or "Interlaced Multiband Antenna Arrays." Among this family of patents are European Patent Specification No. 1 227 545 and U.S. Patent Nos.: 6,937,191; 7,250,918; 7,557,768; 7,932,870; 8,228,256; 8,896,493; and 9,905,940. This patent family names Jordi Romeu Robert, Carles Puente Baliarda, and Sebastian Blanch Boris as inventors.

**INSTRUCTIONS**

1.      In responding to these document requests, please furnish all information that is available to you.

2.      The information provided by you will only be used for the purposes of trial in the United States District Court for the Eastern District of Texas and will be kept confidential according to the Protective Order governing the treatment of confidential documents and information in this case~~Attached as Exhibit B to this subpoena is the Court's Protective Order governing the treatment of confidential documents and information in the Present Litigation~~.

13

## DOCUMENT REQUESTS

**The following information is requested for the purposes of trial in the United States District Court for the Eastern District of Texas. The trial is set to begin in September 2019.**

**REQUEST NO. 1:**

Documents in Mr. Romeu's possession concerning public use, disclosure, sale, offer for sale, or display of multi-band and/or wide-band antenna arrays for base stations prior to October 26, 1999, such as disclosure in or at trade shows, conferences, demonstrations, journals, academic publications, trade publications.

**REQUEST NO. 2:**

Documents in Mr. Romeu's possession concerning the commercialization, license, acquisition, purchase, sale, offer for sale, assignment, or valuation of any Fractus Patent, or of any portfolio of patents containing at least one Fractus Patent.

**REQUEST NO. 3:**

Documents in Mr. Romeu's possession dated prior to October 2005 that concern his work with any of the following individuals and companies regarding the research and/or development of multi-band and/or wide-band antenna arrays for base stations: Carles Puente Baliarda, Ruben Bonet, Sebastian Boris Blanch, Jaume Anguera Pros, Carmen Borja Borau, Siemens AG, Moyano Telsa Sistemas Radiantes y Telecomunicaciones, S.A., Sistemas Radiantes Moyano S.A., Kathrein-Werke KG, or Antenas Moyano S.L.

**REQUEST NO. 4:**

Documents in Mr. Romeu's possession concerning employment agreements, work-for-hire agreements, assignment agreements, IP-ownership agreements, gentleman's agreements, royalty agreements, or other agreements that relate to Fractus, the Fractus Patents, or antennas and that are between Mr. Romeu and any of: Universitat Politecnica de Catalunya, Carles Puente

14

Baliarda, Sebastian Boris Blanch, Jaume Anguera Pros, Carmen Borja Borau, Ruben Bonet, Marta Baba, Siemens AG, Moyano Telsa Sistemas Radiantes y Telecomunicaciones, S.A., Sistemas Radiantes Moyano S.A., Kathrein-Werke KG, or Antenas Moyano S.L.

## EXAMINATION TOPICS

**TOPIC NO. 1:**

Mr. Romeu's knowledge of matters personally perceived by him concerning public use, disclosure, sale, offer for sale, or display of multi-band and/or wide-band antenna arrays for base stations of the alleged invention(s) of the Fractus Patents prior to October 26, 1999, such as disclosure in or at trade shows, conferences, demonstrations, journals, academic publications, or trade publications.

**TOPIC NO. 2:**

Mr. Romeu's knowledge of matters personally perceived by him concerning the commercialization, license, acquisition, purchase, sale, offer for sale, assignment, or valuation of any Fractus Patent, or of any portfolio of patents containing at least one Fractus Patent.

**TOPIC NO. 3:**

Mr. Romeu's knowledge of matters personally perceived by him concerning his work prior to October 2005 with any of the following individuals and companies regarding the research and/or development of multi-band and/or wide-band antenna arrays for base stations: Carles Puente Baliarda, Ruben Bonet, Sebastian Boris Blanch, Jaume Anguera Pros, Carmen Borja Borau, Siemens AG, Moyano Telsa Sistemas Radiantes y Telecomunicaciones, S.A., Sistemas Radiantes Moyano S.A., Kathrein-Werke KG, or Antenas Moyano S.L.

**TOPIC NO. 4:**

Mr. Romeu's knowledge of matters personally perceived by him concerning employment agreements, work-for-hire agreements, assignment agreements, IP-ownership agreements,

15

gentleman's agreements, royalty agreements, or other agreements that relate to Fractus, the Fractus Patents, or antennas and that are between Mr. Romeu and any of: Universitat Politecnica de Catalunya, Carles Puente Baliarda, Sebastian Boris Blanch, Jaume Anguera Pros, Carmen Borja Borau, Ruben Bonet, Marta Baba, Siemens AG, Moyano Telsa Sistemas Radiantes y Telecomunicaciones, S.A., Sistemas Radiantes Moyano S.A., Kathrein-Werke KG, or Antenas Moyano S.L.

**TOPIC NO. 5:**

Mr. Romeu's understanding of the technology used in multi-band or wide-band antenna arrays.

**TOPIC NO. 6:**

Mr. Romeu's knowledge of matters personally perceived by him concerning the contents and authentication of every document produced by Mr. Romeu in response to Document Request Nos. 1–4.

16

# EXHIBIT B

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| FRACTUS, S.A., | |
|        Plaintiff, | JURY TRIAL DEMANDED |
|    v. | |
| AT&T MOBILITY LLC, | Case No. 2:18-cv-00135-JRG |
|      Defendant. | LEAD CASE |
| SPRINT COMMUNICATIONS COMPANY, L.P., ET AL., | Case No. 2:18-cv-00136-JRG |
|      Defendants. | |
| T-MOBILE US, INC. ET AL., | Case No. 2:18-cv-00137-JRG |
|      Defendants. | |
| VERIZON COMMUNICATIONS INC. ET AL., | Case No. 2:18-cv-00138-JRG |
|      Defendants. | |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE
HAGUE CONVENTION OF 18 MARCH 1970 ON THE
TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

2

| 1. | Sender | Office of the Clerk<br>United States District Court for the Eastern District of Texas, Marshall Division<br>Sam B. Hall Jr. Federal Building and United States Courthouse<br>100 East Houston Street<br>Room 125<br>Marshall, Texas 75670<br>United States of America |
|----|--------|--------|
| 2. | Central Authority of the Requested State | Subdirección General de Cooperación Jurídica Internacional<br>Ministry of Justice<br>Calle San Bernardo Nº 62<br>28071 Madrid<br>Spain<br>Tel +34 (91) 390 23 86 / 44 11<br>Fax +34 (91) 390 2475 / +34 (91) 390 4457<br>Email: laura.fernandez@mjusticia.es or silvia.villa@mjusticia.es |
| 3. | Persons to whom the executed request is to be returned | Douglas M. Kubehl<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 953-6500<br>Facsimile: (214) 953-6503<br>E-mail:  doug.kubehl@bakerbotts.com<br><br>Benjamin Hershkowitz<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>E-mail: bhershkowitz@gibsondunn.com<br><br>Ross R. Barton<br>ALSTON & BIRD LLP<br>101 South Tryon Street, Suite 4000<br>Charlotte, NC 28280<br>Telephone: (704) 444-1000<br>E-mail: ross.barton@alston.com |

Formatted: Spanish (Latin America)

3

David E. Finkelson
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-1374
Email: dfinkelson@mcguirewoods.com

Bradley W. Micsky
CARLSON, CASPERS,
VANDENBURGH & LINDQUIST, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402
(612) 436-9600 Telephone
(612) 436-9605 Facsimile
bmicsky@carlsoncaspers.com

Adriana Riviere-Badell
Kobre & Kim L.L.P.
201 S. Biscayne Blvd., Suite 1900
Miami, FL 33131
(305) 967-6117 Telephone
adriana.riviere-badell@kobrekim.com

**Formatted:** Spanish (Latin America)

| | | |
|---|---|---|
| 4. | Date by which the requesting authority requires receipt of the response to the Letter of Request: | As soon as reasonably practicable. |

In conformity with Article 3 of the Convention, the United States District Court for the Eastern District of Texas, Marshall Division, presents its compliments to the competent judicial authority in Spain and respectfully submits the following request:

| | | |
|---|---|---|
| 5. | *a.* Requesting judicial authority (article 3, a) | United States District Court for the Eastern District of Texas, Marshall Division<br>Sam B. Hall Jr. Federal Building and United States Courthouse<br>100 East Houston Street<br>Room 125<br>Marshall, Texas 75670<br>Phone: (903) 935-2912<br>Fax: (903) 938-2651 |
| | *b.* To the competent authority | The Central Authority of Spain |

4

of (article 3, a)

| | |
|---|---|
| *c*. Name of the case and any identifying number | *Fractus, S.A. v. AT&T Mobility LLC*, Civil Action File Number 2:18-cv-00135-JRG (Consolidated Lead Case) |
| | *Fractus, S.A. v. Sprint Communications Co., L.P., et al.*, Civil Action File Number 2:18-cv-00136-JRG |
| | *Fractus, S.A. v. T-Mobile US, Inc. et al.*, Civil Action File Number 2:18-cv-00137-JRG |
| | *Fractus, S.A. v. Verizon Communications Inc. et al.*, Civil Action File Number 2:18-cv-00138-JRG |

6.  Name and addresses of the parties and their representatives (including representatives in the requested state)

| | |
|---|---|
| Defendant | AT&T Mobility LLC |
| Representatives (US) | Benjamin Hershkowitz<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>E-mail: bhershkowitz@gibsondunn.com |
| Defendant | Sprint Communications Company, L.P., Sprint Spectrum L.P., Sprint Solutions, Inc., and Nextel Operations, Inc. |
| Representatives (US) | David E. Finkelson<br>McGuireWoods LLP<br>800 East Canal Street<br>Richmond, VA 23219<br>Telephone: (804) 775-1374<br>Email: dfinkelson@mcguirewoods.com |
| Defendant | T-Mobile US, Inc. and T-Mobile USA, Inc. |
| Representatives (US) | Douglas M. Kubehl<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 953-6500 |

5

| | |
|---|---|
| | Facsimile: (214) 953-6503 |
| | E-mail:  doug.kubehl@bakerbotts.com |
| Defendant | Cellco Partnership d/b/a Verizon Wireless |
| Representatives (US) | Ross R. Barton |
| | ALSTON & BIRD LLP |
| | 101 South Tryon Street, Suite 4000 |
| | Charlotte, NC 28280 |
| | Telephone: (704) 444-1000 |
| | E-mail: ross.barton@alston.com |
| Intervenor | CommScope Technologies LLC |
| Representatives (US) | Bradley W. Micsky |
| | CARLSON, CASPERS, |
| | VANDENBURGH & LINDQUIST, P.A. |
| | 225 South Sixth Street, Suite 4200 |
| | Minneapolis, Minnesota 55402 |
| | (612) 436-9600 Telephone |
| | (612) 436-9605 Facsimile |
| | bmicsky@carlsoncaspers.com |
| Plaintiff | Fractus, S.A. |
| | Adriana Riviere-Badell |
| | Kobre & Kim L.L.P. |
| | 201 S. Biscayne Blvd., Suite 1900 |
| | Miami, FL 33131 |
| | (305) 967-6117 Telephone |
| | adriana.riviere-badell@kobrekim.com |

**Formatted:** Spanish (Latin America)

7.   *a.* Nature of the proceedings (article 3, c)

The nature of the litigation from which the Requests stem is a complaint of patent infringement involving U.S. Patent Nos. 6,937,191, 7,250,918, 7,557,768, 7,932,870, 8,228,256, 8,896,493, 9,905,940, 8,497,814, 8,754,824, and 9,450,305. Mr. Sebastian Blanch Boris is named as an inventor of seven of the above patents.

*b.* Summary of complaint

The complaint alleges that the following defendants have infringed and continue to infringe the patents listed above by making, using, importing, selling, and/or offering for sale certain cellular network equipment:

AT&T Mobility LLC; Sprint Communications Company, L.P., Sprint Spectrum L.P., Sprint Solutions, Inc., and Nextel Operations, Inc., T-Mobile US, Inc. and T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless (collectively "Defendants"). CommScope Technologies LLC has intervened in the case. To this point in the litigation, the parties have exchanged a significant number of documents and expect to soon conduct certain depositions and exchange expert reports regarding patent infringement, patent validity, and damages.

8.   *a.* Evidence to be obtained or other judicial act to be performed (article 3, d)

The nature of the proceeding being requested at this time is (1) a Request to Compel Deposition Testimony from Sebastian Blanch Boris on the topics set forth in Attachment A; and (2) a Request for Production by Sebastian Blanch Boris for documents kept and maintained through his course of business related to the topics set forth in Attachment A.

  *b.* Purpose of the evidence or judicial act sought

The evidence sought is directly relevant to the issues in dispute and is evidence intended for trial. In particular, Defendants seek testimony and documents to be used at trial regarding the topics and requests listed in Attachment A. The relevance of each topic is explained below:

1. Mr. Blanch's knowledge, documents and opinions on matters personally perceived by him regarding the public use, disclosure, sale, offer for sale, or display of the alleged invention(s) of the Fractus Patents prior to October 18, 2005 are relevant at least to Defendants' invalidity defenses.
2. Mr. Blanch's knowledge, documents and opinions on matters personally perceived by him regarding the commercialization, license, acquisition, purchase, sale, offer for sale, assignment, or valuation of any Fractus Patent, or of any portfolio of patents containing at least one Fractus Patent, are relevant at least to Defendants' damages defenses.
3. Mr. Blanch's knowledge, documents and opinions on matters personally perceived by him regarding his work prior to October 2005 with any of the following individuals and

7

companies regarding the research and/or development of base station antennas: any other Named Inventor, Siemens, Moyano, Sistemas Moyano, Kathrein-Werke, or Antennas Moyano are relevant at least to Defendants' invalidity and enforceability defenses.

4. Mr. Blanch's knowledge, documents and opinions on matters personally perceived by him regarding employment agreements, work-for-hire agreements, assignment agreements, IP-ownership agreements, gentleman's agreements, royalty agreements, or other agreements, between Mr. Blanch and any of Universitat Politecnica de Catalunya, Ruben Bonet, Marta Baba, Siemens, Moyano, Sistemas Moyano, Antennas Moyano, or any other Named Inventor that pertain to antennas or patents are relevant at least to Defendants' enforceability defenses.

| | | |
|---|---|---|
| 9. | Identity and address of any person to be examined (Article 3, e) | Sebastian Blanch Boris<br>Universitat Politecnica de Catalunya<br>Teoria Senyal i Comunicacions<br>EDIFICI D3<br>DESPATX: 104<br>C. JORDI GIRONA, 1-3<br>08034 BARCELONA<br>SPAIN |
| 10. | Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Article 3, f) | *See* Attachment A (Examination Topics). |
| 11. | Documents or other property to be inspected (Article 3, (g)) | The documents to be inspected are set those related to the topics forth on Attachment A (Document Requests). |
| 12. | Requirement that the Evidence be Given on Oath or Affirmation (Art. 3(h)) | The witness(es) should be examined under oath or affirmation. |
| 13. | Special methods or procedure to be followed (Art. 3(i) and 9) | This Letter of Request includes the following requests:<br>• That this Letter of Request be granted and the evidence-taking proceeding be performed on an |

**Formatted:** Spanish (Latin America)

8

expedited basis because the fact discovery cut off in the underlying case is on April 15, 2019;

- That attorneys admitted to practice in the United States—or, in the alternative, that attorneys admitted to practice in Spain and/or the European Union—for the Defendants and Fractus be permitted to ask the witness additional questions that are related to the subject matter set forth in Attachment A.

- That an authorized shorthand writer/court reporter be present at the examination who shall record the oral testimony verbatim (in English) and prepare a transcript of the evidence;

- That an authorized shorthand writer/court reporter be present at the examination who shall record the oral testimony verbatim (in Spanish) and prepare a transcript of the evidence;

- That an authorized interpreter for each side be present at the examination who shall translate the questions and oral testimony between Spanish and English;

- That the examination be recorded with the video and audio recording means available to the court and a copy of the recording is provided to the requesting authority, or alternatively, that an authorized videographer privately designated by the parties be present at the examination who shall record a video of the oral testimony and prepare copies of the video for the parties;

- That the examinations take place at the earliest date available to the Court, provided that such date is notified with at least one month prior notice to the Requesting Authority and to the representatives of the defendants listed in point 3; for this purpose, it is requested that a copy of the decision setting a date for the examination is notified also through the e-mail addresses or fax numbers indicated in item 3 of this Letter of Request (or alternatively to the representatives –*Procurador*– that the parties may designate in Spain for this purpose), in order to ensure prompt receipt thereof, and without prejudice to formally returning the executed request through the ordinary channel which is applicable under

9

article 13 of the Convention~~dates and times as may be agreed upon between the witness and counsel for the parties~~;

- That the examinations not exceed a total of four hours on the record, shared ~~among the above-listed Defendants~~equally between Fractus (two hours) and Defendants (two hours); and

- That, to the extent that multiple hearing dates are necessary to complete the taking of evidence sought in Attachment A and the additional questions related to the subject matter set forth in Attachment A, the hearings are scheduled on consecutive days or as close to each other as reasonably practicable.

In the event the evidence cannot be taken in the manner ~~or location~~ requested, it is to be taken in such a manner ~~or location~~ as provided by local law. To the extent any request in this section is deemed incompatible with Spanish principles of procedural law, it is to be disregarded.

| | | |
|---|---|---|
| 14. | Request for information of time and place for the execution of the Request pursuant to Article 7 of the Convention | It is requested that United States Counsel for the Defendants at the addresses set forth in paragraph 6 above, should be contacted for any information relating to the execution of this Letter of Request. |
| 15. | Request for Attendance of Participation of Judicial Personnel of the Requesting Authority at the Execution of the Letter of Request (Art. 8) | No attendance of judicial personnel of the Requesting Authority is requested. |
| 16. | Specification of Privilege or Duty to Refuse to Give Evidence Under the Law of the State of Origin (Art. 11 (b)) | The privilege or duty of the witness to refuse to give evidence shall be the same as if they were testifying under the applicable provisions of the Federal Rules of Civil Procedure, including if giving such evidence would (1) subject them to a real and appreciable danger of criminal liability in the United States, or (2) disclose a confidential and privileged communication between them and their respective attorneys. |
| 17. | Fees and costs (Art. 14 and 26) | The Defendants, to the extent any such fees apply. Please contact the Defendants' United States counsel (or alternatively to the representatives –*Procurador*– that the parties may designate in Spain for this |

10

purpose), at the address set out under paragraph 6 above, to make any necessary financial arrangements.

DATE OF REQUEST                    _____ 20198

_____
United States District Court for the Eastern District of Texas, Marshall Division
Sam B. Hall Jr. Federal Building and United States Courthouse
100 East Houston Street
Room 125
Marshall, Texas 75670
United States of America
(signature and seal)

11

# ATTACHMENT A

12

## DEFINITIONS

1. **"*Fractus*"** or **"*Plaintiff*"** collectively includes Fractus, S.A., Fractus Antennas SL, Advanced Automotive Antennas, and any of their officers (e.g., Ruben Bonet or Carles Puente Baliarda), directors, employees, or representatives.

2. **"*Fractus Patents*"** means the family of issued patents, patent applications, and patent publications assigned to Fractus that trace their ultimate priority to PCT/ES99/00343, which published on May 3, 2001 as WO 01/31747 and is entitled, "Agrupaciones Multibanda de Antenas Entrelazadas," or "Interlaced Multiband Antenna Arrays." Among this family of patents are European Patent Specification No. 1 227 545 and U.S. Patent Nos.: 6,937,191; 7,250,918; 7,557,768; 7,932,870; 8,228,256; 8,896,493; and 9,905,940. This patent family names Jordi Romeu Robert, Carles Puente Baliarda, and Sebastian Blanch Boris as inventors.

## INSTRUCTIONS

1. In responding to these document requests, please furnish all information that is available to you.

2. ~~Attached as Exhibit B to this subpoena is the Court's Protective Order governing the treatment of confidential documents and information in the Present Litigation~~The information provided by you will only be used for the purposes of trial in the United States District Court for the Eastern District of Texas and will be kept confidential according to the Protective Order governing the treatment of confidential documents and information in this case.

13

## DOCUMENT REQUESTS

**The following information is requested for the purposes of trial in the United States District Court for the Eastern District of Texas. The trial is set to begin in September 2019.**

**REQUEST NO. 1:**

Documents in Mr. Blanch's possession concerning public use, disclosure, sale, offer for sale, or display of multi-band and/or wide-band antenna arrays for base stations prior to October 26, 1999, such as disclosure in or at trade shows, conferences, demonstrations, journals, academic publications, trade publications.

**REQUEST NO. 2:**

Documents in Mr. Blanch's possession concerning the commercialization, license, acquisition, purchase, sale, offer for sale, assignment, or valuation of any Fractus Patent, or of any portfolio of patents containing at least one Fractus Patent.

**REQUEST NO. 3:**

Documents in Mr. Blanch's possession dated prior to October 2005 that concern his work with any of the following individuals and companies regarding the research and/or development of multi-band and/or wide-band antenna arrays for base stations: Carles Puente Baliarda, Ruben Bonet, Jordi Romeu Robert, Jaume Anguera Pros, Carmen Borja Borau, Siemens AG, Moyano Telsa Sistemas Radiantes y Telecomunicaciones, S.A., Sistemas Radiantes Moyano S.A., Kathrein-Werke KG, or Antenas Moyano S.L.

**REQUEST NO. 4:**

Documents in Mr. Blanch's possession concerning employment agreements, work-for-hire agreements, assignment agreements, IP-ownership agreements, gentleman's agreements, royalty agreements, or other agreements that relate to Fractus, the Fractus Patents, or antennas and that are between Mr. Blanch and any of: Universitat Politecnica de Catalunya, Carles Puente

14

Baliarda, Jordi Romeu Robert, Jaume Anguera Pros, Carmen Borja Borau, Ruben Bonet, Marta Baba, Siemens AG, Moyano Telsa Sistemas Radiantes y Telecomunicaciones, S.A., Sistemas Radiantes Moyano S.A., Kathrein-Werke KG, or Antenas Moyano S.L.

## EXAMINATION TOPICS

**TOPIC NO. 1:**

Mr. Blanch's knowledge of matters personally perceived by him concerning public use, disclosure, sale, offer for sale, or display of multi-band and/or wide-band antenna arrays for base stations of the alleged invention(s) of the Fractus Patents prior to October 26, 1999, such as disclosure in or at trade shows, conferences, demonstrations, journals, academic publications, or trade publications.

**TOPIC NO. 2:**

Mr. Blanch's knowledge of matters personally perceived by him concerning the commercialization, license, acquisition, purchase, sale, offer for sale, assignment, or valuation of any Fractus Patent, or of any portfolio of patents containing at least one Fractus Patent.

**TOPIC NO. 3:**

Mr. Blanch's knowledge of matters personally perceived by him concerning his work prior to October 2005 with any of the following individuals and companies regarding the research and/or development of multi-band and/or wide-band antenna arrays for base stations: Carles Puente Baliarda, Ruben Bonet, Jordi Romeu Robert, Jaume Anguera Pros, Carmen Borja Borau, Siemens AG, Moyano Telsa Sistemas Radiantes y Telecomunicaciones, S.A., Sistemas Radiantes Moyano S.A., Kathrein-Werke KG, or Antenas Moyano S.L.

**TOPIC NO. 4:**

Mr. Blanch's knowledge of matters personally perceived by him concerning employment agreements, work-for-hire agreements, assignment agreements, IP-ownership agreements,

15

gentleman's agreements, royalty agreements, or other agreements that relate to Fractus, the Fractus Patents, or antennas and that are between Mr. Blanch and any of: Universitat Politecnica de Catalunya, Carles Puente Baliarda, Jordi Romeu Robert, Jaume Anguera Pros, Carmen Borja Borau, Ruben Bonet, Marta Baba, Siemens AG, Moyano Telsa Sistemas Radiantes y Telecomunicaciones, S.A., Sistemas Radiantes Moyano S.A., Kathrein-Werke KG, or Antenas Moyano S.L.

**TOPIC NO. 5:**

Mr. Blanch's understanding of the technology used in multi-band or wide-band antenna arrays.

**TOPIC NO. 6:**

Mr. Blanch's knowledge of matters personally perceived by him concerning the contents and authentication of every document produced by Mr. Blanch in response to Document Request Nos. 1–4.

# ATTACHMENT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| FRACTUS, S.A., | |
|         Plaintiff, | JURY TRIAL DEMANDED |
|     v. | |
| AT&T MOBILITY LLC, | Case No. 2:18-cv-00135-JRG |
|     Defendant. | LEAD CASE |
| SPRINT COMMUNICATIONS COMPANY, L.P., ET AL., | |
|     Defendants. | Case No. 2:18-cv-00136-JRG |
| T-MOBILE US, INC. ET AL., | |
|     Defendants. | Case No. 2:18-cv-00137-JRG |
| VERIZON COMMUNICATIONS INC. ET AL., | |
|     Defendants. | Case No. 2:18-cv-00138-JRG |
| COMMSCOPE TECHNOLOGIES LLC, | |
|     Defendant-Intervenor. | |

**~~DEFENDANTS' UNOPPOSED~~JOINT MOTION TO AMEND THE APPLICATION FOR
THE ISSUANCE OF LETTERS OF REQUEST TO EXAMINE PERSONS AND
INSPECT DOCUMENTS
PURSUANT TO THE HAGUE CONVENTION**

Plaintiff Fractus, S.A. and Defendants AT&T Mobility LLC, Sprint Communications
Company, L.P., et al., T-Mobile US, Inc. et al., and Cellco Partnership d/b/a Verizon Wireless,
and Defendant-Intervenor CommScope Technologies LLC (collectively, "Defendants"), by and
through their attorneys, respectfully request that this Court issue amended Letters of Request in the
form attached hereto as Exhibits A and B, addressed to the Central Authority of Spain, to inspect
documents and examine persons as relevant to this action. Plaintiff and Defendants request the
amended Letters of Request to make plain that Plaintiff can participate in any proceedings that the
Spanish authorities permit~~any examination with an equal amount of time on the record~~.

1

This Application is made pursuant to Rule 28(b) of the Federal Rules of Civil Procedure. Defendants believe this Application is made and in conformity with the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, T.I.A.S. 7444, 23 U.S.T. 2555, reprinted in 28 U.S.C. § 1781 ("Hague Evidence Convention"), which is in force between the United States and Spain. Issuance of the Letter of Request under the Hague Evidence Convention is a proper method for the collecting documents and the taking of testimony of persons residing abroad. Fed. R. Civ. P. 28(b); *Pain v. United Technologies Corp.*, 637 F.2d 77, 788-90 (D.C. Cir. 1980), cert. denied, 454 U.S. 1128 (1991). Plaintiff does not believe the Application complies with the requirements of the Hague Evidence Convention. Specifically, Spain's reservation under Article 23 of the Hague Convention disallows pretrial discovery. *See* Spain's Reservation Article 23 ("Pursuant to Article 23 Spain does not accept Letters of Request derived from the 'pre-trial discovery of documents' procedure known in common law countries.").

**Statement of the Case**

Plaintiff and Defendants[1] bring the present application because they have ascertained that Jordi Romeu Robert ("Mr. Romeu") and Sebastian Blanch Boris ("Mr. Blanch") possess information relevant to this litigation. Mr. Romeu and Mr. Blanch are each named as inventors of patents at issue in this litigation, specifically U.S. Patent No. 6,937,191; U.S. Patent No. 7,250,918; U.S. Patent No. 7,557,768; U.S. Patent No. 7,932,870, U.S. Patent No. 8,228,256; U.S. Patent No. 8,896,493; and U.S. Patent No. 9,905,940.

**Procedure**

Plaintiff and Defendants respectfully ask this Court to issue amended Letters of Request. Defendants requesting certain narrowly tailored categories of documents and enabling the parties to depositions ofe Mr. Romeu and Mr. Blanch on the topics set forth in Exhibits A and B to the Request for International Judicial Assistance below to fully develop their claims and defenses in this action. Plaintiff does not believe these requests comply with Spanish law, which does not permit the American-style document requests proposed by Defendants, nor the attorney-conducted

depositions based on broad examination topics contemplated by Defendants. However, in the event Spanish authorities entertain the requests, Plaintiff is a necessary and proper participant in any related proceedings.

In the event the Court grants the instant application, Plaintiff and Defendants request that the Court execute the Letters of Request with the Court's signature and seal and provide an original of the executed Letters of Request to Defendants' the undersigned counsel for forwarding to the appropriate authority in Spain. Prior to forwarding, and to the extent required by the applicable Spanish authority under Article 4 of the Hague Convention, Plaintiff and Defendants will cause the Letters of Request to be translated into Spanish. Plaintiff and Defendants will then transmit the executed Letters of Request, together with the translation, to the Spanish authority for execution.

WHEREFORE, for all of these reasons, Plaintiff and the Defendants request that the Court sign under seal and issue the attached Amended Letters of Request to the appropriate authority in Spain. in conformity with Article 2 of the Hague Convention, including requests for documents and that counsel for Plaintiff and Defendants be permitted to conduct the requested depositions, in the form as attached as Exhibits A and B.

Dated: ~~November 21, 2018~~January XX, 2019                    Respectfully submitted,

_/s/ Michael Ng_
Michael Ng
California State Bar No. 237915
Lead Attorney
Daniel A. Zaheer
California State Bar No. 237118
Michael M. Rosen
California State Bar No. 230964
Luke J. Burton
California State Bar No. 301247
michael.ng@kobrekim.com
daniel.zaheer@kobrekim.com
michael.rosen@kobrekim.com
luke.burton@kobrekim.com
**KOBRE & KIM LLP**
150 California Street, 19th Floor
San Francisco, CA 94111
Telephone: 415-582-4800
Facsimile: 415-582-4811

Hugham Chan
Washington DC Bar No. 1011058
**KOBRE & KIM LLP**
1919 M Street, NW
Washington, DC 20036
Telephone: 202-664-1956
Facsimile: 202-510-2993
E-mail:hugham.chan@kobrekim.com

Adriana Riviere-Badell
Florida State Bar No. 30572
**KOBRE & KIM LLP**
201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Telephone: 305-967-6100
Facsimile: 305-967-6120
E-mail: adriana.riviere-badell@kobrekim.com

S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

4

**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770

T. John Ward Jr.
Texas State Bar No. 00794818
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea L. Fair
Texas State Bar No. 24078488
jw@jwfirm.com
claire@wsfirm.com
andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, TX 75606
Telephone: 903-757-6400
Facsimile: 903-757-2323

***Attorneys for Plaintiff FRACTUS, S.A.***

*/s/Benjamin Hershkowitz*

Josh Krevitt
Benjamin Hershkowitz
Royce Zeisler
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
jkrevitt@gibsondunn.com
bhershkowitz@gibsondunn.com
rzeisler@gibsondunn.com

Neema Jalali
Lead Attorney
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8258
njalali@gibsondunn.com

Eric T. Syu
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3800
esyu@gibsondunn.com

5

Nathan R. Curtis (#24078390)
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
Telephone: (214) 698-3100
ncurtis@gibsondunn.com

Brett C. Govett
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 855-8118
brett.govett@nortonrosefulbright.com

Daniel S. Leventhal
NORTON ROSE FULBRIGHT US LLP
Fulbright Tower, 1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: (713) 651-8360
daniel.leventhal@nortonrosefulbright.com

***Counsel for Defendant AT&T Mobility LLC***

*/s/ David E. Finkelson*

Robert W. Weber (TX Bar No. 21044800)
Smith Weber LLP
5505 Plaza Drive
P.O. Box 6167
Texarkana, TX 75505
Telephone: 903.223.5656
Facsimile: 903.223.5652
bweber@smithweber.com

Shaun W. Hassett (TX Bar No. 24074372)
Lead Attorney
McGuireWoods LLP
2000 McKinney Ave., Suite 1400
Dallas, TX 75201
Telephone: 214.932.6400
Facsimile: 214.932.6499
shassett@mcguirewoods.com

6

David E. Finkelson (*pro hac vice*)
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
Telephone: 804.775.1374
Facsimile: 804.698.2264
dfinkelson@mcguirewoods.com

***Counsel for Defendants Sprint
Communications Company, L.P., Sprint
Spectrum L.P., Sprint Solutions, Inc., and
Nextel Operations, Inc.***

/s/ Ross R. Barton

Ross R. Barton  (NC Bar No. 37179)
J. Ravindra Fernando (NC Bar No. 49199)
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, North Carolina, 28280
Phone:  (704) 444-1000
Fax:     (704) 444-1111
Email:  ross.barton@alston.com
Email:  ravi.fernando@alston.com

Michael J. Newton (TX Bar No. 24003844)
Brady Cox (TX Bar No. 24074084)
ALSTON & BIRD LLP
2828 North Harwood Street, Suite 1800
Dallas, Texas 75201
Phone:  (214) 922-3400
Fax:     (214) 922-3899
Email:  mike.newton@alston.com
Email:  brady.cox@alston.com

Darlena H. Subashi (NC Bar No. 53142)
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27601
Phone:  (919) 862-2200
Fax:     (919) 862-2260
Email:  darlena.subashi@alston.com

Michael E. Jones (TX Bar No. 10929400)
POTTER MINTON, a Professional

7

Corporation
110 North College Avenue, Suite 500
Tyler, TX 75702
Phone:   903-597-8311
Fax:        903-593-0846
Email:     mikejones@potterminton.com

***Attorneys for Defendant Cellco Partnership
d/b/a Verizon Wireless***

8

*/s/ Douglas M. Kubehl*

Douglas M. Kubehl
Texas State Bar No. 00796909
E-mail:  doug.kubehl@bakerbotts.com
Jeffery D. Baxter
Texas State Bar No. 24006816
E-mail:  jeff.baxter@bakerbotts.com
David J. Tobin
Texas State Bar No. 24060735
E-mail:  david.tobin@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

Sarah J. Guske
California State Bar No. 232467
E-mail:  sarah.guske@bakerbotts.com
BAKER BOTTS L.L.P.
101 California St.
San Francisco, CA 94111
Telephone: (415) 291-6200
Facsimile: (214) 953-6503

Syed K. Fareed
Texas State Bar No. 24065216
E-mail:  syed.fareed@bakerbotts.com
Valerie Barker
Texas State Bar No. 24087141
E-mail:  valerie.barker@bakerbotts.com
Bailey Morgan Watkins
Texas State Bar No. 24102244
E-mail:  bailey.watkins@bakerbotts.com
BAKER BOTTS L.L.P.
98 San Jacinto Blvd #1500
Austin, TX 78701
Telephone: (512) 322-2500
Facsimile: (214) 953-6503

***Attorneys for Defendants T-Mobile USA,
Inc. and T-Mobile US, Inc.***

9

_/s/ Bradley W. Micsky_

Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
102 N. College Ave., Ste. 900
Tyler, TX 75702
(903) 534-1100 Telephone
(903) 534-1137 Facsimile
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Philip P. Caspers
Timothy A. Lindquist
Dennis C. Bremer
Iain A. McIntyre
Bradley W. Micsky
Caroline L. Marsili
CARLSON, CASPERS,
VANDENBURGH & LINDQUIST, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402
(612) 436-9600 Telephone
(612) 436-9605 Facsimile
pcaspers@carlsoncaspers.com
tlindquist@carlsoncaspers.com
dbremer@carlsoncaspers.com
imcintyre@carlsoncaspers.com
bmicsky@carlsoncaspers.com
cmarsili@carlsoncaspers.com

**_Attorneys for CommScope Technologies
LLC_**

10

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned hereby certifies: (1) that counsel has complied with the meet and confer requirement in LOCAL RULE CV-7(h); and (2) the motion is unopposed.

*/s/ David J. Tobin*
David J. Tobin

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing document was served electronically on ~~November 21, 2018~~January XX, 2019, on all counsel who have consented to electronic service.

*/s/ David J. Tobin*
David J. Tobin

11

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| FRACTUS, S.A., | |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| AT&T MOBILITY LLC, | Case No. 2:18-cv-00135-JRG |
| Defendant. | LEAD CASE |
| SPRINT COMMUNICATIONS COMPANY, L.P., ET AL., | Case No. 2:18-cv-00136-JRG |
| Defendants. | |
| T-MOBILE US, INC. ET AL., | Case No. 2:18-cv-00137-JRG |
| Defendants. | |
| VERIZON COMMUNICATIONS INC. ET AL., | Case No. 2:18-cv-00138-JRG |
| Defendants. | |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE**
**HAGUE CONVENTION OF 18 MARCH 1970 ON THE**
**TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

2

| | | |
|---|---|---|
| 1. | Sender | Office of the Clerk<br>United States District Court for the Eastern District of<br>Texas, Marshall Division<br>Sam B. Hall Jr. Federal Building and United States<br>Courthouse<br>100 East Houston Street<br>Room 125<br>Marshall, Texas 75670<br>United States of America |
| 2. | Central Authority of the<br>Requested State | Subdirección General de Cooperación Jurídica<br>Internacional<br>Ministry of Justice<br>Calle San Bernardo Nº 62<br>28071 Madrid<br>Spain<br>Tel +34 (91) 390 23 86 / 44 11<br>Fax +34 (91) 390 2475 / +34 (91) 390 4457<br>Email: laura.fernandez@mjusticia.es or<br>silvia.villa@mjusticia.es |
| 3. | Persons to whom the executed<br>request is to be returned | Douglas M. Kubehl<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 953-6500<br>Facsimile: (214) 953-6503<br>E-mail:  doug.kubehl@bakerbotts.com<br><br>Benjamin Hershkowitz<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>E-mail: bhershkowitz@gibsondunn.com<br><br>Ross R. Barton<br>ALSTON & BIRD LLP<br>101 South Tryon Street, Suite 4000<br>Charlotte, NC 28280<br>Telephone: (704) 444-1000<br>E-mail: ross.barton@alston.com<br><br>David E. Finkelson |

Formatted: Spanish (Latin America)

3

McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-1374
Email: dfinkelson@mcguirewoods.com

Bradley W. Micsky
CARLSON, CASPERS,
VANDENBURGH & LINDQUIST, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402
(612) 436-9600 Telephone
(612) 436-9605 Facsimile
bmicsky@carlsoncaspers.com

Adriana Riviere-Badell
Kobre & Kim KOBRE & KIM L.L.P.
201 S. Biscayne Blvd., Suite 1900
Miami, FL 33131
(305) 967-6117 Telephone
adriana.riviere-badell@kobrekim.com

**Formatted:** Spanish (Latin America)

| | | |
|---|---|---|
| 4. | Date by which the requesting authority requires receipt of the response to the Letter of Request: | As soon as reasonably practicable. |

In conformity with Article 3 of the Convention, the United States District Court for the Eastern District of Texas, Marshall Division, presents its compliments to the competent judicial authority in Spain and respectfully submits the following request:

| | | |
|---|---|---|
| 5. | *a*. Requesting judicial authority (article 3, a) | United States District Court for the Eastern District of Texas, Marshall Division<br>Sam B. Hall Jr. Federal Building and United States Courthouse<br>100 East Houston Street<br>Room 125<br>Marshall, Texas 75670<br>Phone: (903) 935-2912<br>Fax: (903) 938-2651 |
| | *b*. To the competent authority of (article 3, a) | The Central Authority of Spain |

4

<table>
<tr><td><em>c.</em> Name of the case and any identifying number</td><td><em>Fractus, S.A. v. AT&T Mobility LLC</em>, Civil Action File Number 2:18-cv-00135-JRG (Consolidated Lead Case)</td></tr>
<tr><td></td><td><em>Fractus, S.A. v. Sprint Communications Co., L.P., et al.</em>, Civil Action File Number 2:18-cv-00136-JRG</td></tr>
<tr><td></td><td><em>Fractus, S.A. v. T-Mobile US, Inc. et al.</em>, Civil Action File Number 2:18-cv-00137-JRG</td></tr>
<tr><td></td><td><em>Fractus, S.A. v. Verizon Communications Inc. et al.</em>, Civil Action File Number 2:18-cv-00138-JRG</td></tr>
</table>

6. Name and addresses of the parties and their representatives (including representatives in the requested state)

| | |
|---|---|
| Defendant | AT&T Mobility LLC |
| Representatives (US) | Benjamin Hershkowitz<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>E-mail: bhershkowitz@gibsondunn.com |
| Defendant | Sprint Communications Company, L.P., Sprint Spectrum L.P., Sprint Solutions, Inc., and Nextel Operations, Inc. |
| Representatives (US) | David E. Finkelson<br>McGuireWoods LLP<br>800 East Canal Street<br>Richmond, VA 23219<br>Telephone: (804) 775-1374<br>Email: dfinkelson@mcguirewoods.com |
| Defendant | T-Mobile US, Inc. and T-Mobile USA, Inc. |
| Representatives (US) | Douglas M. Kubehl<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 953-6500<br>Facsimile: (214) 953-6503 |

5

E-mail:  doug.kubehl@bakerbotts.com

| | |
|---|---|
| Defendant | Cellco Partnership d/b/a Verizon Wireless |
| Representatives (US) | Ross R. Barton<br>ALSTON & BIRD LLP<br>101 South Tryon Street, Suite 4000<br>Charlotte, NC 28280<br>Telephone: (704) 444-1000<br>E-mail: ross.barton@alston.com |
| Intervenor | CommScope Technologies LLC |
| Representatives (US) | Bradley W. Micsky<br>CARLSON, CASPERS,<br>VANDENBURGH & LINDQUIST, P.A.<br>225 South Sixth Street, Suite 4200<br>Minneapolis, Minnesota 55402<br>(612) 436-9600 Telephone<br>(612) 436-9605 Facsimile<br>bmicsky@carlsoncaspers.com |
| Plaintiff | Fractus, S.A. |
| | Adriana Riviere-Badell<br>KobreOBRE & KimIM L.L.P.<br>201 S. Biscayne Blvd., Suite 1900<br>Miami, FL 33131<br>(305) 967-6117 Telephone<br>adriana.riviere-badell@kobrekim.com |

**Formatted:** Spanish (Latin America)

7.  *a.* Nature of the proceedings (article 3, c)

The nature of the litigation from which the Requests stem is a complaint of patent infringement involving U.S. Patent Nos. 6,937,191, 7,250,918, 7,557,768, 7,932,870, 8,228,256, 8,896,493, 9,905,940, 8,497,814, 8,754,824, and 9,450,305. Mr. Jordi Romeu Robert is named as an inventor of seven of the above patents.

*b.* Summary of complaint

The complaint alleges that the following defendants have infringed and continue to infringe the patents listed above by making, using, importing, selling, and/or offering for sale certain cellular network equipment:

AT&T Mobility LLC; Sprint Communications

Company, L.P., Sprint Spectrum L.P., Sprint Solutions, Inc., and Nextel Operations, Inc., T-Mobile US, Inc. and T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless (collectively "Defendants"). CommScope Technologies LLC has intervened in the case. To this point in the litigation, the parties have exchanged a significant number of documents and expect to soon conduct certain depositions and exchange expert reports regarding patent infringement, patent validity, and damages.

| | | |
|---|---|---|
| 8. | *a.* Evidence to be obtained or other judicial act to be performed (article 3, d) | The nature of the proceeding being requested at this time is (1) a Request to Compel Deposition Testimony from Jordi Romeu Robert on the topics set forth in Attachment A; and (2) a Request For Production by Jordi Romeu Robert for documents kept and maintained through his course of business related to the topics set forth in Attachment A. Defendants seek pre-trial discovery for proceedings currently scheduled for trial in September 2019. |
| | *b.* Purpose of the evidence or judicial act sought | The evidence sought is pre-trial discovery that Defendants believe is directly relevant to the issues in dispute and is evidence intended for trial currently scheduled to begin September 2019. In particular, Defendants seek testimony and documents to be used at trial regarding the topics and requests listed in Attachment A. The relevance of each topic is explained below: |

1. Mr. Romeu's knowledge, documents and opinions on matters personally perceived by him regarding the public use, disclosure, sale, offer for sale, or display of the alleged invention(s) of the Fractus Patents prior to October 18, 2005 are relevant at least to Defendants' invalidity defenses.

2. Mr. Romeu's knowledge, documents and opinions on matters personally perceived by him regarding the commercialization, license, acquisition, purchase, sale, offer for sale, assignment, or valuation of any Fractus Patent, or of any portfolio of patents containing at least one Fractus Patent, are relevant at least to Defendants' damages defenses.

3. Mr. Romeu's knowledge, documents and

opinions on matters personally perceived by him regarding his work prior to October 2005 with any of the following individuals and companies regarding the research and/or development of base station antennas: any other Named Inventor, Siemens, Moyano, Sistemas Moyano, Kathrein-Werke, or Antennas Moyano are relevant at least to Defendants' invalidity and enforceability defenses.

4.   Mr. Romeu's knowledge, documents and opinions on matters personally perceived by him regarding employment agreements, work-for-hire agreements, assignment agreements, IP-ownership agreements, gentleman's agreements, royalty agreements, or other agreements, between Mr. Romeu and any of Universitat Politecnica de Catalunya, Ruben Bonet, Marta Baba, Siemens, Moyano, Sistemas Moyano, Antennas Moyano, or any other Named Inventor that pertain to antennas or patents are relevant at least to Defendants' enforceability defenses.

1.   Fractus, S.A. does not believe Defendants' requests comply with Spanish law. Specifically, Spain's reservation under Article 23 of the Hague Convention disallows pretrial discovery. Also, Spanish law does not permit the American-style document requests or attorney-conducted depositions proposed by Defendants. In the event Spanish authorities entertain Defendants' requests, Fractus, S.A. is a necessary and proper participant in any related proceedings.

| | |
|---|---|
| 9.   Identity and address of any person to be examined (Article 3, e) | Jordi Romeu Robert<br>Universitat Politecnica de Catalunya<br>Teoria Senyal i Comunicacions<br>EDIFICI D3<br>DESPATX: 106<br>C. JORDI GIRONA, 1-3<br>08034 BARCELONA<br>SPAIN |
| 10.   Questions to be put to the persons to be examined or statement of the subject matter about which they are to be | *See* Attachment A (Examination Topics). |

8

examined (Article 3, f)

| | | |
|---|---|---|
| 11. | Documents or other property to be inspected (Article 3, (g)) | The documents to be inspected are set those related to the topics forth on Attachment A (Document Requests). |
| 12. | Requirement that the Evidence be Given on Oath or Affirmation (Art. 3(h)) | The witness(es) should be examined under oath or affirmation. |
| 13. | Special methods or procedure to be followed (Art. 3(i) and 9) | This Letter of Request includes the following requests[1]: |

- That this Letter of Request be granted and the evidence-taking proceeding be performed on an expedited basis because the fact discovery cut off in the underlying case is on April 15, 2019;
- That attorneys admitted to practice in the United States—or, in the alternative, that attorneys admitted to practice in Spain and/or the European Union—for the Defendants and Fractus be permitted to ask the witness additional questions that are related to the subject matter set forth in Attachment A.
- That an authorized shorthand writer/court reporter be present at the examination who shall record the oral testimony verbatim (in English) and prepare a transcript of the evidence;
- That an authorized shorthand writer/court reporter be present at the examination who shall record the oral testimony verbatim (in Spanish) and prepare a transcript of the evidence;
- That an authorized interpreter for each side be present at the examination who shall translate the questions and oral testimony between Spanish and English;
- That the examination be recorded with the video and audio recording means available to the court and a copy of the recording is provided to the requesting authority, or alternatively, that an authorized videographer privately designated by the parties be present at the examination who shall record a video of the oral testimony and prepare copies of the video

---

[1] Fractus, S.A. does not believe that the discovery, including depositions, requested by Defendants complies with Spanish law, but if any questioning of witnesses is permitted by Spanish authorities, Fractus, S.A. should be permitted to participate equally as it would in the United States.

for the parties;

- That the examinations take place at the earliest date available to the Court, provided that such date is notified with at least one month prior notice to the Requesting Authority and to the representatives of the ~~defendants~~parties listed in point 3; for this purpose, it is requested that a copy of the decision setting a date for the examination is notified also through the e-mail addresses or fax numbers indicated in item 3 of this Letter of Request (or alternatively to the representatives –*Procurador*– that the parties may designate in Spain for this purpose), in order to ensure prompt receipt thereof, and without prejudice to formally returning the executed request through the ordinary channel which is applicable under article 13 of the Convention~~dates and times as may be agreed upon between the witness and counsel for the parties~~;

**Formatted:** Font: Italic

- That the examinations not exceed a total of four hours on the record, shared ~~among the above-listed Defendants~~equally between Fractus (two hours) ~~and~~ Defendants (two hours); and

- That, to the extent that multiple hearing dates are necessary to complete the taking of evidence sought in Attachment A and the additional questions related to the subject matter set forth in Attachment A, the hearings are scheduled on consecutive days or as close to each other as reasonably practicable.

In the event the evidence cannot be taken in the manner ~~or location~~ requested, it is to be taken in such a manner ~~or location~~ as provided by local law. To the extent any request in this section is deemed incompatible with Spanish principles of procedural law, it is to be disregarded.

| 14. | Request for information of time and place for the execution of the Request pursuant to Article 7 of the Convention | It is requested that United States Counsel for the Defendants at the addresses set forth in paragraph 6 above, should be contacted for any information relating to the execution of this Letter of Request. |
|---|---|---|
| 15. | Request for Attendance of Participation of Judicial | No attendance of judicial personnel of the Requesting Authority is requested. |

10

Personnel of the Requesting
Authority at the Execution of
the Letter of Request (Art. 8)

16.  Specification of Privilege or    The privilege or duty of the witness to refuse to give
     Duty to Refuse to Give          evidence shall be the same as if they were testifying
     Evidence Under the Law of the   under the applicable provisions of the Federal Rules of
     State of Origin (Art. 11 (b))   Civil Procedure, including if giving such evidence
                                     would (1) subject them to a real and appreciable danger
                                     of criminal liability in the United States, or (2) disclose
                                     a confidential and privileged communication between
                                     them and their respective attorneys.

17.  Fees and costs (Art. 14 and 26)  The Defendants, to the extent any such fees apply.
                                      Please contact the Defendants' United States counsel
                                      *(or alternatively to the representatives –Procurador–
                                      that the parties may designate in Spain for this
                                      purpose)*, at the address set out under paragraph 6
                                      above, to make any necessary financial arrangements.


DATE OF REQUEST                    _____ 2019~~8~~


                                   _____
                                   United States District Court for the Eastern District
                                   of Texas, Marshall Division
                                   Sam B. Hall Jr. Federal Building and United States
                                   Courthouse
                                   100 East Houston Street
                                   Room 125
                                   Marshall, Texas 75670
                                   United States of America
                                   (signature and seal)


11

# ATTACHMENT A

## DEFINITIONS

1.      **"*Fractus*"** or **"*Plaintiff*"** collectively includes Fractus, S.A., Fractus Antennas SL, Advanced Automotive Antennas, and any of their officers (e.g., Ruben Bonet or Carles Puente Baliarda), directors, employees, or representatives.

2.      **"*Fractus Patents*"** means the family of issued patents, patent applications, and patent publications assigned to Fractus that trace their ultimate priority to PCT/ES99/00343, which published on May 3, 2001 as WO 01/31747 and is entitled, "Agrupaciones Multibanda de Antenas Entrelazadas," or "Interlaced Multiband Antenna Arrays." Among this family of patents are European Patent Specification No. 1 227 545 and U.S. Patent Nos.: 6,937,191; 7,250,918; 7,557,768; 7,932,870; 8,228,256; 8,896,493; and 9,905,940. This patent family names Jordi Romeu Robert, Carles Puente Baliarda, and Sebastian Blanch Boris as inventors.

## INSTRUCTIONS

1.      In responding to these document requests, please furnish all information that is available to you.

2.      The information provided by you will only be used for the purposes of trial in the United States District Court for the Eastern District of Texas, currently scheduled to begin September 2019, and will be kept confidential according to the Protective Order governing the treatment of confidential documents and information in this case Attached as Exhibit B to this subpoena is the Court's Protective Order governing the treatment of confidential documents and information in the Present Litigation.

### DOCUMENT REQUESTS

**The following information is requested for the purposes of trial in the United States District Court for the Eastern District of Texas. The trial is set to begin in September 2019.**

**REQUEST NO. 1:**

Documents in Mr. Romeu's possession concerning public use, disclosure, sale, offer for sale, or display of multi-band and/or wide-band antenna arrays for base stations prior to October 26, 1999, such as disclosure in or at trade shows, conferences, demonstrations, journals, academic publications, trade publications.

**REQUEST NO. 2:**

Documents in Mr. Romeu's possession concerning the commercialization, license, acquisition, purchase, sale, offer for sale, assignment, or valuation of any Fractus Patent, or of any portfolio of patents containing at least one Fractus Patent.

**REQUEST NO. 3:**

Documents in Mr. Romeu's possession dated prior to October 2005 that concern his work with any of the following individuals and companies regarding the research and/or development of multi-band and/or wide-band antenna arrays for base stations: Carles Puente Baliarda, Ruben Bonet, Sebastian Boris Blanch, Jaume Anguera Pros, Carmen Borja Borau, Siemens AG, Moyano Telsa Sistemas Radiantes y Telecomunicaciones, S.A., Sistemas Radiantes Moyano S.A., Kathrein-Werke KG, or Antenas Moyano S.L.

**REQUEST NO. 4:**

Documents in Mr. Romeu's possession concerning employment agreements, work-for-hire agreements, assignment agreements, IP-ownership agreements, gentleman's agreements, royalty agreements, or other agreements that relate to Fractus, the Fractus Patents, or antennas and that are between Mr. Romeu and any of: Universitat Politecnica de Catalunya, Carles Puente

14

Baliarda, Sebastian Boris Blanch, Jaume Anguera Pros, Carmen Borja Borau, Ruben Bonet, Marta Baba, Siemens AG, Moyano Telsa Sistemas Radiantes y Telecomunicaciones, S.A., Sistemas Radiantes Moyano S.A., Kathrein-Werke KG, or Antenas Moyano S.L.

## EXAMINATION TOPICS

**TOPIC NO. 1:**

Mr. Romeu's knowledge of matters personally perceived by him concerning public use, disclosure, sale, offer for sale, or display of multi-band and/or wide-band antenna arrays for base stations of the alleged invention(s) of the Fractus Patents prior to October 26, 1999, such as disclosure in or at trade shows, conferences, demonstrations, journals, academic publications, or trade publications.

**TOPIC NO. 2:**

Mr. Romeu's knowledge of matters personally perceived by him concerning the commercialization, license, acquisition, purchase, sale, offer for sale, assignment, or valuation of any Fractus Patent, or of any portfolio of patents containing at least one Fractus Patent.

**TOPIC NO. 3:**

Mr. Romeu's knowledge of matters personally perceived by him concerning his work prior to October 2005 with any of the following individuals and companies regarding the research and/or development of multi-band and/or wide-band antenna arrays for base stations: Carles Puente Baliarda, Ruben Bonet, Sebastian Boris Blanch, Jaume Anguera Pros, Carmen Borja Borau, Siemens AG, Moyano Telsa Sistemas Radiantes y Telecomunicaciones, S.A., Sistemas Radiantes Moyano S.A., Kathrein-Werke KG, or Antenas Moyano S.L.

**TOPIC NO. 4:**

Mr. Romeu's knowledge of matters personally perceived by him concerning employment agreements, work-for-hire agreements, assignment agreements, IP-ownership agreements,

15

gentleman's agreements, royalty agreements, or other agreements that relate to Fractus, the Fractus Patents, or antennas and that are between Mr. Romeu and any of: Universitat Politecnica de Catalunya, Carles Puente Baliarda, Sebastian Boris Blanch, Jaume Anguera Pros, Carmen Borja Borau, Ruben Bonet, Marta Baba, Siemens AG, Moyano Telsa Sistemas Radiantes y Telecomunicaciones, S.A., Sistemas Radiantes Moyano S.A., Kathrein-Werke KG, or Antenas Moyano S.L.

**TOPIC NO. 5:**

Mr. Romeu's understanding of the technology used in multi-band or wide-band antenna arrays.

**TOPIC NO. 6:**

Mr. Romeu's knowledge of matters personally perceived by him concerning the contents and authentication of every document produced by Mr. Romeu in response to Document Request Nos. 1–4.

# EXHIBIT B

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| FRACTUS, S.A., | |
|        Plaintiff, | JURY TRIAL DEMANDED |
|   v. | |
| AT&T MOBILITY LLC, | Case No. 2:18-cv-00135-JRG |
|      Defendant. | LEAD CASE |
| SPRINT COMMUNICATIONS COMPANY, L.P., ET AL., | Case No. 2:18-cv-00136-JRG |
|      Defendants. | |
| T-MOBILE US, INC. ET AL., | Case No. 2:18-cv-00137-JRG |
|      Defendants. | |
| VERIZON COMMUNICATIONS INC. ET AL., | Case No. 2:18-cv-00138-JRG |
|      Defendants. | |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE
HAGUE CONVENTION OF 18 MARCH 1970 ON THE
TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

2

| | | |
|---|---|---|
| 1. | Sender | Office of the Clerk<br>United States District Court for the Eastern District of Texas, Marshall Division<br>Sam B. Hall Jr. Federal Building and United States Courthouse<br>100 East Houston Street<br>Room 125<br>Marshall, Texas 75670<br>United States of America |
| 2. | Central Authority of the Requested State | Subdirección General de Cooperación Jurídica Internacional<br>Ministry of Justice<br>Calle San Bernardo Nº 62<br>28071 Madrid<br>Spain<br>Tel +34 (91) 390 23 86 / 44 11<br>Fax +34 (91) 390 2475 / +34 (91) 390 4457<br>Email: laura.fernandez@mjusticia.es or silvia.villa@mjusticia.es |
| 3. | Persons to whom the executed request is to be returned | Douglas M. Kubehl<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 953-6500<br>Facsimile: (214) 953-6503<br>E-mail:  doug.kubehl@bakerbotts.com<br><br>Benjamin Hershkowitz<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>E-mail: bhershkowitz@gibsondunn.com<br><br>Ross R. Barton<br>ALSTON & BIRD LLP<br>101 South Tryon Street, Suite 4000<br>Charlotte, NC 28280<br>Telephone: (704) 444-1000<br>E-mail: ross.barton@alston.com |

**Formatted:** Spanish (Latin America)

3

David E. Finkelson
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-1374
Email: dfinkelson@mcguirewoods.com

Bradley W. Micsky
CARLSON, CASPERS,
VANDENBURGH & LINDQUIST, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402
(612) 436-9600 Telephone
(612) 436-9605 Facsimile
bmicsky@carlsoncaspers.com

Adriana Riviere-Badell
KobreOBRE & KimIM L.L.P.
201 S. Biscayne Blvd., Suite 1900
Miami, FL 33131
(305) 967-6117 Telephone
adriana.riviere-badell@kobrekim.com

**Formatted:** Spanish (Latin America)

| | | |
|---|---|---|
| 4. | Date by which the requesting authority requires receipt of the response to the Letter of Request: | As soon as reasonably practicable. |

In conformity with Article 3 of the Convention, the United States District Court for the Eastern District of Texas, Marshall Division, presents its compliments to the competent judicial authority in Spain and respectfully submits the following request:

| | | |
|---|---|---|
| 5. | *a*. Requesting judicial authority (article 3, a) | United States District Court for the Eastern District of Texas, Marshall Division<br>Sam B. Hall Jr. Federal Building and United States Courthouse<br>100 East Houston Street<br>Room 125<br>Marshall, Texas 75670<br>Phone: (903) 935-2912<br>Fax: (903) 938-2651 |
| | *b*. To the competent authority | The Central Authority of Spain |

4

of (article 3, a)

| | |
|---|---|
| *c*. Name of the case and any identifying number | *Fractus, S.A. v. AT&T Mobility LLC*, Civil Action File Number 2:18-cv-00135-JRG (Consolidated Lead Case) |
| | *Fractus, S.A. v. Sprint Communications Co., L.P., et al.*, Civil Action File Number 2:18-cv-00136-JRG |
| | *Fractus, S.A. v. T-Mobile US, Inc. et al.*, Civil Action File Number 2:18-cv-00137-JRG |
| | *Fractus, S.A. v. Verizon Communications Inc. et al.*, Civil Action File Number 2:18-cv-00138-JRG |

6.  Name and addresses of the parties and their representatives (including representatives in the requested state)

| | |
|---|---|
| Defendant | AT&T Mobility LLC |
| Representatives (US) | Benjamin Hershkowitz<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>E-mail: bhershkowitz@gibsondunn.com |
| Defendant | Sprint Communications Company, L.P., Sprint Spectrum L.P., Sprint Solutions, Inc., and Nextel Operations, Inc. |
| Representatives (US) | David E. Finkelson<br>McGuireWoods LLP<br>800 East Canal Street<br>Richmond, VA 23219<br>Telephone: (804) 775-1374<br>Email: dfinkelson@mcguirewoods.com |
| Defendant | T-Mobile US, Inc. and T-Mobile USA, Inc. |
| Representatives (US) | Douglas M. Kubehl<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 953-6500 |

5

Facsimile: (214) 953-6503
E-mail:  doug.kubehl@bakerbotts.com

| | |
|---|---|
| Defendant | Cellco Partnership d/b/a Verizon Wireless |
| Representatives (US) | Ross R. Barton<br>ALSTON & BIRD LLP<br>101 South Tryon Street, Suite 4000<br>Charlotte, NC 28280<br>Telephone: (704) 444-1000<br>E-mail: ross.barton@alston.com |
| Intervenor | CommScope Technologies LLC |
| Representatives (US) | Bradley W. Micsky<br>CARLSON, CASPERS,<br>VANDENBURGH & LINDQUIST, P.A.<br>225 South Sixth Street, Suite 4200<br>Minneapolis, Minnesota 55402<br>(612) 436-9600 Telephone<br>(612) 436-9605 Facsimile<br>bmicsky@carlsoncaspers.com |
| Plaintiff | Fractus, S.A. |
| | Adriana Riviere-Badell<br>KobreOBRE & KimIM L.L.P.<br>201 S. Biscayne Blvd., Suite 1900<br>Miami, FL 33131<br>(305) 967-6117 Telephone<br>adriana.riviere-badell@kobrekim.com |

**Formatted:** Spanish (Latin America)

7.  *a.* Nature of the proceedings (article 3, c)    The nature of the litigation from which the Requests stem is a complaint of patent infringement involving U.S. Patent Nos. 6,937,191, 7,250,918, 7,557,768, 7,932,870, 8,228,256, 8,896,493, 9,905,940, 8,497,814, 8,754,824, and 9,450,305. Mr. Sebastian Blanch Boris is named as an inventor of seven of the above patents.

   *b.* Summary of complaint    The complaint alleges that the following defendants have infringed and continue to infringe the patents listed above by making, using, importing, selling, and/or offering for sale certain cellular network equipment:

6

AT&T Mobility LLC; Sprint Communications Company, L.P., Sprint Spectrum L.P., Sprint Solutions, Inc., and Nextel Operations, Inc., T-Mobile US, Inc. and T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless (collectively "Defendants"). CommScope Technologies LLC has intervened in the case. To this point in the litigation, the parties have exchanged a significant number of documents and expect to soon conduct certain depositions and exchange expert reports regarding patent infringement, patent validity, and damages.

| 8. | *a.* Evidence to be obtained or other judicial act to be performed (article 3, d) | The nature of the proceeding being requested at this time is (1) a Request to Compel Deposition Testimony from Sebastian Blanch Boris on the topics set forth in Attachment A; and (2) a Request for Production by Sebastian Blanch Boris for documents kept and maintained through his course of business related to the topics set forth in Attachment A. Defendants seek pre-trial discovery for proceedings currently scheduled for trial in September 2019. |
| | *b.* Purpose of the evidence or judicial act sought | The evidence sought is pre-trial discovery that Defendants believe is directly relevant to the issues in dispute and is evidence intended for trial currently scheduled to begin September 2019. In particular, Defendants seek testimony and documents to be used at trial regarding the topics and requests listed in Attachment A. The relevance of each topic is explained below: |

1. Mr. Blanch's knowledge, documents and opinions on matters personally perceived by him regarding the public use, disclosure, sale, offer for sale, or display of the alleged invention(s) of the Fractus Patents prior to October 18, 2005 are relevant at least to Defendants' invalidity defenses.
2. Mr. Blanch's knowledge, documents and opinions on matters personally perceived by him regarding the commercialization, license, acquisition, purchase, sale, offer for sale, assignment, or valuation of any Fractus Patent, or of any portfolio of patents containing at least one Fractus Patent, are relevant at least to Defendants' damages defenses.

7

3. Mr. Blanch's knowledge, documents and opinions on matters personally perceived by him regarding his work prior to October 2005 with any of the following individuals and companies regarding the research and/or development of base station antennas: any other Named Inventor, Siemens, Moyano, Sistemas Moyano, Kathrein-Werke, or Antennas Moyano are relevant at least to Defendants' invalidity and enforceability defenses.

4. Mr. Blanch's knowledge, documents and opinions on matters personally perceived by him regarding employment agreements, work-for-hire agreements, assignment agreements, IP-ownership agreements, gentleman's agreements, royalty agreements, or other agreements, between Mr. Blanch and any of Universitat Politecnica de Catalunya, Ruben Bonet, Marta Baba, Siemens, Moyano, Sistemas Moyano, Antennas Moyano, or any other Named Inventor that pertain to antennas or patents are relevant at least to Defendants' enforceability defenses.

4. Fractus, S.A. does not believe Defendants' requests comply with Spanish law. Specifically, Spain's reservation under Article 23 of the Hague Convention disallows pretrial discovery. Also, Spanish law does not permit the American-style document requests or attorney-conducted depositions proposed by Defendants. In the event Spanish authorities entertain Defendants' requests, Fractus, S.A. is a necessary and proper participant in any related proceedings.

| 9. | Identity and address of any person to be examined (Article 3, e) | Sebastian Blanch Boris<br>Universitat Politecnica de Catalunya<br>Teoria Senyal i Comunicacions<br>EDIFICI D3<br>DESPATX: 104<br>C. JORDI GIRONA, 1-3<br>08034 BARCELONA<br>SPAIN |
| --- | --- | --- |
| 10. | Questions to be put to the persons to be examined or statement of the subject matter about which they are to be | *See* Attachment A (Examination Topics). |

8

examined (Article 3, f)

| | | |
|---|---|---|
| 11. | Documents or other property to be inspected (Article 3, (g)) | The documents to be inspected are set those related to the topics forth on Attachment A (Document Requests). |
| 12. | Requirement that the Evidence be Given on Oath or Affirmation (Art. 3(h)) | The witness(es) should be examined under oath or affirmation. |
| 13. | Special methods or procedure to be followed (Art. 3(i) and 9) | This Letter of Request includes the following requests[1]: |

- That this Letter of Request be granted and the evidence-taking proceeding be performed on an expedited basis because the fact discovery cut off in the underlying case is on April 15, 2019;
- That attorneys admitted to practice in the United States—or, in the alternative, that attorneys admitted to practice in Spain and/or the European Union—for the Defendants and Fractus be permitted to ask the witness additional questions that are related to the subject matter set forth in Attachment A.
- That an authorized shorthand writer/court reporter be present at the examination who shall record the oral testimony verbatim (in English) and prepare a transcript of the evidence;
- That an authorized shorthand writer/court reporter be present at the examination who shall record the oral testimony verbatim (in Spanish) and prepare a transcript of the evidence;
- That an authorized interpreter for each side be present at the examination who shall translate the questions and oral testimony between Spanish and English;
- That the examination be recorded with the video and audio recording means available to the court and a copy of the recording is provided to the requesting authority, or alternatively, that an authorized videographer privately designated by the parties be present at the examination who shall record a video of the oral testimony and prepare copies of the video

---

[1] Fractus, S.A. does not believe that the discovery, including depositions, requested by Defendants complies with Spanish law, but if any questioning of witnesses is permitted by Spanish authorities, Fractus, S.A. should be permitted to participate equally as it would in the United States.

for the parties;

- That the examinations take place at the earliest date available to the Court, provided that such date is notified with at least one month prior notice to the Requesting Authority and to the representatives of the ~~defendants~~parties listed in point 3; for this purpose, it is requested that a copy of the decision setting a date for the examination is notified also through the e-mail addresses or fax numbers indicated in item 3 of this Letter of Request (or alternatively to the representatives –*Procurador*– that the parties may designate in Spain for this purpose), in order to ensure prompt receipt thereof, and without prejudice to formally returning the executed request through the ordinary channel which is applicable under article 13 of the Convention~~dates and times as may be agreed upon between the witness and counsel for the parties~~;

- That the examinations not exceed a total of four hours on the record, shared ~~among the above-listed Defendants~~equally between Fractus (two hours) and Defendants (two hours); and

- That, to the extent that multiple hearing dates are necessary to complete the taking of evidence sought in Attachment A and the additional questions related to the subject matter set forth in Attachment A, the hearings are scheduled on consecutive days or as close to each other as reasonably practicable.

In the event the evidence cannot be taken in the manner ~~or location~~ requested, it is to be taken in such a manner ~~or location~~ as provided by local law. To the extent any request in this section is deemed incompatible with Spanish principles of procedural law, it is to be disregarded.

| 14. | Request for information of time and place for the execution of the Request pursuant to Article 7 of the Convention | It is requested that United States Counsel for the Defendants at the addresses set forth in paragraph 6 above, should be contacted for any information relating to the execution of this Letter of Request. |
|-----|-----|-----|
| 15. | Request for Attendance of Participation of Judicial | No attendance of judicial personnel of the Requesting Authority is requested. |

10

Personnel of the Requesting
Authority at the Execution of
the Letter of Request (Art. 8)

16.   Specification of Privilege or        The privilege or duty of the witness to refuse to give
      Duty to Refuse to Give               evidence shall be the same as if they were testifying
      Evidence Under the Law of the        under the applicable provisions of the Federal Rules of
      State of Origin (Art. 11 (b))        Civil Procedure, including if giving such evidence
                                           would (1) subject them to a real and appreciable danger
                                           of criminal liability in the United States, or (2) disclose
                                           a confidential and privileged communication between
                                           them and their respective attorneys.

17.   Fees and costs (Art. 14 and 26)      The Defendants, to the extent any such fees apply.
                                           Please contact the Defendants' United States counsel
                                           (or alternatively to the representatives –Procurador–
                                           that the parties may designate in Spain for this
                                           purpose), at the address set out under paragraph 6
                                           above, to make any necessary financial arrangements.


DATE OF REQUEST                            _____ 201_98_


                                           _____
                                           United States District Court for the Eastern District
                                           of Texas, Marshall Division
                                           Sam B. Hall Jr. Federal Building and United States
                                           Courthouse
                                           100 East Houston Street
                                           Room 125
                                           Marshall, Texas 75670
                                           United States of America
                                           (signature and seal)


11

# ATTACHMENT A

12

**DEFINITIONS**

1.      **"*Fractus*"** or **"*Plaintiff*"** collectively includes Fractus, S.A., Fractus Antennas SL, Advanced Automotive Antennas, and any of their officers (e.g., Ruben Bonet or Carles Puente Baliarda), directors, employees, or representatives.

2.      **"*Fractus Patents*"** means the family of issued patents, patent applications, and patent publications assigned to Fractus that trace their ultimate priority to PCT/ES99/00343, which published on May 3, 2001 as WO 01/31747 and is entitled, "Agrupaciones Multibanda de Antenas Entrelazadas," or "Interlaced Multiband Antenna Arrays." Among this family of patents are European Patent Specification No. 1 227 545 and U.S. Patent Nos.: 6,937,191; 7,250,918; 7,557,768; 7,932,870; 8,228,256; 8,896,493; and 9,905,940. This patent family names Jordi Romeu Robert, Carles Puente Baliarda, and Sebastian Blanch Boris as inventors.

**INSTRUCTIONS**

1.      In responding to these document requests, please furnish all information that is available to you.

2.      ~~Attached as Exhibit B to this subpoena is the Court's Protective Order governing the treatment of confidential documents and information in the Present Litigation~~The information provided by you will only be used for the purposes of trial in the United States District Court for the Eastern District of Texas, currently scheduled to begin September 2019, and will be kept confidential according to the Protective Order governing the treatment of confidential documents and information in this case.

13

## DOCUMENT REQUESTS

**The following information is requested for the purposes of trial in the United States District Court for the Eastern District of Texas. The trial is set to begin in September 2019.**

**REQUEST NO. 1:**

Documents in Mr. Blanch's possession concerning public use, disclosure, sale, offer for sale, or display of multi-band and/or wide-band antenna arrays for base stations prior to October 26, 1999, such as disclosure in or at trade shows, conferences, demonstrations, journals, academic publications, trade publications.

**REQUEST NO. 2:**

Documents in Mr. Blanch's possession concerning the commercialization, license, acquisition, purchase, sale, offer for sale, assignment, or valuation of any Fractus Patent, or of any portfolio of patents containing at least one Fractus Patent.

**REQUEST NO. 3:**

Documents in Mr. Blanch's possession dated prior to October 2005 that concern his work with any of the following individuals and companies regarding the research and/or development of multi-band and/or wide-band antenna arrays for base stations: Carles Puente Baliarda, Ruben Bonet, Jordi Romeu Robert, Jaume Anguera Pros, Carmen Borja Borau, Siemens AG, Moyano Telsa Sistemas Radiantes y Telecomunicaciones, S.A., Sistemas Radiantes Moyano S.A., Kathrein-Werke KG, or Antenas Moyano S.L.

**REQUEST NO. 4:**

Documents in Mr. Blanch's possession concerning employment agreements, work-for-hire agreements, assignment agreements, IP-ownership agreements, gentleman's agreements, royalty agreements, or other agreements that relate to Fractus, the Fractus Patents, or antennas and that are between Mr. Blanch and any of: Universitat Politecnica de Catalunya, Carles Puente

14

Baliarda, Jordi Romeu Robert, Jaume Anguera Pros, Carmen Borja Borau, Ruben Bonet, Marta Baba, Siemens AG, Moyano Telsa Sistemas Radiantes y Telecomunicaciones, S.A., Sistemas Radiantes Moyano S.A., Kathrein-Werke KG, or Antenas Moyano S.L.

## EXAMINATION TOPICS

**TOPIC NO. 1:**

Mr. Blanch's knowledge of matters personally perceived by him concerning public use, disclosure, sale, offer for sale, or display of multi-band and/or wide-band antenna arrays for base stations of the alleged invention(s) of the Fractus Patents prior to October 26, 1999, such as disclosure in or at trade shows, conferences, demonstrations, journals, academic publications, or trade publications.

**TOPIC NO. 2:**

Mr. Blanch's knowledge of matters personally perceived by him concerning the commercialization, license, acquisition, purchase, sale, offer for sale, assignment, or valuation of any Fractus Patent, or of any portfolio of patents containing at least one Fractus Patent.

**TOPIC NO. 3:**

Mr. Blanch's knowledge of matters personally perceived by him concerning his work prior to October 2005 with any of the following individuals and companies regarding the research and/or development of multi-band and/or wide-band antenna arrays for base stations: Carles Puente Baliarda, Ruben Bonet, Jordi Romeu Robert, Jaume Anguera Pros, Carmen Borja Borau, Siemens AG, Moyano Telsa Sistemas Radiantes y Telecomunicaciones, S.A., Sistemas Radiantes Moyano S.A., Kathrein-Werke KG, or Antenas Moyano S.L.

**TOPIC NO. 4:**

Mr. Blanch's knowledge of matters personally perceived by him concerning employment agreements, work-for-hire agreements, assignment agreements, IP-ownership agreements,

15

gentleman's agreements, royalty agreements, or other agreements that relate to Fractus, the Fractus Patents, or antennas and that are between Mr. Blanch and any of: Universitat Politecnica de Catalunya, Carles Puente Baliarda, Jordi Romeu Robert, Jaume Anguera Pros, Carmen Borja Borau, Ruben Bonet, Marta Baba, Siemens AG, Moyano Telsa Sistemas Radiantes y Telecomunicaciones, S.A., Sistemas Radiantes Moyano S.A., Kathrein-Werke KG, or Antenas Moyano S.L.

**TOPIC NO. 5:**

Mr. Blanch's understanding of the technology used in multi-band or wide-band antenna arrays.

**TOPIC NO. 6:**

Mr. Blanch's knowledge of matters personally perceived by him concerning the contents and authentication of every document produced by Mr. Blanch in response to Document Request Nos. 1–4.

# ATTACHMENT 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| FRACTUS, S.A., | JURY TRIAL DEMANDED |
| Plaintiff, | |
| v. | |
| AT&T MOBILITY LLC, | Case No. 2:18-cv-00135-JRG |
| Defendant. | LEAD CASE |
| SPRINT COMMUNICATIONS COMPANY, L.P., ET AL., | Case No. 2:18-cv-00136-JRG |
| Defendants. | |
| T-MOBILE US, INC. ET AL., | Case No. 2:18-cv-00137-JRG |
| Defendants. | |
| VERIZON COMMUNICATIONS INC. ET AL., | Case No. 2:18-cv-00138-JRG |
| Defendants. | |
| COMMSCOPE TECHNOLOGIES LLC, | |
| Defendant-Intervenor. | |

**DEFENDANTS' UNOPPOSED MOTION TO AMEND THE APPLICATION FOR THE ISSUANCE OF LETTERS OF REQUEST TO EXAMINE PERSONS AND INSPECT DOCUMENTS**
**PURSUANT TO THE HAGUE CONVENTION**

Defendants AT&T Mobility LLC, Sprint Communications Company, L.P., et al., T-Mobile US, Inc. et al., and Cellco Partnership d/b/a Verizon Wireless, and Defendant-Intervenor CommScope Technologies LLC (collectively, "Defendants"), by and through their attorneys, respectfully request that this Court issue amended Letters of Request in the form attached hereto as Exhibits A and B, addressed to the Central Authority of Spain, to inspect documents and examine persons as relevant to this action. Defendants request the amended Letters of Request to make plain that Plaintiff can participate in any proceedings that the Spanish authorities permit.

1

This Application is made pursuant to Rule 28(b) of the Federal Rules of Civil Procedure. Defendants believe this application is made in conformity with the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, T.I.A.S. 7444, 23 U.S.T. 2555, reprinted in 28 U.S.C. § 1781 ("Hague Evidence Convention"), which is in force between the United States and Spain. Issuance of the Letter of Request under the Hague Evidence Convention is a proper method for the collecting documents and the taking of testimony of persons residing abroad. Fed. R. Civ. P. 28(b); *Pain v. United Technologies Corp.*, 637 F.2d 77, 788-90 (D.C. Cir. 1980), cert. denied, 454 U.S. 1128 (1991).

**Statement of the Case**

Defendants bring the present application because they have ascertained that Jordi Romeu Robert ("Mr. Romeu") and Sebastian Blanch Boris ("Mr. Blanch") possess information relevant to this litigation. Mr. Romeu and Mr. Blanch are each named as inventors of patents at issue in this litigation, specifically U.S. Patent No. 6,937,191; U.S. Patent No. 7,250,918; U.S. Patent No. 7,557,768; U.S. Patent No. 7,932,870, U.S. Patent No. 8,228,256; U.S. Patent No. 8,896,493; and U.S. Patent No. 9,905,940.

**Procedure**

Defendants respectfully ask this Court to issue amended Letters of Request requesting certain narrowly tailored categories of documents and enabling the parties to depose Mr. Romeu and Mr. Blanch on the topics set forth in Exhibits A and B to the Request for International Judicial Assistance below to fully develop their claims and defenses in this action.

In the event the Court grants the instant application, Defendants request that the Court execute the Amended Letters of Request with the Court's signature and seal and provide an original of the executed Amended Letters of Request to Defendants' undersigned counsel for forwarding to the appropriate authority in Spain. Prior to forwarding, and to the extent required by the applicable Spanish authority under Article 4 of the Hague Convention, Defendants will cause the Amended Letters of

Request to be translated into Spanish. Defendants will then transmit the executed Amended Letters of Request, together with the translation, to the Spanish authority for execution.

WHEREFORE, for all of these reasons, Defendants request that the Court sign under seal and issue the attached Amended Letters of Request to the appropriate authority in Spain in conformity with Article 2 of the Hague Convention, including requests for documents and that counsel for Defendants and Plaintiff be permitted to conduct the requested depositions, in the form as attached as Exhibits A and B.

Dated: January XX, 2019

Respectfully submitted,

*/s/Benjamin Hershkowitz*

Josh Krevitt
Benjamin Hershkowitz
Royce Zeisler
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
jkrevitt@gibsondunn.com
bhershkowitz@gibsondunn.com
rzeisler@gibsondunn.com

Neema Jalali
Lead Attorney
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8258
njalali@gibsondunn.com

Eric T. Syu
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3800
esyu@gibsondunn.com

Nathan R. Curtis (#24078390)
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
Telephone: (214) 698-3100
ncurtis@gibsondunn.com

Brett C. Govett
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 855-8118
brett.govett@nortonrosefulbright.com

Daniel S. Leventhal
NORTON ROSE FULBRIGHT US LLP
Fulbright Tower, 1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: (713) 651-8360
daniel.leventhal@nortonrosefulbright.com

***Counsel for Defendant AT&T Mobility LLC***

*/s/ David E. Finkelson*

Robert W. Weber (TX Bar No. 21044800)
Smith Weber LLP
5505 Plaza Drive
P.O. Box 6167
Texarkana, TX 75505
Telephone: 903.223.5656
Facsimile: 903.223.5652
bweber@smithweber.com

Shaun W. Hassett (TX Bar No. 24074372)
Lead Attorney
McGuireWoods LLP
2000 McKinney Ave., Suite 1400
Dallas, TX 75201
Telephone: 214.932.6400
Facsimile: 214.932.6499
shassett@mcguirewoods.com

David E. Finkelson (*pro hac vice*)
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
Telephone: 804.775.1374
Facsimile: 804.698.2264
dfinkelson@mcguirewoods.com

***Counsel for Defendants Sprint
Communications Company, L.P., Sprint
Spectrum L.P., Sprint Solutions, Inc., and
Nextel Operations, Inc.***

*/s/ Ross R. Barton*

Ross R. Barton  (NC Bar No. 37179)
J. Ravindra Fernando (NC Bar No. 49199)
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, North Carolina, 28280
Phone:    (704) 444-1000
Fax:       (704) 444-1111
Email:    ross.barton@alston.com
Email:    ravi.fernando@alston.com

Michael J. Newton (TX Bar No. 24003844)
Brady Cox (TX Bar No. 24074084)
ALSTON & BIRD LLP
2828 North Harwood Street, Suite 1800
Dallas, Texas 75201
Phone: (214) 922-3400
Fax: (214) 922-3899
Email: mike.newton@alston.com
Email: brady.cox@alston.com

Darlena H. Subashi (NC Bar No. 53142)
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27601
Phone: (919) 862-2200
Fax: (919) 862-2260
Email: darlena.subashi@alston.com

Michael E. Jones (TX Bar No. 10929400)
POTTER MINTON, a Professional Corporation
110 North College Avenue, Suite 500
Tyler, TX 75702
Phone: 903-597-8311
Fax: 903-593-0846
Email: mikejones@potterminton.com

***Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless***

*/s/ Douglas M. Kubehl*

Douglas M. Kubehl
Texas State Bar No. 00796909
E-mail:  doug.kubehl@bakerbotts.com
Jeffery D. Baxter
Texas State Bar No. 24006816
E-mail:  jeff.baxter@bakerbotts.com
David J. Tobin
Texas State Bar No. 24060735
E-mail:  david.tobin@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

Sarah J. Guske
California State Bar No. 232467
E-mail:  sarah.guske@bakerbotts.com
BAKER BOTTS L.L.P.
101 California St.
San Francisco, CA 94111
Telephone: (415) 291-6200
Facsimile: (214) 953-6503

Syed K. Fareed
Texas State Bar No. 24065216
E-mail:  syed.fareed@bakerbotts.com
Valerie Barker
Texas State Bar No. 24087141
E-mail:  valerie.barker@bakerbotts.com
Bailey Morgan Watkins
Texas State Bar No. 24102244
E-mail:  bailey.watkins@bakerbotts.com
BAKER BOTTS L.L.P.
98 San Jacinto Blvd #1500
Austin, TX 78701
Telephone: (512) 322-2500
Facsimile: (214) 953-6503

***Attorneys for Defendants T-Mobile USA, Inc. and T-Mobile US, Inc.***

*/s/ Bradley W. Micsky*

Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
102 N. College Ave., Ste. 900
Tyler, TX 75702
(903) 534-1100 Telephone
(903) 534-1137 Facsimile
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Philip P. Caspers
Timothy A. Lindquist
Dennis C. Bremer
Iain A. McIntyre
Bradley W. Micsky
Caroline L. Marsili
CARLSON, CASPERS,
VANDENBURGH & LINDQUIST, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402
(612) 436-9600 Telephone
(612) 436-9605 Facsimile
pcaspers@carlsoncaspers.com
tlindquist@carlsoncaspers.com
dbremer@carlsoncaspers.com
imcintyre@carlsoncaspers.com
bmicsky@carlsoncaspers.com
cmarsili@carlsoncaspers.com

*Attorneys for CommScope Technologies
LLC*

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned hereby certifies: (1) that counsel has complied with the meet and confer requirement in LOCAL RULE CV-7(h); and (2) the motion is unopposed. Plaintiff reserves its right to challenge the Letters of Request before the Spanish Authority.

/s/ *David J. Tobin*
David J. Tobin

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing document was served electronically on January XX, 2019, on all counsel who have consented to electronic service.

/s/ *David J. Tobin*
David J. Tobin

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| FRACTUS, S.A.,<br><br>          Plaintiff,<br><br>    v. | JURY TRIAL DEMANDED |
| AT&T MOBILITY LLC,<br>    Defendant. | Case No. 2:18-cv-00135-JRG<br>LEAD CASE |
| SPRINT COMMUNICATIONS<br>COMPANY, L.P., ET AL.,<br>    Defendants. | Case No. 2:18-cv-00136-JRG |
| T-MOBILE US, INC. ET AL.,<br>    Defendants. | Case No. 2:18-cv-00137-JRG |
| VERIZON COMMUNICATIONS INC.<br>ET AL.,<br>    Defendants. | Case No. 2:18-cv-00138-JRG |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE**
**HAGUE CONVENTION OF 18 MARCH 1970 ON THE**
**TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

| | | |
|---|---|---|
| 1. | Sender | Office of the Clerk<br>United States District Court for the Eastern District of Texas, Marshall Division<br>Sam B. Hall Jr. Federal Building and United States Courthouse<br>100 East Houston Street<br>Room 125<br>Marshall, Texas 75670<br>United States of America |
| 2. | Central Authority of the Requested State | Subdirección General de Cooperación Jurídica Internacional<br>Ministry of Justice<br>Calle San Bernardo Nº 62<br>28071 Madrid<br>Spain<br>Tel +34 (91) 390 23 86 / 44 11<br>Fax +34 (91) 390 2475 / +34 (91) 390 4457<br>Email: laura.fernandez@mjusticia.es or silvia.villa@mjusticia.es |
| 3. | Persons to whom the executed request is to be returned | Douglas M. Kubehl<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 953-6500<br>Facsimile: (214) 953-6503<br>E-mail:  doug.kubehl@bakerbotts.com<br><br>Benjamin Hershkowitz<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>E-mail: bhershkowitz@gibsondunn.com<br><br>Ross R. Barton<br>ALSTON & BIRD LLP<br>101 South Tryon Street, Suite 4000<br>Charlotte, NC 28280<br>Telephone: (704) 444-1000<br>E-mail: ross.barton@alston.com<br><br>David E. Finkelson |

McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-1374
Email: dfinkelson@mcguirewoods.com

Bradley W. Micsky
CARLSON, CASPERS,
VANDENBURGH & LINDQUIST, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402
(612) 436-9600 Telephone
(612) 436-9605 Facsimile
bmicsky@carlsoncaspers.com

Adriana Riviere-Badell
KOBRE & KIM LLP
201 S. Biscayne Blvd., Suite 1900
Miami, FL 33131
(305) 967-6117 Telephone
adriana.riviere-badell@kobrekim.com

4. Date by which the requesting authority requires receipt of the response to the Letter of Request:    As soon as reasonably practicable.

In conformity with Article 3 of the Convention, the United States District Court for the Eastern District of Texas, Marshall Division, presents its compliments to the competent judicial authority in Spain and respectfully submits the following request:

5.  *a*. Requesting judicial authority (article 3, a)    United States District Court for the Eastern District of Texas, Marshall Division
Sam B. Hall Jr. Federal Building and United States Courthouse
100 East Houston Street
Room 125
Marshall, Texas 75670
Phone: (903) 935-2912
Fax: (903) 938-2651

*b*. To the competent authority of (article 3, a)    The Central Authority of Spain

| | |
|---|---|
| *c.* Name of the case and any identifying number | *Fractus, S.A. v. AT&T Mobility LLC*, Civil Action File Number 2:18-cv-00135-JRG (Consolidated Lead Case) |
| | *Fractus, S.A. v. Sprint Communications Co., L.P., et al.*, Civil Action File Number 2:18-cv-00136-JRG |
| | *Fractus, S.A. v. T-Mobile US, Inc. et al.*, Civil Action File Number 2:18-cv-00137-JRG |
| | *Fractus, S.A. v. Verizon Communications Inc. et al.*, Civil Action File Number 2:18-cv-00138-JRG |

6.   Name and addresses of the parties and their representatives (including representatives in the requested state)

Defendant                           AT&T Mobility LLC

Representatives (US)                Benjamin Hershkowitz
                                    GIBSON, DUNN & CRUTCHER LLP
                                    200 Park Avenue
                                    New York, NY 10166-0193
                                    Telephone: (212) 351-4000
                                    E-mail: bhershkowitz@gibsondunn.com

Defendant                           Sprint Communications Company, L.P., Sprint
                                    Spectrum L.P., Sprint Solutions, Inc., and Nextel
                                    Operations, Inc.

Representatives (US)                David E. Finkelson
                                    McGuireWoods LLP
                                    800 East Canal Street
                                    Richmond, VA 23219
                                    Telephone: (804) 775-1374
                                    Email: dfinkelson@mcguirewoods.com

Defendant                           T-Mobile US, Inc. and T-Mobile USA, Inc.

Representatives (US)                Douglas M. Kubehl
                                    BAKER BOTTS L.L.P.
                                    2001 Ross Avenue
                                    Dallas, Texas 75201
                                    Telephone: (214) 953-6500
                                    Facsimile: (214) 953-6503

|  | E-mail:  doug.kubehl@bakerbotts.com |
|---|---|
| Defendant | Cellco Partnership d/b/a Verizon Wireless |
| Representatives (US) | Ross R. Barton<br>ALSTON & BIRD LLP<br>101 South Tryon Street, Suite 4000<br>Charlotte, NC 28280<br>Telephone: (704) 444-1000<br>E-mail: ross.barton@alston.com |
| Intervenor | CommScope Technologies LLC |
| Representatives (US) | Bradley W. Micsky<br>CARLSON, CASPERS,<br>VANDENBURGH & LINDQUIST, P.A.<br>225 South Sixth Street, Suite 4200<br>Minneapolis, Minnesota 55402<br>(612) 436-9600 Telephone<br>(612) 436-9605 Facsimile<br>bmicsky@carlsoncaspers.com |
| Plaintiff | Fractus, S.A. |
|  | Adriana Riviere-Badell<br>KOBRE & KIM LLP<br>201 S. Biscayne Blvd., Suite 1900<br>Miami, FL 33131<br>(305) 967-6117 Telephone<br>adriana.riviere-badell@kobrekim.com |

7.   *a.* Nature of the proceedings (article 3, c)

The nature of the litigation from which the Requests stem is a complaint of patent infringement involving U.S. Patent Nos. 6,937,191, 7,250,918, 7,557,768, 7,932,870, 8,228,256, 8,896,493, 9,905,940, 8,497,814, 8,754,824, and 9,450,305. Mr. Jordi Romeu Robert is named as an inventor of seven of the above patents.

*b.* Summary of complaint

The complaint alleges that the following defendants have infringed and continue to infringe the patents listed above by making, using, importing, selling, and/or offering for sale certain cellular network equipment:

AT&T Mobility LLC; Sprint Communications

Company, L.P., Sprint Spectrum L.P., Sprint Solutions, Inc., and Nextel Operations, Inc., T-Mobile US, Inc. and T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless (collectively "Defendants"). CommScope Technologies LLC has intervened in the case. To this point in the litigation, the parties have exchanged a significant number of documents and expect to soon conduct certain depositions and exchange expert reports regarding patent infringement, patent validity, and damages.

| 8. | *a.* Evidence to be obtained or other judicial act to be performed (article 3, d) | The nature of the proceeding being requested at this time is (1) a Request to Compel Deposition Testimony from Jordi Romeu Robert on the topics set forth in Attachment A; and (2) a Request for Production by Jordi Romeu Robert for documents kept and maintained through his course of business related to the topics set forth in Attachment A. |
| | *b.* Purpose of the evidence or judicial act sought | The evidence sought is directly relevant to the issues in dispute and is evidence intended for trial currently scheduled for September 2019. In particular, Defendants seek testimony and documents to be used at trial regarding the topics and requests listed in Attachment A. The relevance of each topic is explained below: |

1. Mr. Romeu's knowledge, documents and opinions on matters personally perceived by him regarding the public use, disclosure, sale, offer for sale, or display of the alleged invention(s) of the Fractus Patents prior to October 18, 2005 are relevant at least to Defendants' invalidity defenses.

2. Mr. Romeu's knowledge, documents and opinions on matters personally perceived by him regarding the commercialization, license, acquisition, purchase, sale, offer for sale, assignment, or valuation of any Fractus Patent, or of any portfolio of patents containing at least one Fractus Patent, are relevant at least to Defendants' damages defenses.

3. Mr. Romeu's knowledge, documents and opinions on matters personally perceived by him regarding his work prior to October 2005 with any of the following individuals and

companies regarding the research and/or development of base station antennas: any other Named Inventor, Siemens, Moyano, Sistemas Moyano, Kathrein-Werke, or Antennas Moyano are relevant at least to Defendants' invalidity and enforceability defenses.

4. Mr. Romeu's knowledge, documents and opinions on matters personally perceived by him regarding employment agreements, work-for-hire agreements, assignment agreements, IP-ownership agreements, gentleman's agreements, royalty agreements, or other agreements, between Mr. Romeu and any of Universitat Politecnica de Catalunya, Ruben Bonet, Marta Baba, Siemens, Moyano, Sistemas Moyano, Antennas Moyano, or any other Named Inventor that pertain to antennas or patents are relevant at least to Defendants' enforceability defenses.

| 9. | Identity and address of any person to be examined (Article 3, e) | Jordi Romeu Robert<br>Universitat Politecnica de Catalunya<br>Teoria Senyal i Comunicacions<br>EDIFICI D3<br>DESPATX: 106<br>C. JORDI GIRONA, 1-3<br>08034 BARCELONA<br>SPAIN |
|---|---|---|
| 10. | Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Article 3, f) | *See* Attachment A (Examination Topics). |
| 11. | Documents or other property to be inspected (Article 3, (g)) | The documents to be inspected are set those related to the topics forth on Attachment A (Document Requests). |
| 12. | Requirement that the Evidence be Given on Oath or Affirmation (Art. 3(h)) | The witness(es) should be examined under oath or affirmation. |
| 13. | Special methods or procedure to be followed (Art. 3(i) and 9) | This Letter of Request includes the following requests:<br>• That this Letter of Request be granted and the evidence-taking proceeding be performed on an |

expedited basis because the fact discovery cut off in the underlying case is on April 15, 2019;

- That attorneys admitted to practice in the United States—or, in the alternative, that attorneys admitted to practice in Spain and/or the European Union—for the Defendants and Fractus be permitted to ask the witness additional questions that are related to the subject matter set forth in Attachment A.
- That an authorized shorthand writer/court reporter be present at the examination who shall record the oral testimony verbatim (in English) and prepare a transcript of the evidence;
- That an authorized shorthand writer/court reporter be present at the examination who shall record the oral testimony verbatim (in Spanish) and prepare a transcript of the evidence;
- That an authorized interpreter for each side be present at the examination who shall translate the questions and oral testimony between Spanish and English;
- That the examination be recorded with the video and audio recording means available to the court and a copy of the recording is provided to the requesting authority, or alternatively, that an authorized videographer privately designated by the parties be present at the examination who shall record a video of the oral testimony and prepare copies of the video for the parties;
- That the examinations take place at the earliest date available to the Court, provided that such date is notified with at least one month prior notice to the Requesting Authority and to the representatives of the defendants listed in point 3; for this purpose, it is requested that a copy of the decision setting a date for the examination is notified also through the e-mail addresses or fax numbers indicated in item 3 of this Letter of Request (or alternatively to the representatives –*Procurador*– that the parties may designate in Spain for this purpose), in order to ensure prompt receipt thereof, and without prejudice to formally returning the executed request through the ordinary channel which is applicable under

9

article 13 of the Convention;
- That the examinations not exceed a total of four hours on the record, shared equally between Fractus (two hours) and Defendants (two hours); and
- That, to the extent that multiple hearing dates are necessary to complete the taking of evidence sought in Attachment A and the additional questions related to the subject matter set forth in Attachment A, the hearings are scheduled on consecutive days or as close to each other as reasonably practicable.

In the event the evidence cannot be taken in the manner requested, it is to be taken in such a manner as provided by local law. To the extent any request in this section is deemed incompatible with Spanish principles of procedural law, it is to be disregarded.

| | | |
|---|---|---|
| 14. | Request for information of time and place for the execution of the Request pursuant to Article 7 of the Convention | It is requested that United States Counsel for the Defendants at the addresses set forth in paragraph 6 above, should be contacted for any information relating to the execution of this Letter of Request. |
| 15. | Request for Attendance of Participation of Judicial Personnel of the Requesting Authority at the Execution of the Letter of Request (Art. 8) | No attendance of judicial personnel of the Requesting Authority is requested. |
| 16. | Specification of Privilege or Duty to Refuse to Give Evidence Under the Law of the State of Origin (Art. 11 (b)) | The privilege or duty of the witness to refuse to give evidence shall be the same as if they were testifying under the applicable provisions of the Federal Rules of Civil Procedure, including if giving such evidence would (1) subject them to a real and appreciable danger of criminal liability in the United States, or (2) disclose a confidential and privileged communication between them and their respective attorneys. |
| 17. | Fees and costs (Art. 14 and 26) | The Defendants, to the extent any such fees apply. Please contact the Defendants' United States counsel (or alternatively to the representatives –*Procurador*– that the parties may designate in Spain for this purpose), at the address set out under paragraph 6 above, to make any necessary financial arrangements. |

DATE OF REQUEST            _____ 2019

_____

United States District Court for the Eastern District of Texas, Marshall Division
Sam B. Hall Jr. Federal Building and United States Courthouse
100 East Houston Street
Room 125
Marshall, Texas 75670
United States of America
(signature and seal)

# ATTACHMENT A

**DEFINITIONS**

1.      **"*Fractus*"** or **"*Plaintiff*"** collectively includes Fractus, S.A., Fractus Antennas SL, Advanced Automotive Antennas, and any of their officers (e.g., Ruben Bonet or Carles Puente Baliarda), directors, employees, or representatives.

2.      **"*Fractus Patents*"** means the family of issued patents, patent applications, and patent publications assigned to Fractus that trace their ultimate priority to PCT/ES99/00343, which published on May 3, 2001 as WO 01/31747 and is entitled, "Agrupaciones Multibanda de Antenas Entrelazadas," or "Interlaced Multiband Antenna Arrays." Among this family of patents are European Patent Specification No. 1 227 545 and U.S. Patent Nos.: 6,937,191; 7,250,918; 7,557,768; 7,932,870; 8,228,256; 8,896,493; and 9,905,940. This patent family names Jordi Romeu Robert, Carles Puente Baliarda, and Sebastian Blanch Boris as inventors.

**INSTRUCTIONS**

1.      In responding to these document requests, please furnish all information that is available to you.

2.      The information provided by you will only be used for the purposes of trial in the United States District Court for the Eastern District of Texas and will be kept confidential according to the Protective Order governing the treatment of confidential documents and information in this case.

## DOCUMENT REQUESTS

**The following information is requested for the purposes of trial in the United States District Court for the Eastern District of Texas. The trial is set to begin in September 2019.**

**REQUEST NO. 1:**

Documents in Mr. Romeu's possession concerning public use, disclosure, sale, offer for sale, or display of multi-band and/or wide-band antenna arrays for base stations prior to October 26, 1999, such as disclosure in or at trade shows, conferences, demonstrations, journals, academic publications, trade publications.

**REQUEST NO. 2:**

Documents in Mr. Romeu's possession concerning the commercialization, license, acquisition, purchase, sale, offer for sale, assignment, or valuation of any Fractus Patent, or of any portfolio of patents containing at least one Fractus Patent.

**REQUEST NO. 3:**

Documents in Mr. Romeu's possession dated prior to October 2005 that concern his work with any of the following individuals and companies regarding the research and/or development of multi-band and/or wide-band antenna arrays for base stations: Carles Puente Baliarda, Ruben Bonet, Sebastian Boris Blanch, Jaume Anguera Pros, Carmen Borja Borau, Siemens AG, Moyano Telsa Sistemas Radiantes y Telecomunicaciones, S.A., Sistemas Radiantes Moyano S.A., Kathrein-Werke KG, or Antenas Moyano S.L.

**REQUEST NO. 4:**

Documents in Mr. Romeu's possession concerning employment agreements, work-for-hire agreements, assignment agreements, IP-ownership agreements, gentleman's agreements, royalty agreements, or other agreements that relate to Fractus, the Fractus Patents, or antennas and that are between Mr. Romeu and any of: Universitat Politecnica de Catalunya, Carles Puente

14

Baliarda, Sebastian Boris Blanch, Jaume Anguera Pros, Carmen Borja Borau, Ruben Bonet, Marta Baba, Siemens AG, Moyano Telsa Sistemas Radiantes y Telecomunicaciones, S.A., Sistemas Radiantes Moyano S.A., Kathrein-Werke KG, or Antenas Moyano S.L.

### EXAMINATION TOPICS

**TOPIC NO. 1:**

Mr. Romeu's knowledge of matters personally perceived by him concerning public use, disclosure, sale, offer for sale, or display of multi-band and/or wide-band antenna arrays for base stations of the alleged invention(s) of the Fractus Patents prior to October 26, 1999, such as disclosure in or at trade shows, conferences, demonstrations, journals, academic publications, or trade publications.

**TOPIC NO. 2:**

Mr. Romeu's knowledge of matters personally perceived by him concerning the commercialization, license, acquisition, purchase, sale, offer for sale, assignment, or valuation of any Fractus Patent, or of any portfolio of patents containing at least one Fractus Patent.

**TOPIC NO. 3:**

Mr. Romeu's knowledge of matters personally perceived by him concerning his work prior to October 2005 with any of the following individuals and companies regarding the research and/or development of multi-band and/or wide-band antenna arrays for base stations: Carles Puente Baliarda, Ruben Bonet, Sebastian Boris Blanch, Jaume Anguera Pros, Carmen Borja Borau, Siemens AG, Moyano Telsa Sistemas Radiantes y Telecomunicaciones, S.A., Sistemas Radiantes Moyano S.A., Kathrein-Werke KG, or Antenas Moyano S.L.

**TOPIC NO. 4:**

Mr. Romeu's knowledge of matters personally perceived by him concerning employment agreements, work-for-hire agreements, assignment agreements, IP-ownership agreements,

15

gentleman's agreements, royalty agreements, or other agreements that relate to Fractus, the Fractus Patents, or antennas and that are between Mr. Romeu and any of: Universitat Politecnica de Catalunya, Carles Puente Baliarda, Sebastian Boris Blanch, Jaume Anguera Pros, Carmen Borja Borau, Ruben Bonet, Marta Baba, Siemens AG, Moyano Telsa Sistemas Radiantes y Telecomunicaciones, S.A., Sistemas Radiantes Moyano S.A., Kathrein-Werke KG, or Antenas Moyano S.L.

**TOPIC NO. 5:**

Mr. Romeu's understanding of the technology used in multi-band or wide-band antenna arrays.

**TOPIC NO. 6:**

Mr. Romeu's knowledge of matters personally perceived by him concerning the contents and authentication of every document produced by Mr. Romeu in response to Document Request Nos. 1–4.

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| FRACTUS, S.A., | |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| AT&T MOBILITY LLC, | Case No. 2:18-cv-00135-JRG |
| Defendant. | LEAD CASE |
| SPRINT COMMUNICATIONS COMPANY, L.P., ET AL., | |
| Defendants. | Case No. 2:18-cv-00136-JRG |
| T-MOBILE US, INC. ET AL., | Case No. 2:18-cv-00137-JRG |
| Defendants. | |
| VERIZON COMMUNICATIONS INC. ET AL., | Case No. 2:18-cv-00138-JRG |
| Defendants. | |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

| 1. | Sender | Office of the Clerk<br>United States District Court for the Eastern District of Texas, Marshall Division<br>Sam B. Hall Jr. Federal Building and United States Courthouse<br>100 East Houston Street<br>Room 125<br>Marshall, Texas 75670<br>United States of America |
|---|---|---|
| 2. | Central Authority of the Requested State | Subdirección General de Cooperación Jurídica Internacional<br>Ministry of Justice<br>Calle San Bernardo Nº 62<br>28071 Madrid<br>Spain<br>Tel +34 (91) 390 23 86 / 44 11<br>Fax +34 (91) 390 2475 / +34 (91) 390 4457<br>Email: laura.fernandez@mjusticia.es or silvia.villa@mjusticia.es |
| 3. | Persons to whom the executed request is to be returned | Douglas M. Kubehl<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 953-6500<br>Facsimile: (214) 953-6503<br>E-mail:  doug.kubehl@bakerbotts.com<br><br>Benjamin Hershkowitz<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>E-mail: bhershkowitz@gibsondunn.com<br><br>Ross R. Barton<br>ALSTON & BIRD LLP<br>101 South Tryon Street, Suite 4000<br>Charlotte, NC 28280<br>Telephone: (704) 444-1000<br>E-mail: ross.barton@alston.com |

David E. Finkelson
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-1374
Email: dfinkelson@mcguirewoods.com

Bradley W. Micsky
CARLSON, CASPERS,
VANDENBURGH & LINDQUIST, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402
(612) 436-9600 Telephone
(612) 436-9605 Facsimile
bmicsky@carlsoncaspers.com

Adriana Riviere-Badell
KOBRE & KIM LLP
201 S. Biscayne Blvd., Suite 1900
Miami, FL 33131
(305) 967-6117 Telephone
adriana.riviere-badell@kobrekim.com

| 4. | Date by which the requesting authority requires receipt of the response to the Letter of Request: | As soon as reasonably practicable. |
|---|---|---|

In conformity with Article 3 of the Convention, the United States District Court for the Eastern District of Texas, Marshall Division, presents its compliments to the competent judicial authority in Spain and respectfully submits the following request:

| 5. | *a*. Requesting judicial authority (article 3, a) | United States District Court for the Eastern District of Texas, Marshall Division<br>Sam B. Hall Jr. Federal Building and United States Courthouse<br>100 East Houston Street<br>Room 125<br>Marshall, Texas 75670<br>Phone: (903) 935-2912<br>Fax: (903) 938-2651 |
|---|---|---|
| | *b*. To the competent authority | The Central Authority of Spain |

4

of (article 3, a)

| | |
|---|---|
| *c*. Name of the case and any identifying number | *Fractus, S.A. v. AT&T Mobility LLC*, Civil Action File Number 2:18-cv-00135-JRG (Consolidated Lead Case) |
| | *Fractus, S.A. v. Sprint Communications Co., L.P., et al.*, Civil Action File Number 2:18-cv-00136-JRG |
| | *Fractus, S.A. v. T-Mobile US, Inc. et al.*, Civil Action File Number 2:18-cv-00137-JRG |
| | *Fractus, S.A. v. Verizon Communications Inc. et al.*, Civil Action File Number 2:18-cv-00138-JRG |

6.  Name and addresses of the parties and their representatives (including representatives in the requested state)

| | |
|---|---|
| Defendant | AT&T Mobility LLC |
| Representatives (US) | Benjamin Hershkowitz<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>E-mail: bhershkowitz@gibsondunn.com |
| Defendant | Sprint Communications Company, L.P., Sprint Spectrum L.P., Sprint Solutions, Inc., and Nextel Operations, Inc. |
| Representatives (US) | David E. Finkelson<br>McGuireWoods LLP<br>800 East Canal Street<br>Richmond, VA 23219<br>Telephone: (804) 775-1374<br>Email: dfinkelson@mcguirewoods.com |
| Defendant | T-Mobile US, Inc. and T-Mobile USA, Inc. |
| Representatives (US) | Douglas M. Kubehl<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 953-6500 |

|  | Facsimile: (214) 953-6503<br>E-mail:  doug.kubehl@bakerbotts.com |
|---|---|
| Defendant | Cellco Partnership d/b/a Verizon Wireless |
| Representatives (US) | Ross R. Barton<br>ALSTON & BIRD LLP<br>101 South Tryon Street, Suite 4000<br>Charlotte, NC 28280<br>Telephone: (704) 444-1000<br>E-mail: ross.barton@alston.com |
| Intervenor | CommScope Technologies LLC |
| Representatives (US) | Bradley W. Micsky<br>CARLSON, CASPERS,<br>VANDENBURGH & LINDQUIST, P.A.<br>225 South Sixth Street, Suite 4200<br>Minneapolis, Minnesota 55402<br>(612) 436-9600 Telephone<br>(612) 436-9605 Facsimile<br>bmicsky@carlsoncaspers.com |
| Plaintiff | Fractus, S.A. |
|  | Adriana Riviere-Badell<br>KOBRE & KIM LLP<br>201 S. Biscayne Blvd., Suite 1900<br>Miami, FL 33131<br>(305) 967-6117 Telephone<br>adriana.riviere-badell@kobrekim.com |

7.   *a.* Nature of the proceedings (article 3, c)

The nature of the litigation from which the Requests stem is a complaint of patent infringement involving U.S. Patent Nos. 6,937,191, 7,250,918, 7,557,768, 7,932,870, 8,228,256, 8,896,493, 9,905,940, 8,497,814, 8,754,824, and 9,450,305. Mr. Sebastian Blanch Boris is named as an inventor of seven of the above patents.

*b.* Summary of complaint

The complaint alleges that the following defendants have infringed and continue to infringe the patents listed above by making, using, importing, selling, and/or offering for sale certain cellular network equipment:

AT&T Mobility LLC; Sprint Communications Company, L.P., Sprint Spectrum L.P., Sprint Solutions, Inc., and Nextel Operations, Inc., T-Mobile US, Inc. and T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless (collectively "Defendants"). CommScope Technologies LLC has intervened in the case. To this point in the litigation, the parties have exchanged a significant number of documents and expect to soon conduct certain depositions and exchange expert reports regarding patent infringement, patent validity, and damages.

| | | |
|---|---|---|
| 8. | *a.* Evidence to be obtained or other judicial act to be performed (article 3, d) | The nature of the proceeding being requested at this time is (1) a Request to Compel Deposition Testimony from Sebastian Blanch Boris on the topics set forth in Attachment A; and (2) a Request for Production by Sebastian Blanch Boris for documents kept and maintained through his course of business related to the topics set forth in Attachment A. |
| | *b.* Purpose of the evidence or judicial act sought | The evidence sought is directly relevant to the issues in dispute and is evidence intended for trial currently scheduled for September 2019. In particular, Defendants seek testimony and documents to be used at trial regarding the topics and requests listed in Attachment A. The relevance of each topic is explained below: |

1. Mr. Blanch's knowledge, documents and opinions on matters personally perceived by him regarding the public use, disclosure, sale, offer for sale, or display of the alleged invention(s) of the Fractus Patents prior to October 18, 2005 are relevant at least to Defendants' invalidity defenses.
2. Mr. Blanch's knowledge, documents and opinions on matters personally perceived by him regarding the commercialization, license, acquisition, purchase, sale, offer for sale, assignment, or valuation of any Fractus Patent, or of any portfolio of patents containing at least one Fractus Patent, are relevant at least to Defendants' damages defenses.
3. Mr. Blanch's knowledge, documents and opinions on matters personally perceived by him regarding his work prior to October 2005

with any of the following individuals and companies regarding the research and/or development of base station antennas: any other Named Inventor, Siemens, Moyano, Sistemas Moyano, Kathrein-Werke, or Antennas Moyano are relevant at least to Defendants' invalidity and enforceability defenses.

4. Mr. Blanch's knowledge, documents and opinions on matters personally perceived by him regarding employment agreements, work-for-hire agreements, assignment agreements, IP-ownership agreements, gentleman's agreements, royalty agreements, or other agreements, between Mr. Blanch and any of Universitat Politecnica de Catalunya, Ruben Bonet, Marta Baba, Siemens, Moyano, Sistemas Moyano, Antennas Moyano, or any other Named Inventor that pertain to antennas or patents are relevant at least to Defendants' enforceability defenses.

| 9. | Identity and address of any person to be examined (Article 3, e) | Sebastian Blanch Boris<br>Universitat Politecnica de Catalunya<br>Teoria Senyal i Comunicacions<br>EDIFICI D3<br>DESPATX: 104<br>C. JORDI GIRONA, 1-3<br>08034 BARCELONA<br>SPAIN |
|---|---|---|
| 10. | Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Article 3, f) | *See* Attachment A (Examination Topics). |
| 11. | Documents or other property to be inspected (Article 3, (g)) | The documents to be inspected are set those related to the topics forth on Attachment A (Document Requests). |
| 12. | Requirement that the Evidence be Given on Oath or Affirmation (Art. 3(h)) | The witness(es) should be examined under oath or affirmation. |
| 13. | Special methods or procedure to be followed (Art. 3(i) and 9) | This Letter of Request includes the following requests:<br>• That this Letter of Request be granted and the |

8

evidence-taking proceeding be performed on an expedited basis because the fact discovery cut off in the underlying case is on April 15, 2019;

- That attorneys admitted to practice in the United States—or, in the alternative, that attorneys admitted to practice in Spain and/or the European Union—for the Defendants and Fractus be permitted to ask the witness additional questions that are related to the subject matter set forth in Attachment A.

- That an authorized shorthand writer/court reporter be present at the examination who shall record the oral testimony verbatim (in English) and prepare a transcript of the evidence;

- That an authorized shorthand writer/court reporter be present at the examination who shall record the oral testimony verbatim (in Spanish) and prepare a transcript of the evidence;

- That an authorized interpreter for each side be present at the examination who shall translate the questions and oral testimony between Spanish and English;

- That the examination be recorded with the video and audio recording means available to the court and a copy of the recording is provided to the requesting authority, or alternatively, that an authorized videographer privately designated by the parties be present at the examination who shall record a video of the oral testimony and prepare copies of the video for the parties;

- That the examinations take place at the earliest date available to the Court, provided that such date is notified with at least one month prior notice to the Requesting Authority and to the representatives of the defendants listed in point 3; for this purpose, it is requested that a copy of the decision setting a date for the examination is notified also through the e-mail addresses or fax numbers indicated in item 3 of this Letter of Request (or alternatively to the representatives –*Procurador*– that the parties may designate in Spain for this purpose), in order to ensure prompt receipt thereof, and without prejudice to formally returning the executed request through

the ordinary channel which is applicable under article 13 of the Convention;

- That the examinations not exceed a total of four hours on the record, shared equally between Fractus (two hours) and Defendants (two hours); and
- That, to the extent that multiple hearing dates are necessary to complete the taking of evidence sought in Attachment A and the additional questions related to the subject matter set forth in Attachment A, the hearings are scheduled on consecutive days or as close to each other as reasonably practicable.

In the event the evidence cannot be taken in the manner requested, it is to be taken in such a manner as provided by local law. To the extent any request in this section is deemed incompatible with Spanish principles of procedural law, it is to be disregarded.

| | | |
|---|---|---|
| 14. | Request for information of time and place for the execution of the Request pursuant to Article 7 of the Convention | It is requested that United States Counsel for the Defendants at the addresses set forth in paragraph 6 above, should be contacted for any information relating to the execution of this Letter of Request. |
| 15. | Request for Attendance of Participation of Judicial Personnel of the Requesting Authority at the Execution of the Letter of Request (Art. 8) | No attendance of judicial personnel of the Requesting Authority is requested. |
| 16. | Specification of Privilege or Duty to Refuse to Give Evidence Under the Law of the State of Origin (Art. 11 (b)) | The privilege or duty of the witness to refuse to give evidence shall be the same as if they were testifying under the applicable provisions of the Federal Rules of Civil Procedure, including if giving such evidence would (1) subject them to a real and appreciable danger of criminal liability in the United States, or (2) disclose a confidential and privileged communication between them and their respective attorneys. |
| 17. | Fees and costs (Art. 14 and 26) | The Defendants, to the extent any such fees apply. Please contact the Defendants' United States counsel (or alternatively to the representatives –*Procurador*– that the parties may designate in Spain for this purpose), at the address set out under paragraph 6 |

above, to make any necessary financial arrangements.

DATE OF REQUEST                    _____ 2019


_____
United States District Court for the Eastern District
of Texas, Marshall Division
Sam B. Hall Jr. Federal Building and United States
Courthouse
100 East Houston Street
Room 125
Marshall, Texas 75670
United States of America
(signature and seal)

# ATTACHMENT A

## DEFINITIONS

1.      **_Fractus_** or **_Plaintiff_** collectively includes Fractus, S.A., Fractus Antennas SL, Advanced Automotive Antennas, and any of their officers (e.g., Ruben Bonet or Carles Puente Baliarda), directors, employees, or representatives.

2.      **_Fractus Patents_** means the family of issued patents, patent applications, and patent publications assigned to Fractus that trace their ultimate priority to PCT/ES99/00343, which published on May 3, 2001 as WO 01/31747 and is entitled, "Agrupaciones Multibanda de Antenas Entrelazadas," or "Interlaced Multiband Antenna Arrays." Among this family of patents are European Patent Specification No. 1 227 545 and U.S. Patent Nos.: 6,937,191; 7,250,918; 7,557,768; 7,932,870; 8,228,256; 8,896,493; and 9,905,940. This patent family names Jordi Romeu Robert, Carles Puente Baliarda, and Sebastian Blanch Boris as inventors.

## INSTRUCTIONS

1.      In responding to these document requests, please furnish all information that is available to you.

2.      The information provided by you will only be used for the purposes of trial in the United States District Court for the Eastern District of Texas and will be kept confidential according to the Protective Order governing the treatment of confidential documents and information in this case.

## DOCUMENT REQUESTS

**The following information is requested for the purposes of trial in the United States District Court for the Eastern District of Texas. The trial is set to begin in September 2019.**

**REQUEST NO. 1:**

Documents in Mr. Blanch's possession concerning public use, disclosure, sale, offer for sale, or display of multi-band and/or wide-band antenna arrays for base stations prior to October 26, 1999, such as disclosure in or at trade shows, conferences, demonstrations, journals, academic publications, trade publications.

**REQUEST NO. 2:**

Documents in Mr. Blanch's possession concerning the commercialization, license, acquisition, purchase, sale, offer for sale, assignment, or valuation of any Fractus Patent, or of any portfolio of patents containing at least one Fractus Patent.

**REQUEST NO. 3:**

Documents in Mr. Blanch's possession dated prior to October 2005 that concern his work with any of the following individuals and companies regarding the research and/or development of multi-band and/or wide-band antenna arrays for base stations: Carles Puente Baliarda, Ruben Bonet, Jordi Romeu Robert, Jaume Anguera Pros, Carmen Borja Borau, Siemens AG, Moyano Telsa Sistemas Radiantes y Telecomunicaciones, S.A., Sistemas Radiantes Moyano S.A., Kathrein-Werke KG, or Antenas Moyano S.L.

**REQUEST NO. 4:**

Documents in Mr. Blanch's possession concerning employment agreements, work-for-hire agreements, assignment agreements, IP-ownership agreements, gentleman's agreements, royalty agreements, or other agreements that relate to Fractus, the Fractus Patents, or antennas and that are between Mr. Blanch and any of: Universitat Politecnica de Catalunya, Carles Puente

14

Baliarda, Jordi Romeu Robert, Jaume Anguera Pros, Carmen Borja Borau, Ruben Bonet, Marta Baba, Siemens AG, Moyano Telsa Sistemas Radiantes y Telecomunicaciones, S.A., Sistemas Radiantes Moyano S.A., Kathrein-Werke KG, or Antenas Moyano S.L.

## EXAMINATION TOPICS

**TOPIC NO. 1:**

Mr. Blanch's knowledge of matters personally perceived by him concerning public use, disclosure, sale, offer for sale, or display of multi-band and/or wide-band antenna arrays for base stations of the alleged invention(s) of the Fractus Patents prior to October 26, 1999, such as disclosure in or at trade shows, conferences, demonstrations, journals, academic publications, or trade publications.

**TOPIC NO. 2:**

Mr. Blanch's knowledge of matters personally perceived by him concerning the commercialization, license, acquisition, purchase, sale, offer for sale, assignment, or valuation of any Fractus Patent, or of any portfolio of patents containing at least one Fractus Patent.

**TOPIC NO. 3:**

Mr. Blanch's knowledge of matters personally perceived by him concerning his work prior to October 2005 with any of the following individuals and companies regarding the research and/or development of multi-band and/or wide-band antenna arrays for base stations: Carles Puente Baliarda, Ruben Bonet, Jordi Romeu Robert, Jaume Anguera Pros, Carmen Borja Borau, Siemens AG, Moyano Telsa Sistemas Radiantes y Telecomunicaciones, S.A., Sistemas Radiantes Moyano S.A., Kathrein-Werke KG, or Antenas Moyano S.L.

**TOPIC NO. 4:**

Mr. Blanch's knowledge of matters personally perceived by him concerning employment agreements, work-for-hire agreements, assignment agreements, IP-ownership agreements,

gentleman's agreements, royalty agreements, or other agreements that relate to Fractus, the Fractus Patents, or antennas and that are between Mr. Blanch and any of: Universitat Politecnica de Catalunya, Carles Puente Baliarda, Jordi Romeu Robert, Jaume Anguera Pros, Carmen Borja Borau, Ruben Bonet, Marta Baba, Siemens AG, Moyano Telsa Sistemas Radiantes y Telecomunicaciones, S.A., Sistemas Radiantes Moyano S.A., Kathrein-Werke KG, or Antenas Moyano S.L.

**TOPIC NO. 5:**

Mr. Blanch's understanding of the technology used in multi-band or wide-band antenna arrays.

**TOPIC NO. 6:**

Mr. Blanch's knowledge of matters personally perceived by him concerning the contents and authentication of every document produced by Mr. Blanch in response to Document Request Nos. 1–4.

# ATTACHMENT 5

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| FRACTUS, S.A. | § | |
| | § | |
| v. | § | Case No. 2:18-CV-0135-JRG |
| | § | LEAD CASE |
| AT&T MOBILITY LLC; | § | |
| | § | |
| SPRINT COMMUNICATIONS COMPANY, | § | Case No. 2:18-CV-0136-JRG |
| L.P., ET AL.; | § | |
| | § | |
| T-MOBILE US, INC. ET AL.; | § | Case No. 2:18-CV-00137-JRG |
| VERIZON COMMUNICATIONS INC. ET | § | |
| AL.; and | § | |
| | § | Case No. 2:18-CV-00137-JRG |
| COMMSCOPE TECHNOLOGIES LLC | § | |

**UNOPPOSED MOTION TO SUPPLEMENT DEFENDANTS' APPLICATION FOR THE
ISSUANCE OF LETTERS OF REQUEST TO EXAMINE PERSONS AND
INSPECT DOCUMENTS PURSUANT TO THE HAGUE CONVENTION**

Plaintiff Fractus, S.A. files this Unopposed Motion to Supplement Defendants'

Application for the Issuance of Letters of Request to Examine Persons and Inspect Documents

Pursuant to the Hague Convention (the "Motion") and shows the Court as follows:

On November 21, 2018, Defendants AT&T Mobility LLC, Sprint Communications

Company, L.P., et al., T-Mobile US, Inc. et al., and Cellco Partnership d/b/a Verizon Wireless

and Defendant-Intervenor CommScope Technologies LLC (collectively, "Defendants") filed an

unopposed application for the issuance of letters of request (the "Application"). (Dkt. No. 99).

On December 20, 2018, after examining the Application and consulting with Spanish

counsel, Plaintiff sent a letter to Defendants identifying several deficiencies in the Application.

First, the Application excluded Fractus and its counsel from the list of parties and

representatives, including in the list of persons to whom the executed request is to be returned.

(Dkt. No. 99-1 and 99-2 at ¶¶ 3, 6). Second, the Application excluded Fractus and its counsel

from the list of those who would participate in any questioning of the witnesses, if permitted by the Spanish authorities. (Dkt. No. 99-1 and 99-2 at ¶¶ 13, 14). Finally, the requests made in the Application are deficient under Spanish law and the Hague Evidence Convention. Specifically, Spain's reservation under Article 23 of the Hague Evidence Convention disallows pretrial discovery. *See* Spain's Reservation Article 23 ("Pursuant to Article 23 Spain does not accept Letters of Request derived from the 'pre-trial discovery of documents' procedure known in common law countries."). Moreover, Spanish law does not permit the American-style document requests proposed by Defendants, nor the attorney-conducted depositions based on broad examination topics contemplated by Defendants.

Defendants offered to file a joint motion to amend their Motion to address the first and second deficiencies, and Fractus agreed to that proposal. However, Defendants did not agree to file a Joint Motion correcting all three of the deficiencies identified by Plaintiff. Therefore, Plaintiff respectfully requests that the Application be supplemented to include Fractus's position that the Application's requests do not comply with the Hague Evidence Convention or Spanish law and that Fractus preserves the right to intervene in any proceedings in Spain related to the Application. Exhibit A is the proposed Supplement.

Dated: January 23, 2019                              Respectfully submitted,

*/s/ Michael Ng*
Michael Ng
California State Bar No. 237915
Lead Attorney
Daniel A. Zaheer
California State Bar No. 237118
Michael M. Rosen
California State Bar No. 230964
Luke J. Burton
California State Bar No. 301247
michael.ng@kobrekim.com
daniel.zaheer@kobrekim.com
michael.rosen@kobrekim.com
luke.burton@kobrekim.com

**KOBRE & KIM LLP**
150 California Street, 19th Floor
San Francisco, CA 94111
Telephone: 415-582-4800
Facsimile: 415-582-4811

Hugham Chan
Washington DC Bar No. 1011058
**KOBRE & KIM LLP**
1919 M Street, NW
Washington, DC 20036
Telephone: 202-664-1956
Facsimile: 202-510-2993
E-mail:hugham.chan@kobrekim.com

Adriana Riviere-Badell
Florida State Bar No. 30572
**KOBRE & KIM LLP**
201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Telephone: 305-967-6100
Facsimile: 305-967-6120
E-mail: adriana.riviere-badell@kobrekim.com

S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770

T. John Ward Jr.
Texas State Bar No. 00794818
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea L. Fair
Texas State Bar No. 24078488
jw@jwfirm.com
claire@wsfirm.com
andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, TX 75606
Telephone: 903-757-6400
Facsimile: 903-757-2323

*Attorneys for Plaintiff FRACTUS, S.A.*

# EXHIBIT A

## **FRACTUS S.A.'S SUPPLEMENT TO DEFENDANTS' REQUESTS**

Fractus, S.A., the Plaintiff in the underlying action for which Defendants request assistance from the Central Authority of Spain, supplements the Requests as follows:

Fractus, S.A. believes that the Defendants' Request For International Judicial Assistance Pursuant To The Hague Convention Of 18 March 1970 On The Taking Of Evidence Abroad In Civil Or Commercial Matters, does not comply with either the Hague Convention or Spanish law.

Defendants seek pre-trial discovery for proceedings currently scheduled for trial in September 2019. These requests do not comply with the applicable law because Spain's reservation under Article 23 of the Hague Convention disallows pretrial discovery. Also, Spanish law does not permit the American-style document requests or attorney-conducted depositions proposed by Defendants. In the event Spanish authorities entertain Defendants' requests, Fractus, S.A. is a necessary and proper participant in any related proceedings.

# ATTACHMENT 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| FRACTUS, S.A. | § | |
| | § | |
| v. | § | Case No. 2:18-CV-0135-JRG |
| | § | LEAD CASE |
| AT&T MOBILITY LLC; | § | |
| | § | |
| SPRINT COMMUNICATIONS COMPANY, | § | Case No. 2:18-CV-0136-JRG |
| L.P., ET AL.; | § | |
| | § | |
| T-MOBILE US, INC. ET AL.; | § | Case No. 2:18-CV-00137-JRG |
| VERIZON COMMUNICATIONS INC. ET | § | |
| AL.; and | § | |
| | § | Case No. 2:18-CV-00137-JRG |
| COMMSCOPE TECHNOLOGIES LLC | § | |

**UNOPPOSED MOTION TO SUPPLEMENT DEFENDANTS' APPLICATION FOR THE
ISSUANCE OF LETTERS OF REQUEST TO EXAMINE PERSONS AND
<u>INSPECT DOCUMENTS PURSUANT TO THE HAGUE CONVENTION</u>**

Plaintiff Fractus, S.A. files this Unopposed Motion to Supplement Defendants'

Application for the Issuance of Letters of Request to Examine Persons and Inspect Documents

Pursuant to the Hague Convention (the "Motion") and shows the Court as follows:

On November 21, 2018, Defendants AT&T Mobility LLC, Sprint Communications

Company, L.P., et al., T-Mobile US, Inc. et al., and Cellco Partnership d/b/a Verizon Wireless

and Defendant-Intervenor CommScope Technologies LLC (collectively, "Defendants") filed an

unopposed application for the issuance of letters of request (the "Application"). (Dkt. No. 99).

The motion was filed as an unopposed after Fractus's counsel confirmed that it did not oppose

Defendants' motion.

On December 20, 2018, after examining the Application and consulting with Spanish

counsel, Plaintiff sent a letter to Defendants identifying several deficiencies in the Application.

First, the Application excluded Fractus and its counsel from the list of parties and

representatives, including in the list of persons to whom the executed request is to be returned. (Dkt. No. 99-1 and 99-2 at ¶¶ 3, 6). Second, the Application excluded Fractus and its counsel from the list of those who would participate in any questioning of the witnesses, if permitted by the Spanish authorities. (Dkt. No. 99-1 and 99-2 at ¶¶ 13, 14). Finally, the requests made in the Application are deficient under Spanish law and the Hague Evidence Convention. Specifically, Spain's reservation under Article 23 of the Hague Evidence Convention disallows pretrial discovery. *See* Spain's Reservation Article 23 ("Pursuant to Article 23 Spain does not accept Letters of Request derived from the 'pre-trial discovery of documents' procedure known in common law countries."). Moreover, Spanish law does not permit the American-style document requests proposed by Defendants, nor the attorney-conducted depositions based on broad examination topics contemplated by Defendants.

Defendants offered to file a joint motion to amend their Motion to address these issues. first and second deficiencies, and Fractus agreed to that proposal. However, Defendants did not agree to file a Joint Motion correcting all three of the deficiencies identified by Plaintiff. Therefore, Plaintiff respectfully requests that the Application be supplemented to address the issues identified above. include Fractus's position that the Application's requests do not comply with the Hague Evidence Convention or Spanish law and that Fractus preserves the right to intervene in any proceedings in Spain related to the Application. Exhibit A is the proposed Supplement.

Dated: January 23, 2019                       Respectfully submitted,

                                              */s/ Michael Ng*
                                              Michael Ng
                                              California State Bar No. 237915
                                              Lead Attorney
                                              Daniel A. Zaheer
                                              California State Bar No. 237118
                                              Michael M. Rosen

California State Bar No. 230964
Luke J. Burton
California State Bar No. 301247
michael.ng@kobrekim.com
daniel.zaheer@kobrekim.com
michael.rosen@kobrekim.com
luke.burton@kobrekim.com
**KOBRE & KIM LLP**
150 California Street, 19th Floor
San Francisco, CA 94111
Telephone: 415-582-4800
Facsimile: 415-582-4811

Hugham Chan
Washington DC Bar No. 1011058
**KOBRE & KIM LLP**
1919 M Street, NW
Washington, DC 20036
Telephone: 202-664-1956
Facsimile: 202-510-2993
E-mail:hugham.chan@kobrekim.com

Adriana Riviere-Badell
Florida State Bar No. 30572
**KOBRE & KIM LLP**
201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Telephone: 305-967-6100
Facsimile: 305-967-6120
E-mail: adriana.riviere-badell@kobrekim.com

S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770

T. John Ward Jr.
Texas State Bar No. 00794818
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea L. Fair
Texas State Bar No. 24078488
jw@jwfirm.com
claire@wsfirm.com
andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231

Longview, TX 75606
Telephone: 903-757-6400
Facsimile: 903-757-2323

***Attorneys for Plaintiff FRACTUS, S.A.***

# EXHIBIT A

## FRACTUS S.A.'S SUPPLEMENT TO DEFENDANTS' REQUESTS

Fractus, S.A., the Plaintiff in the underlying action for which Defendants request assistance from the Central Authority of Spain, supplements the Requests as follows:

~~Fractus, S.A. believes that the Defendants' Request For International Judicial Assistance Pursuant To The Hague Convention Of 18 March 1970 On The Taking Of Evidence Abroad In Civil Or Commercial Matters, does not comply with either the Hague Convention or Spanish law.~~

Defendants seek pre-trial discovery for proceedings currently scheduled for trial in September 2019. ~~These requests do not comply with the applicable law because Spain's reservation under Article 23 of the Hague Convention disallows pretrial discovery. Also, Spanish law does not permit the American-style document requests or attorney conducted depositions proposed by Defendants.~~ In the event Spanish authorities entertain Defendants' requests, Fractus, S.A. is a necessary and proper participant in any related proceedings.

# ATTACHMENT 7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| FRACTUS, S.A., | |
| Plaintiff, | <u>**JURY TRIAL DEMANDED**</u> |
| v. | |
| AT&T MOBILITY LLC, | |
| Defendant, | Case No. 2:18-cv-00135-JRG |
| and | |
| COMMSCOPE TECHNOLOGIES LLC and CELLMAX TECHNOLOGIES AB, | LEAD CASE |
| Intervenor-Defendants. | |
| SPRINT COMMUNICATIONS COMPANY, L.P., ET AL., | |
| Defendants, | |
| and | Case No. 2:18-cv-00136-JRG |
| COMMSCOPE TECHNOLOGIES LLC and CELLMAX TECHNOLOGIES AB, | |
| Intervenor-Defendants. | |
| T-MOBILE US, INC., ET AL., | |
| Defendants, | |
| and | Case No. 2:18-cv-00137-JRG |
| COMMSCOPE TECHNOLOGIES LLC and CELLMAX TECHNOLOGIES AB, | |
| Intervenor-Defendants. | |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, | Case No. 2:18-cv-00138-JRG |

> Defendant,
>
> and
>
> COMMSCOPE TECHNOLOGIES LLC,
>
> Intervenor-Defendant.

## PARTIALLY OPPOSED MOTION TO SUPPLEMENT DEFENDANTS' APPLICATION FOR THE ISSUANCE OF LETTERS OF REQUEST TO EXAMINE PERSONS AND INSPECT DOCUMENTS PURSUANT TO THE HAGUE CONVENTION AND REQUEST FOR EXPEDITED TREATMENT OF MOTION

Plaintiff Fractus, S.A. files this Partially Opposed Motion to Supplement Defendants' Application for the Issuance of Letters of Request to Examine Persons and Inspect Documents Pursuant to the Hague Convention (the "Motion") and shows the Court as follows:

On November 19, 2018, counsel for Defendant T-Mobile US, Inc., et al., informed counsel for Fractus that "Defendants intend to file a motion, seeking for the Court to sign a Letters of Request to the Central Authority of Spain.  Defendants intend to seek documents and deposition testimony from Jordi Romeu Robert and from Sebastian Boris Blanch.  Defendants intend to file the Letters of Request this Wednesday, Nov. 21." Defense counsel did not send Fractus' counsel the proposed application, but asked whether Fractus would oppose the request. *See* Declaration of Adriana Riviere-Badell ("Dec.") Ex. A.

On November 21, 2018, Fractus' counsel responded that it would not oppose a motion by defendants seeking Letters of Request.

That same day, on November 21, 2018, Defendants AT&T Mobility LLC, Sprint Communications Company, L.P., et al., T-Mobile US, Inc., et al., and Cellco Partnership d/b/a Verizon Wireless and Defendant-Intervenor CommScope Technologies LLC (collectively, "Defendants") filed an unopposed application for the issuance of letters of request (the "Application"). Dkt. No. 99.

On December 20, 2018, after examining the Application and consulting with Spanish counsel, and before the Court issued an order on the Application, Plaintiff sent a letter to Defendants identifying several deficiencies in the Application. First, the Application excluded Fractus and its counsel from the list of parties and representatives, including in the list of persons to whom the executed request was to be returned. Dkt. Nos. 99-1 & 99-2 at ¶¶ 3, 6. Importantly, this excludes Fractus from the list of parties who are authorized to participate in any proceedings in Spain related to the Application. Second, the Application excluded Fractus and its counsel from the list of those who would participate in any questioning of the witnesses, if permitted by the Spanish authorities. Dkt. Nos. 99-1 & 99-2 at ¶¶ 13, 14. Finally, the requests made in the Application were deficient. Specifically, Spain's reservation under Article 23 of the Hague Evidence Convention disallows pretrial discovery. *See* Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, Ratification by Spain § d, May 22, 1987, 1464 U.N.T.S. 312 ("Pursuant to Article 23 Spain does not accept Letters of Request derived from the 'pre-trial discovery of documents' procedure known in common law countries."). Moreover, according to the publicly available "practical information," published by the Hague Conference on Private International Law, Spanish authorities require "specific questions" to be used during witness examination. *See* Dec. Ex. [], available at https://www.hcch.net/en/states/authorities/details3/?aid=520. Therefore, as Fractus has previously explained to Defendants, the Hague Evidence Convention does not permit the American-style document requests proposed by Defendants, nor the attorney-conducted depositions based on broad examination topics contemplated by Defendants.

Defendants offered to file a joint motion to amend their Motion to address the first and second points raised by Fractus, and Fractus agreed to that proposal. However, Defendants did

not agree to file a Joint Motion addressing the third issue identified by Plaintiff. Defendants then sought to file an unopposed motion to amend the Application addressing the first and second points, to which Fractus also agreed. However, when Fractus asked for Defendants' position on whether they would oppose Fractus' motion to supplement the Application to address the third issue, Defendants then changed course, refused to file any motion to amend, and also stated they would oppose Fractus' motion to supplement. In the interim, on January 8, 2019, the Court issued its Order on the Application. Dkt. No. 128. Over Fractus' objection, Defendants served the deficient Application on the Spanish central authority on January 25, 2019, but did not provide copies of the served documents to Fractus until January 29, 2019.

Because Defendants served the deficient Application over Fractus' objection on January 25, 2019, Fractus respectfully requests expedited treatment of this motion to correct the deficient Application and present this information to the Spanish central authority before it takes action on the Application. Defendants have agreed to respond to this Motion within 1 week – by February 7, 2019.

Therefore, Plaintiff respectfully requests that the Application be supplemented to 1) include Fractus and its counsel in the list of parties and representatives, including in the list of persons to whom the executed request is to be returned, and to make plain that Fractus is entitled to participate in any proceedings in Spain related to the Application (Dkt. Nos. 99-1 & 99-2 at ¶¶ 3, 6); 2) include Fractus and its counsel in the list of those who are allowed to participate in any questioning of the witnesses and receive any documents produced by the witnesses, if permitted by the Spanish authorities (Dkt. Nos. 99-1 & 99-2 at ¶¶ 13, 14); and 3) include Fractus's position that the Application's requests do not comply with the Spain's reservation under Article 23 of the Hague Evidence Convention and the "practical information" published by the Hague

Conference on Private International Law with respect to requests to Spain, and that Fractus

preserves the right to intervene in any proceedings in Spain related to the Application. Exhibit A

is the proposed Supplement.

Dated: January 31, 2019                              Respectfully submitted,


                                                     */s/ Michael Ng*
                                                     Michael Ng
                                                     California State Bar No. 237915
                                                     Lead Attorney
                                                     Daniel A. Zaheer
                                                     California State Bar No. 237118
                                                     Michael M. Rosen
                                                     California State Bar No. 230964
                                                     Luke J. Burton
                                                     California State Bar No. 301247
                                                     michael.ng@kobrekim.com
                                                     daniel.zaheer@kobrekim.com
                                                     michael.rosen@kobrekim.com
                                                     luke.burton@kobrekim.com
                                                     **KOBRE & KIM LLP**
                                                     150 California Street, 19th Floor
                                                     San Francisco, CA 94111
                                                     Telephone: 415-582-4800
                                                     Facsimile: 415-582-4811

                                                     Hugham Chan
                                                     Washington DC Bar No. 1011058
                                                     **KOBRE & KIM LLP**
                                                     1919 M Street, NW
                                                     Washington, DC 20036
                                                     Telephone: 202-664-1956
                                                     Facsimile: 202-510-2993
                                                     E-mail:hugham.chan@kobrekim.com

                                                     Adriana Riviere-Badell
                                                     Florida State Bar No. 30572
                                                     **KOBRE & KIM LLP**
                                                     201 South Biscayne Boulevard, Suite 1900
                                                     Miami, Florida 33131
                                                     Telephone: 305-967-6100
                                                     Facsimile: 305-967-6120
                                                     E-mail: adriana.riviere-badell@kobrekim.com

                                                     S. Calvin Capshaw
                                                     Texas State Bar No. 03783900
                                                     Elizabeth L. DeRieux
                                                     Texas State Bar No. 05770585
                                                     ccapshaw@capshawlaw.com

ederieux@capshawlaw.com
**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770

T. John Ward Jr.
Texas State Bar No. 00794818
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea L. Fair
Texas State Bar No. 24078488
jw@jwfirm.com
claire@wsfirm.com
andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, TX 75606
Telephone: 903-757-6400
Facsimile: 903-757-2323

*Attorneys for Plaintiff FRACTUS, S.A.*

**MEET & CONFER DRAFT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that counsel of record who are deemed to have consented to electronic

service are being served this January 31, 2019 with a copy of this document via electronic mail.


*/s/ Michael Ng___*
Michael Ng

**MEET & CONFER DRAFT**

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Eastern District of Texas Local Rule CV-7(I), counsel have met and conferred, in a good faith effort to resolve all the issues regarding Fractus's Motion. Specifically, the parties discussed multiple potential compromises. Defendants have stated that they oppose the motion in part, specifically Fractus's request to supplement the Application to include the relevant authorities on Spain's Article 23 reservation and the "practical information." Defendants do not oppose Fractus' request for expedited treatment. **SUBJECT TO FINALIZATION**

                          */s/ Michael Ng*
                          Michael Ng

**MEET & CONFER DRAFT**

# EXHIBIT A

## FRACTUS S.A.'S SUPPLEMENT TO DEFENDANTS' REQUESTS

Fractus, S.A., the Plaintiff in the underlying action for which Defendants request assistance from the Central Authority of Spain, supplements the requests as follows:

Fractus, S.A. believes the Defendants' Requests For International Judicial Assistance Pursuant To The Hague Convention Of 18 March 1970 On The Taking Of Evidence Abroad In Civil Or Commercial Matters (the "Requests"), do not comply with Spain's reservation under Article 23 of the Hague Convention. Defendants seek pre-trial discovery for proceedings currently scheduled for trial in September 2019. The Requests do not comply with the applicable law because Spain's reservation under Article 23 of the Hague Convention disallows pretrial discovery. *See* Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, Ratification by Spain § d, May 22, 1987, 1464 U.N.T.S. 312 ("Pursuant to Article 23 Spain does not accept Letters of Request derived from the 'pre-trial discovery of documents' procedure known in common law countries."). Moreover, according to the publicly available "practical information," published by the Hague Conference on Private International Law, Spanish authorities require "specific questions" to be used during witness examination. *See* Exhibit 1 to this Supplement, available at https://www.hcch.net/en/states/authorities/details3/?aid=520.

Therefore, the Hague Evidence Convention does not permit the American-style document requests proposed by Defendants, nor the attorney-conducted depositions based on broad examination topics contemplated by Defendants.

Moreover, Paragraphs 3 and 6 of Exhibits A and B to the Requests should be supplemented to include Fractus and its counsel as follows:

| | |
|---|---|
| 3. Persons to whom the executed request is to be returned | Adriana Riviere-Badell<br>KOBRE & KIM LLP<br>201 S. Biscayne Blvd., Suite 1900<br>Miami, FL 33131<br>(305) 967-6117 Telephone |

**MEET & CONFER DRAFT**

adriana.riviere-badell@kobrekim.com

| | |
|---|---|
| 6. Name and addresses of the parties and their representatives (including representatives in the requested state) | |
| Plaintiff | Fractus, S.A. |
| | Adriana Riviere-Badell<br>KOBRE & KIM LLP<br>201 S. Biscayne Blvd., Suite 1900<br>Miami, FL 33131<br>(305) 967-6117 Telephone<br>adriana.riviere-badell@kobrekim.com |

Paragraphs 13 and 14 of Exhibits A and B of the Requests should be supplemented as follows:

| | |
|---|---|
| 13. Special methods or procedure to be followed (Art. 3(i) and 9) | Fractus, S.A. does not believe that the discovery, including depositions, requested by Defendants complies with Spain's Reservation under Article 23 of the Hague Evidence Convention, but if any questioning of witnesses is permitted by Spanish authorities, Fractus, S.A. should be permitted to participate equally as it would in the United States. |
| 14. Request for information of time and place for the execution of the Request pursuant to Article 7 of the Convention | It is requested that United States Counsel for the Defendants and Plaintiff at the addresses set forth in paragraph 6 above, should be contacted for any information relating to the execution of this Letter of Request. |