IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FRACTUS, S.A.,<br><br>    Plaintiff,<br><br>    v.<br> | |
| AT&T MOBILITY LLC,<br><br>    Defendant,<br><br>and<br><br>COMMSCOPE TECHNOLOGIES LLC and CELLMAX TECHNOLOGIES AB,<br><br>    Intervenor-Defendants. | Case No. 2:18-cv-00135-JRG<br>    LEAD CASE |
| SPRINT COMMUNICATIONS COMPANY, L.P., ET AL.,<br><br>    Defendants,<br><br>and<br><br>COMMSCOPE TECHNOLOGIES LLC and CELLMAX TECHNOLOGIES AB,<br><br>    Intervenor-Defendants. | Case No. 2:18-cv-00136-JRG |
| T-MOBILE US, INC., ET AL.,<br><br>    Defendants,<br><br>and<br><br>COMMSCOPE TECHNOLOGIES LLC and CELLMAX TECHNOLOGIES AB,<br><br>    Intervenor-Defendants. | Case No. 2:18-cv-00137-JRG |

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>   Defendant,<br><br>and<br><br>COMMSCOPE TECHNOLOGIES LLC,<br><br>   Intervenor-Defendant. | Case No. 2:18-cv-00138-JRG |

## NOTICE CONCERNING JOINT MOTION FOR ENTRY OF ORDER FOCUSING ASSERTED CLAIMS AND PRIOR ART (DKT. NO. 110)

Defendants AT&T Mobility LLC, Sprint Communications Company, L.P., Sprint Spectrum, L.P., Sprint Solutions, Inc., Nextel Operations, Inc., T-Mobile USA, Inc., T Mobile US, Inc., Cellco Partnership d/b/a Verizon Wireless, CommScope Technologies LLC, and CellMax Technologies AB (collectively, "Defendants") respectfully submit this Notice to the Court regarding the parties' Joint Motion for Entry of Order Focusing Asserted Claims and Prior Art (Dkt. No. 110) (the "Joint Motion").

Following the parties' submission of the Joint Motion, in view of Plaintiff Fractus, S.A.'s ("Fractus's") dropping of the '824 patent and several claims from other patents, and as mentioned during the Status Conference with the Court on January 17, 2019, and in the interest of compromise and reaching agreement with Fractus, Defendants modified certain of their positions as to the disputed provisions governing prior art limits.  While the parties have not yet been able to reach agreement, Defendants hereby respectfully submit to the Court their revised positions on these disputed provisions for the Court's consideration in connection with the Joint Motion.

Attached as **Exhibit 1** is a revised proposed Order Focusing Patent Claims and Prior Art

to Reduce Costs, reflecting Defendants' revised positions as to the disputed provisions governing prior art limits.  Exhibit 1 does not contain any changes to Fractus's positions as originally filed.

Attached as **Exhibit 2** is a redline showing the changes made in Exhibit 1 when compared to the original Order Focusing Patent Claims and Prior Art to Reduce Costs as it was filed by the parties (Dkt. No. 110-1).

Defendants respectfully request the Court to rely upon Exhibit 1 in lieu of Dkt. No. 110-1.

DATED: January 31, 2019

| **NORTON ROSE FULBRIGHT US LLP** | **GIBSON, DUNN & CRUTCHER LLP** |
|---|---|
| Brett C. Govett<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201<br>Telephone: (214) 855-8118<br>brett.govvett@nortonrosefulbright.com<br><br>Daniel S. Leventhal<br>NORTON ROSE FULBRIGHT US LLP<br>Fulbright Tower<br>1301 McKinney, Suite 5100<br>Houston, TX 77010-3095<br>Telephone: (713) 651-8360<br>daniel.leventhal@nortonrosefulbright.com | */s/ Neema Jalali*<br><br>Josh Krevitt<br>Benjamin Hershkowitz<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>jkrevitt@gibsondunn.com<br>bhershkowitz@gibsondunn.com<br><br>Neema Jalali<br>Lead Attorney<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: (415) 393-8258<br>njalali@gibsondunn.com<br><br>Eric T. Syu<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: (949) 451-3800<br>esyu@gibsondunn.com<br><br>Nathan R. Curtis (#24078390)<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100 |

|  |  |
|---|---|
|  | Dallas, TX 75201-6912<br>Telephone: (214) 698-3100<br>ncurtis@gibsondunn.com<br><br>*Counsel for Defendant AT&T Mobility LLC* |
| **SMITH WEBER LLP**<br><br>Robert W. Weber (Texas Bar No. 21044800)<br>SMITH WEBER LLP<br>5505 Plaza Drive<br>P.O. Box 6167<br>Texarkana, TX 75505<br>Telephone: 903.223.5656<br>Facsimile: 903.223.5652<br>bweber@smithweber.com | **MCGUIREWOODS LLP**<br><br>*/s/ Shaun W. Hassett*<br><br>Shaun W. Hassett (Texas Bar No. 24074372)<br>Lead Attorney<br>MCGUIREWOODS LLP<br>2000 McKinney Ave., Suite 1400<br>Dallas, TX 75201<br>Telephone: 214.932.6400<br>Facsimile: 214.932.6499<br>shassett@mcguirewoods.com<br><br>David E. Finkelson (pro hac vice)<br>MCGUIREWOODS LLP<br>800 East Canal Street<br>Richmond, VA 23219<br>Telephone: 804.775.1374<br>Facsimile: 804.698.2264<br>dfinkelson@mcguirewoods.com<br><br>*Counsel for Sprint Communications Company, L.P., Sprint Spectrum L.P., Sprint Solutions, Inc., and Nextel Operations, Inc.*<br><br>**BAKER BOTTS L.L.P.**<br><br>*/s/ Sarah J. Guske*<br><br>Douglas M. Kubehl<br>Texas State Bar No. 00796909<br>E-mail: doug.kubehl@bakerbotts.com<br>Jeffery D. Baxter<br>Texas State Bar No. 24006816<br>E-mail: jeff.baxter@bakerbotts.com<br>David Tobin<br>Texas State Bar No. 24060735<br>E-mail: david.tobin@bakerbotts.com<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas 75201 |

|  |  |
|---|---|
|  | Telephone: (214) 953-6500<br>Facsimile: (214) 953-6503<br><br>Sarah J. Guske<br>California State Bar No. 232467<br>E-mail: sarah.guske@bakerbotts.com<br>BAKER BOTTS L.L.P<br>101 California St.<br>San Francisco, CA 94111<br>Telephone: (415) 291-6200<br>Facsimile: (214) 953-6503<br><br>Syed K. Fareed<br>Texas State Bar No. 24065216<br>E-mail: syed.fareed@bakerbotts.com<br>Valerie Barker<br>Texas State Bar No. 24087141<br>E-mail: valerie.barker@bakerbotts.com<br>Bailey Morgan Watkins<br>Texas State Bar No. 24102244<br>E-mail: bailey.watkins@bakerbotts.com<br>BAKER BOTTS L.L.P<br>98 San Jacinto Blvd #1500<br>Austin, TX 78701<br>Telephone: (512) 322-2500<br>Facsimile: (214) 953-6503<br><br>*Counsel for T-Mobile USA, Inc., and T-Mobile US, Inc.* |
| **POTTER MINTON**<br><br>Michael E. Jones (TX Bar No. 10929400)<br>POTTER MINTON, a Professional Corporation<br>110 North College Avenue, Suite 500<br>Tyler, TX 75702<br>Phone: 903-597-8311<br>Fax:    903-593-0846<br>Email: mikejones@potterminton.com | **ALSTON & BIRD LLP**<br><br>*/s/ Ross Barton*<br><br>Ross R. Barton (NC Bar No. 37179)<br>J. Ravindra Fernando (NC Bar No. 49199)<br>ALSTON & BIRD LLP<br>101 South Tryon Street, Suite 4000<br>Charlotte, North Carolina 28280<br>Phone: (704) 444-1000<br>Fax:    (704) 444-1111<br>Email: ross.barton@alston.com<br>Email: ravi.fernando@alston.com<br><br>Michael J. Newton (TX Bar No. 24003844)<br>Brady Cox (TX Bar No. 24074084) |

4

ALSTON & BIRD LLP
2828 North Harwood Street, Suite 1800
Dallas, Texas 75201
Phone: (214) 922-3400
Fax:    (214) 922-3899
Email: mike.newton@alston.com
Email: brady.cox@alston.com

Darlena H. Subashi (NC Bar No. 53142)
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Phone: (212) 210-1277
Fax:    (212) 210-9444
Email: darlena.subashi@alston.com
*Admitted to practice in Massachusetts and North Carolina only

*Counsel for Defendant Cellco Partnership d/b/a/ Verizon Wireless*

**FINDLAY CRAFT, P.C.**

Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
102 N. College Ave., Ste. 900
Tyler, TX 75702
(903) 534-1100 Telephone
(903) 534-1137 Facsimile
efindlay@findlaycraft.com
bcraft@findlaycraft.com

**CARLSON, CASPERS, VANDENBURGH & LINDQUIST, P.A.**

*/s/ Dennis Bremer*

Philip P. Caspers
Timothy A. Lindquist
Dennis C. Bremer
Iain A. McIntyre
Bradley W. Micsky
Caroline L. Marsili
CARLSON, CASPERS, VANDENBURGH & LINDQUIST, P.A**.**
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402
(612) 436-9600 Telephone
(612) 436-9605 Facsimile
pcaspers@carlsoncaspers.com
tlindquist@carlsoncaspers.com
dbremer@carlsoncaspers.com
imcintyre@carlsoncaspers.com
bmicsky@carlsoncaspers.com
cmarsili@carlsoncaspers.com

*Counsel for Defendant-Intervenor CommScope Technologies LLC*

5

**LAW OFFICE OF PETER J. AYERS, PLLC**

<u>*/s/ Peter J. Ayers*</u>

Peter J. Ayers
Texas Bar No. 24009882
2200 Bowman Avenue
Austin, Texas 78703
Telephone: (512) 771-3070
Facsimile: (512) 520-4459
peter@ayersiplaw.com

*Counsel for Defendant-Intervenor CellMax Technologies, AB*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically on January 31, 2019, pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

*/s/ Neema Jalali*