IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FRACTUS, S.A.,<br><br>　　　　Plaintiff,<br><br>　　v. | JURY TRIAL DEMANDED |
| AT&T MOBILITY LLC,<br><br>　　　　Defendant,<br><br>and<br><br>COMMSCOPE TECHNOLOGIES LLC and CELLMAX TECHNOLOGIES AB,<br><br>　　　　Intervenor-Defendants. | Case No. 2:18-cv-00135-JRG<br>LEAD CASE |
| SPRINT COMMUNICATIONS COMPANY, L.P., ET AL.,<br><br>　　　　Defendants,<br><br>and<br><br>COMMSCOPE TECHNOLOGIES LLC and CELLMAX TECHNOLOGIES AB,<br><br>　　　　Intervenor-Defendants. | Case No. 2:18-cv-00136-JRG |
| T-MOBILE US, INC. ET AL.,<br><br>　　　　Defendants,<br><br>and<br><br>COMMSCOPE TECHNOLOGIES LLC and CELLMAX TECHNOLOGIES AB,<br><br>　　　　Intervenor-Defendants. | Case No. 2:18-cv-00137-JRG |
| VERIZON COMMUNICATIONS INC. ET AL.,<br><br>　　　　Defendants,<br><br>and<br><br>COMMSCOPE TECHNOLOGIES LLC,<br><br>　　　　Intervenor-Defendant. | Case No. 2:18-cv-00138-JRG |

**AGREED MOTION REGARDING INFRINGEMENT CONTENTIONS UNDER
DOCTRINE OF EQUIVALENTS
<u>AND MOTION TO STRIKE SAME (DKT. NO. 198)</u>**

The Parties hereby jointly move the Court: (1) to adopt the stipulations set out in the attached Order Granting Agreed Motion Regarding Infringement Contentions Under Doctrine of Equivalents and Motion to Strike Same ("Order"); and (2) to enter the Order.

Dated:  March 8, 2019

*/s/ Michael Ng*

Michael Ng
California State Bar No. 237915 (Lead Attorney)
Daniel A. Zaheer
California State Bar No. 237118
Alexandra Fellowes
California State Bar No. 261929
Michael M. Rosen
California State Bar No. 230964
Luke J. Burton
California State Bar No. 301247
michael.ng@kobrekim.com
daniel.zaheer@kobrekim.com
alexandra.fellowes@KOBREKIM.com
michael.rosen@kobrekim.com
luke.burton@kobrekim.com
**KOBRE & KIM LLP**
150 California Street, 19th Floor
San Francisco, CA 94111
Telephone: 415-582-4800
Facsimile: 415-582-4811

Hugham Chan
Washington DC Bar No. 1011058
**KOBRE & KIM LLP**
1919 M Street, NW
Washington, DC 20036
Telephone: 202-664-1956
Facsimile: 202-510-2993
E-mail:hugham.chan@kobrekim.com

Adriana Riviere-Badell
Florida State Bar No. 30572
**KOBRE & KIM LLP**
201 South Biscayne Boulevard, Suite 1900

Respectfully submitted,

*/s/ Brett C. Govett*

Brett C. Govett
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 855-8118
brett.govett@nortonrosefulbright.com

Daniel S. Leventhal
NORTON ROSE FULBRIGHT US LLP
Fulbright Tower, 1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: (713) 651-8360
daniel.leventhal@nortonrosefulbright.com

Josh Krevitt
Benjamin Hershkowitz
Katherine Dominguez
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
jkrevitt@gibsondunn.com
bhershkowitz@gibsondunn.com
kdominguez@gibsondunn.com

Neema Jalali
Lead Attorney
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8258
njalali@gibsondunn.com

Eric T. Syu
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3800
esyu@gibsondunn.com

<div style="columns:2">

Miami, Florida 33131
Telephone: 305-967-6100
Facsimile: 305-967-6120
E-mail: adriana.riviere-badell@kobrekim.com

S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770

T. John Ward Jr.
Texas State Bar No. 00794818
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea L. Fair
Texas State Bar No. 24078488
jw@jwfirm.com
claire@wsfirm.com
andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, TX 75606
Telephone: 903-757-6400
Facsimile: 903-757-2323

*Attorneys for Plaintiff*
*FRACTUS, S.A.*

Nathan R. Curtis (#24078390)
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
Telephone: (214) 698-3100
ncurtis@gibsondunn.com

*Counsel for Defendant AT&T Mobility LLC*

</div>

2

*/s/ Shaun W. Hassett*

Robert W. Weber (Texas Bar No. 21044800)
Smith Weber LLP
5505 Plaza Drive
P.O. Box 6167
Texarkana, TX 75505
Telephone: 903.223.5656
Facsimile: 903.223.5652
bweber@smithweber.com

Shaun W. Hassett (Texas Bar No. 24074372)
Lead Attorney
McGuireWoods LLP
2000 McKinney Ave., Suite 1400
Dallas, TX 75201
Telephone: 214.932.6400
Facsimile: 214.932.6499
shassett@mcguirewoods.com

David E. Finkelson (*pro hac vice*)
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
Telephone: 804.775.1374
Facsimile: 804.698.2264
dfinkelson@mcguirewoods.com

*Counsel for Defendants Sprint Communications Company, L.P., Sprint Spectrum L.P., Sprint Solutions, Inc., and Nextel Operations, Inc.*

/s/ *Ross R. Barton*

Ross R. Barton (NC Bar No. 37179)
J. Ravindra Fernando (NC Bar No. 49199)
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, North Carolina, 28280
Phone:   (704) 444-1000
Fax:   (704) 444-1111
Email:   ross.barton@alston.com
Email:   ravi.fernando@alston.com

Michael J. Newton (TX Bar No. 24003844)
Brady Cox (TX Bar No. 24074084)
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Phone:   (214) 922-3400
Fax:   (214) 922-3899
Email:   mike.newton@alston.com
Email:   brady.cox@alston.com

Darlena H. Subashi (NC Bar No. 53142)
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27601
Phone:   (919) 862-2200
Fax:   (919) 862-2260
Email:   darlena.subashi@alston.com

Michael E. Jones (TX Bar No. 10929400)
POTTER MINTON, a Professional Corporation
110 North College Avenue, Suite 500
Tyler, TX 75702
Phone:   903-597-8311
Fax:   903-593-0846
Email:   mikejones@potterminton.com

*Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless*

/s/ Sarah J. Guske

Melissa R. Smith
Texas State Bar No. 24001351
E-mail: melissa@gillamsmithlaw.com
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Douglas M. Kubehl
Texas State Bar No. 00796909
E-mail: doug.kubehl@bakerbotts.com
Jeffery D. Baxter
Texas State Bar No. 24006816
E-mail: jeff.baxter@bakerbotts.com
David Tobin
Texas State Bar No. 24060735
E-mail: david.tobin@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

Sarah J. Guske
California State Bar No. 232467
E-mail: sarah.guske@bakerbotts.com
BAKER BOTTS L.L.P.
101 California St.
San Francisco, CA 94111
Telephone: (415) 291-6200
Facsimile: (214) 953-6503

Syed K. Fareed
Texas State Bar No. 24065216
E-mail: syed.fareed@bakerbotts.com
Valerie Barker
Texas State Bar No. 24087141
E-mail: valerie.barker@bakerbotts.com
Bailey Morgan Watkins
Texas State Bar No. 24102244
E-mail: bailey.watkins@bakerbotts.com
BAKER BOTTS L.L.P.
98 San Jacinto Blvd #1500

5

Austin, TX 78701
Telephone: (512) 322-2500
Facsimile: (214) 953-6503

*Attorneys for Defendants T-Mobile USA, Inc. and T-Mobile US, Inc.*

/s/ Dennis C. Bremer

Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
102 N. College Ave., Ste. 900
Tyler, TX 75702
(903) 534-1100 Telephone
(903) 534-1137 Facsimile
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Philip P. Caspers
Timothy A. Lindquist
Dennis C. Bremer
Iain A. McIntyre
Bradley W. Micsky
Caroline L. Marsili
CARLSON, CASPERS,
VANDENBURGH & LINDQUIST, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402
(612) 436-9600 Telephone
(612) 436-9605 Facsimile
pcaspers@carlsoncaspers.com
tlindquist@carlsoncaspers.com
dbremer@carlsoncaspers.com
imcintyre@carlsoncaspers.com
bmicsky@carlsoncaspers.com
cmarsili@carlsoncaspers.com

*Attorneys for CommScope Technologies LLC*

<div style="text-align: right">

LAW OFFICE OF PETER J. AYERS, PLLC

*/s/ Peter J. Ayers*
Peter J. Ayers
Texas Bar No. 24009882
2200 Bowman Avenue
Austin, Texas 78703
Telephone: (512) 771-3070
Facsimile:  (512) 520-4459
peter@ayersiplaw.com

*Attorney for Intervenor-Defendant
CellMax Technologies, AB*

</div>

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served electronically on March 8, 2019, on all counsel who have consented to electronic service.

*/s/ Brett C. Govett*
Brett C. Govett