# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A., <br><br> Plaintiff, <br><br> v. <br><br> AT&T MOBILITY LLC, | § § § § § § § § § § | **CIVIL ACTION NO. 2:18-CV-00135-JRG** <br> **LEAD CASE** |
| SPRINT COMMUNICATIONS COMPANY, L.P., SPRINT SPECTRUM, L.P., SPRINT SOLUTIONS, INC., NEXTEL OPERATIONS, INC., | § § § § § | **CIVIL ACTION NO. 2:18-CV-00136-JRG** <br> **MEMBER CASE** |
| T-MOBILE US, INC., T-MOBILE USA, INC., | § § § § | **CIVIL ACTION NO. 2:18-CV-00137-JRG** <br> **MEMBER CASE** |
| VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br> Defendants. | § § § § § § | **CIVIL ACTION NO. 2:18-CV-00138-JRG** <br> **MEMBER CASE** |

## ORDER

Before the Court is the Opposed Motion to Strike Plaintiff Fractus, S.A.'s Infringement Contentions Under the Doctrine of Equivalents (Dkt. No. 198) and the Parties' Agreed Motion Regarding Infringement Contentions Under the Doctrine of Equivalents and Motion to Strike Same (the "Agreed Motion"). (Dkt. No. 216.) The Parties have made the below stipulations which the Court adopts and, as a result, the Court finds that the Agreed Motion should be and hereby is **GRANTED**.

The Court adopts the Parties stipulations as follows:

1. Fractus has withdrawn all allegations or proposed allegations made in these cases thus far of infringement under the doctrine of equivalents, including in (1) Fractus's Disclosure of

Asserted Claims and Infringement Contentions pursuant to P.R. 3-1 against each Defendant, and (2) Fractus's proposed supplemental infringement contentions that are the subject of Fractus's Corrected Opposed Motion for Leave to Amend Its Infringement Contentions (Dkt. No. 151).

2. As a result of such withdrawal by Fractus, Defendants have agreed to withdraw their Motion to Strike Fractus's Infringement Contentions Under the Doctrine of Equivalents (Dkt. No. 198) as moot.

Accordingly, the stipulations set forth above are hereby **ADOPTED** and Defendants' Plaintiff Fractus, S.A.'s Infringement Contentions Under the Doctrine of Equivalents (Dkt. No. 198) is **DENIED AS MOOT** in light of Defendants' withdrawal of such motion as stipulated above.

**So ORDERED and SIGNED this 14th day of March, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE