# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FRACTUS, S.A. § | |
| § | |
| v. § | Case No. 2:18-cv-135- JRG |
| § | |
| AT&T MOBILITY LLC, ET AL. § | |

## MOTION HEARING
### HELD BEFORE DISTRICT JUDGE RODNEY GILSTRAP
### June 18, 2019

**OPEN:** 7:30 a.m.                                            **ADJOURN:** 8:00 a.m.

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANTS-INTERVENORS: | See attached. |
| LAW CLERK: | Matthew Wood |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 7:30 a.m. | Court opened. Counsel announced ready for hearing. |
| 7:34 a.m. | **Courtroom sealed.** The Court heard argument on the Emergency Sealed Patent Motion for Leave to Produce AT&T Settlement Information to Defendants and Intervenor-Defendants and Supplement Fractus's Damages Report Regarding Same (Dkt. No. 334). Mr. Ng argued on behalf of Plaintiff. Mr. Jallali argued on behalf of AT&T. Mr. Kubehl argued on behalf of T-Mobile. Messrs. Vandenburgh and Ayers confirmed no additional points to make on behalf of Verizon. |
| | The Court DENIED the motion. The Court ORDERED costs, attorney fees and travel expenses associated with the briefing and hearing on the motion to be reimbursed to Defendants/Intervenors by Plaintiff. |
| 8:00 a.m. | **Courtroom unsealed.** Court adjourned. |