# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FRACTUS, S.A., <br>     Plaintiff, <br> v. <br> AT&T MOBILITY LLC, <br>     Defendant, <br> T-MOBILE US, INC., ET AL., <br>     Defendants, <br> CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br>     Defendant, <br> COMMSCOPE TECHNOLOGIES LLC and CELLMAX TECHNOLOGIES AB, <br>     Intervenor-Defendants. | Case No. 2:18-cv-00135-JRG <br> LEAD CASE <br><br> Case No. 2:18-cv-00137-JRG <br><br> Case No. 2:18-cv-00138-JRG |

## FRACTUS'S NOTIFICATION OF RELEVANT DETERMINATION FROM RELATED PROCEEDINGS REGARDING ORDER GRANTING FRACTUS'S MOTION TO COMPEL PRODUCTION BY AMPHENOL

Pursuant to the Court's May 28, 2015 Standing Order Requiring Notice of Relevant Determinations from Related Proceedings in Cases Assigned to United States District Judge Rodney Gilstrap, Fractus hereby notifies the Court that the Southern District of New York earlier today granted Fractus's motion to compel Amphenol to produce documents and witnesses for a deposition. *See* Exhibit A. Specifically, the Southern District of New York ordered Amphenol to produce all documents within two weeks and to make its witnesses available for deposition within three weeks. *Id.* at 23. This ruling is relevant to Fractus's Unopposed Motion to Amend Docket Control Order, DE 271, as well as Defendant Verizon's pending Motion to Exclude Dr. Stuart Long from Offering Alleged Testimony Regarding 29 Amphenol Antenna Models, DE 339. Pursuant to the Court's order in DE 278, Fractus will meet and confer with all parties and

will propose a schedule for supplementing expert reports and potential supplemental depositions for the Court's consideration.

Dated: June 19, 2019

Respectfully submitted,

*/s/ Michael Ng*
Michael Ng
California State Bar No. 237915 (Lead Attorney)
Daniel A. Zaheer
California State Bar No. 237118
Michael M. Rosen
California State Bar No. 230964
michael.ng@kobrekim.com
daniel.zaheer@kobrekim.com
michael.rosen@kobrekim.com
**KOBRE & KIM LLP**
150 California Street, 19th Floor
San Francisco, CA 94111
Telephone: 415-582-4800
Facsimile: 415-582-4811

Hugham Chan
Washington DC Bar No. 1011058
Kimberly Perrotta Cole
Washington DC Bar No. 495574
hugham.chan@kobrekim.com
kimberly.cole@kobrekim.com
**KOBRE & KIM LLP**
1919 M Street, NW
Washington, DC 20036
Telephone: 202-664-1956
Facsimile: 202-510-2993

George Stamatopoulos
New York State Bar No. 5163340
Benjamin J.A. Sauter
New York State Bar No. 4691515
Steven W. Perlstein
New York State Bar No. 2982478
george.stamatopoulos@kobrekim.com
benjamin.sauter@kobrekim.com
steven.perlstein@kobrekim.com

**KOBRE & KIM LLP**
800 Third Avenue
New York, NY 10022
Telephone: 646-658-1200
Facsimile: 212-488-1220

Adriana Riviere-Badell
Florida State Bar No. 30572
Gabriela Ruiz
Florida State Bar No. 46844
Joshua Kushner
Florida State Bar No. 93597
adriana.riviere-badell@kobrekim.com
gabriela.ruiz@kobrekim.com
Joshua.kushner@kobrekim.com
**KOBRE & KIM LLP**
201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Telephone: 305-967-6100
Facsimile: 305-967-6120

*/s/ Elizabeth L. DeRieux*
S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770

*/s/   Andrea Fair*
T. John Ward Jr.
Texas State Bar No. 00794818
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea L. Fair
Texas State Bar No. 24078488
jw@jwfirm.com
claire@wsfirm.com
andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, TX 75606

Telephone: 903-757-6400
Facsimile: 903-757-2323

*Attorneys for Plaintiff*
*Fractus, S.A.*