# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FRACTUS, S.A.,<br><br>　　　　Plaintiff,<br><br>v. | JURY TRIAL DEMANDED |
| AT&T MOBILITY LLC,<br><br>　　　　Defendant, | |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>　　　　Defendant, | Case No. 2:18-cv-00138-JRG[1] |
| COMMSCOPE TECHNOLOGIES LLC and CELLMAX TECHNOLOGIES AB,<br><br>　　　　Intervenor-Defendants. | |

**FRACTUS'S UNOPPOSED**
**<u>MOTION TO EXPEDITE BRIEFING</u>**

Plaintiff Fractus, S.A. ("Fractus") respectfully moves for expedited briefing on its Partially Opposed Motion to Amend the Docket Control Order. Dkt No. 485.

---

[1] The instant motion affects only Case No. 2:18-cv-00138-JRG ("the Verizon case"), because, to the best of Fractus's understanding, Amphenol sells infringing products only to Verizon, not to AT&T or T-Mobile.

Local Rule CV-7(e) provides that "[a]ny party may separately move for an order of this court lengthening or shortening" the period within which a response may be filed. Fractus respectfully requests expedited briefing in light of several pending and upcoming deadlines.

The parties have agreed to the following briefing schedule and therefore seek leave of Court to proceed in accordance with the schedule set forth below. No further briefing will be submitted without further order of the Court.

| **Brief** | **Submission Deadline** |
| --- | --- |
| Defendants' Opposition Brief | July 15, 2019 |
| Fractus's Reply Brief | N/A |
| Defendants Sur-Reply Brief | N/A |

Dated: July 2, 2019

Respectfully submitted,

*/s/ Michael Ng*
Michael Ng
California State Bar No. 237915 (Lead Attorney)
Daniel A. Zaheer
California State Bar No. 237118
Michael M. Rosen
California State Bar No. 230964
michael.ng@kobrekim.com
daniel.zaheer@kobrekim.com
michael.rosen@kobrekim.com
**KOBRE & KIM LLP**
150 California Street, 19th Floor
San Francisco, CA 94111
Telephone: 415-582-4800
Facsimile: 415-582-4811

Hugham Chan
Washington DC Bar No. 1011058
Kimberly Perrotta Cole
Washington DC Bar No. 495574
hugham.chan@kobrekim.com

kimberly.cole@kobrekim.com
**KOBRE & KIM LLP**
1919 M Street, NW
Washington, DC 20036
Telephone: 202-664-1956
Facsimile: 202-510-2993

George Stamatopoulos
New York State Bar No. 5163340
Benjamin J.A. Sauter
New York State Bar No. 4691515
Steven W. Perlstein
New York State Bar No. 2982478
george.stamatopoulos@kobrekim.com
benjamin.sauter@kobrekim.com
steven.perlstein@kobrekim.com
**KOBRE & KIM LLP**
800 Third Avenue
New York, NY 10022
Telephone: 646-658-4972
Facsimile: 212-488-1220

Adriana Riviere-Badell
Florida State Bar No. 30572
Gabriela Ruiz
Florida State Bar No. 46844
Joshua Kushner
Florida State Bar No. 93597
adriana.riviere-badell@kobrekim.com
gabriela.ruiz@kobrekim.com
Joshua.kushner@kobrekim.com
**KOBRE & KIM LLP**
201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Telephone: 305-967-6100
Facsimile: 305-967-6120

*/s/ Elizabeth L. DeRieux*
S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.

Gladewater, TX 75647
Telephone: 903-845-5770

*/s/ Andrea L. Fair*
T. John Ward Jr.
Texas State Bar No. 00794818
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea L. Fair
Texas State Bar No. 24078488
jw@jwfirm.com
claire@wsfirm.com
andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, TX 75606
Telephone: 903-757-6400
Facsimile: 903-757-2323

*Attorneys for Plaintiff*
*Fractus, S.A.*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served by ECF on July 2, 2019, and has been served on all counsel who have consented to electronic service.

*/s/ Michael Ng*
Michael Ng

## CERTIFICATE OF CONFERENCE

Counsel has complied with the meet and confer requirement in Local Rule CV-7(h). Counsel for Fractus, S.A. conducted a telephone call on July 1, 2019 with counsel for Verizon and CommScope. The parties agreed on the schedule set for herein. Fractus S.A.'s motion is not opposed.

*/s/ Michael Rosen*
Michael Rosen