**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **FRACTUS, S.A.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO.  2:18-CV-00138-JRG** |
| v. | § | |
| | § | |
| **VERIZON COMMUNICATIONS INC.,** | § | **CIVIL ACTION NO. 2:18-CV-00135-JRG** |
| **CELLCO PARTNERSHIP D/B/A** | § | **(LEAD CASE)** |
| **VERIZON WIRELESS,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Before the Court is Fractus, S.A.'s ("Fractus") Partially Opposed Renewed Motion to Amend Docket Control Order (the "Motion"). (Dkt. No. 485.) In the unopposed portion of its Motion, Fractus seeks a limited extension of the fact discovery deadline in Case No. 2:18-cv-138-JRG, which is consolidated under Case No. 2:18-cv-135-JRG, in order to take fact discovery relevant to products accused of patent infringement in that case, as ordered by the United States District Court for the Southern District of New York. (*Id.* at 1.) In the opposed portion of its Motion, Fractus seeks a limited extension of the expert discovery deadline in order to incorporate the results of such limited fact discovery into supplemental expert reports. (*Id.* at 2.) Fractus further requests that the Court expedite briefing on its Motion. (*Id.* at 5.)

Having considered the Motion, the Court is of the opinion that the unopposed portion of the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that the fact discovery deadline in Case No. 2:18-cv-138-JRG is extended up to and including **Friday, July 12, 2019**, for the limited purpose of conducting discovery ordered by the Southern District of New York. (*See* Dkt. No. 432-1.)

It is further **ORDERED** that any responsive briefing in opposition by Defendants or Intervenor-Defendants to the opposed portion of the Motion shall be filed no later than **Monday, July 8, 2019, at 2:00 p.m.** No reply or sur-replies in support of or in opposition thereto shall be filed without leave of the Court.

The opposed portion of Fractus's Motion (Dkt. No. 485) remains pending before the Court and is **CARRIED**.

**So ORDERED and SIGNED this 3rd day of July, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE