# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FRACTUS, S.A.,<br><br>           Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC,<br><br>           Defendant. | **CIVIL ACTION NO. 2:18-CV-00135-JRG<br>LEAD CASE** |

## NOTICE OF REQUEST FOR DAILY TRANSCRIPTS
## AND REALTIME REPORTING

Pursuant to the Court's Docket Control Order, Plaintiff requests daily transcripts and realtime reporting of the Court proceedings for this trial. Plaintiff further notifies the Court and all parties that a copy of this Notice is being submitted via electronic mail to the Court Reporter, Shelly Holmes, at shelly_holes@txed.uscourts.gov.

Dated: July 26, 2019            Respectfully submitted,

/s/ *Michael Ng w/permission Andrea L. Fair*
Michael Ng
California State Bar No. 237915 (Lead Attorney)
Daniel A. Zaheer
California State Bar No. 237118
Michael M. Rosen
California State Bar No. 230964
Luke J. Burton
California State Bar No. 301247
Alexandra Fellowes
California State Bar No. 261929
michael.ng@kobrekim.com
daniel.zaheer@kobrekim.com
michael.rosen@kobrekim.com
luke.burton@kobrekim.com
alexandra.fellowes@kobrekim.com

1

**KOBRE & KIM LLP**
150 California Street, 19th Floor
San Francisco, CA 94111
Telephone: 415-582-4800
Facsimile: 415-582-4811

Hugham Chan
Washington DC Bar No. 1011058
**KOBRE & KIM LLP**
1919 M Street, NW
Washington, DC 20036
Telephone: 202-664-1956
Facsimile: 202-510-2993
E-mail:hugham.chan@kobrekim.com

Adriana Riviere-Badell
Florida State Bar No. 30572
Joshua Kushner (admitted Pro Hac Vice)
Florida State Bar No. 93597
adriana.riviere-badell@kobrekim.com
joshua.kushner@kobrekim.com
KOBRE & KIM LLP
201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Telephone: 305-967-6100
Facsimile: 305-967-6120

George Stamatopoulos (admitted Pro Hac Vice)
New York State Bar No. 5163340
KOBRE & KIM LLP
800 3rd Avenue
New York, NY 10022
Telephone: 212-488-1200

*/s/ S. Calvin Capshaw w/permission Andrea L. Fair*
S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
CAPSHAW DERIEUX LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770

Of Counsel:
*/s/ Andrea L. Fair*_____
T. John Ward Jr.
Texas State Bar No. 00794818
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea L. Fair
Texas State Bar No. 24078488
jw@jwfirm.com
claire@wsfirm.com
andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, TX 75606
Telephone: 903-757-6400
Facsimile: 903-757-2323

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this 26th day of July, 2019.

*/s/ Andrea L. Fair*
Andrea L. Fair