# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 2:18-CV-00135-JRG** |
| | § | **LEAD CASE** |
| AT&T MOBILITY LLC, | § | |
| | § | |
| Defendant, | § | |
| CELLMAX TECHNOLOGIES AB, | § | |
| | § | |
| Intervenor-Defendant, | § | |
| | § | **CIVIL ACTION NO. 2:19-CV-00256-JRG** |
| T-MOBILE US, INC., T-MOBILE USA, INC., | § | **MEMBER CASE** |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff Fractus, S.A. ("Fractus"); Intervenor-Defendant CellMax Technologies AB ("CellMax"); and Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.'s (collectively, "T-Mobile") Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion"). (Dkt. No. 578.) The Motion seeks a stay of all deadlines in Case No. 2:19-cv-256-JRG, pending settlement of the claims therein, and does not seek relief with regard to any other case consolidated therewith. (*Id.* at 2.) Having considered the Motion and noting that it is unopposed, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that any and all deadlines in Case No. 2:19-cv-256-JRG are stayed for thirty (30) days from the date of this Order, during which time the parties shall file appropriate dismissal papers shall be tendered to the Court for entry herein.

**So Ordered this**

**Aug 8, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE