# EXHIBIT F
# REDACTED IN
# ENTIRETY