**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| FRACTUS, S.A., § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | **CIVIL ACTION NO. 2:18-CV-00135-JRG** | |
| § | **LEAD CASE** | |
| AT&T MOBILITY LLC, § | | |
| § | | |
| Defendant, § | | |
| COMMSCOPE TECHNOLOGIES LLC, § | | |
| § | | |
| Intervenor-Defendant, § | | |
| § | | |
| T-MOBILE US, INC., T-MOBILE USA, § | **CIVIL ACTION NO. 2:19-CV-00255-JRG** | |
| INC., VERIZON COMMUNICATIONS § | **MEMBER CASE** | |
| INC., CELLCO PARTNERSHIP D/B/A § | | |
| VERIZON WIRELESS, § | | |
| § | | |
| Defendants. § | | |

**ORDER**

The Court issues this Order *sua sponte*. Before the Court is Plaintiff Fractus S.A.'s Motion for Leave to Modify Protective Order (the "Motion"). (Dkt. No. 614.) It is hereby **ORDERED** that any party opposed to the Motion, including AT&T Mobility LLC, shall file its response in opposition to the Motion no later than **Monday, September 2, 2019, at 12:00 p.m.** No replies or sur-replies shall be filed without leave of the Court.

A hearing on the Motion is hereby **SET** for **Tuesday, September 3, 2019, at 9:00 a.m. in Marshall, Texas** during the already scheduled pretrial conference in the above-captioned case. It is further **ORDERED** that counsel for AT&T Mobility LLC shall attend this hearing.

**So ORDERED and SIGNED this 28th day of August, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE