**IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF TEXAS MARSHALL DIVISION**

| | |
|---|---|
| FRACTUS, S.A.,<br><br>   Plaintiff,<br> v.<br><br>AT&T MOBILITY LLC,<br><br>   Defendant,<br><br>COMMSCOPE TECHNOLOGIES LLC,<br><br>   Intervenor-Defendant, and<br><br>T-MOBILE US, INC., ET AL.,<br><br>   Defendants. | JURY TRIAL DEMANDED<br><br><br>Case No. 2:18-cv-00135-JRG<br>LEAD CASE<br><br><br><br>Case No. 2:19-cv-255-JRG<br>MEMBER CASE |

## STIPULATION REGARDING USE OF VERTICAL BRIDGE CONFIDENTIAL INFORMATION AT TRIAL

Plaintiff Fractus, S.A. ("Fractus") and third party Vertical Bridge REIT, LLC ("Vertical Bridge") make the following stipulation regarding use of Vertical Bridge's confidential information at trial:

(1) Vertical Bridge does not object to Fractus producing the document bates numbered ATT_FRAC87979 to Defendants CommScope Technologies LLC, T-Mobile US, Inc., T-Mobile USA, Inc., and Cellco Partnership D/B/A Verizon Wireless (collectively, "Defendants") on a HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY basis in accordance with the Protective Order issued in this case (Dkt. No. 75).

(2) Fractus agrees that it will request that the court seal the courtroom if the document bates numbered ATT_FRAC87979, or any similar document containing Vertical Bridge's confidential information, is discussed or entered into evidence at trial. Fractus further agrees that it will only seek to admit the document bates numbered ATT_FRAC87979, or any similar document containing Vertical Bridge's confidential information, into evidence as a sealed exhibit.

1

Agreed to on behalf of Fractus, S.A.:

*/s/ Michael Ng*

Agreed to on behalf of Vertical Bridge REIT, LLC:

*/s/ C. Mark Stratton*

Dated: September 2, 2019

Respectfully submitted,

/s/ *Michael Ng*
Michael Ng
California State Bar No. 237915 (Lead Attorney)
Daniel A. Zaheer
California State Bar No. 237118
Michael M. Rosen
California State Bar No. 230964
Luke J. Burton
California State Bar No. 301247
Alexandra Fellowes
California State Bar No. 261929
michael.ng@kobrekim.com
daniel.zaheer@kobrekim.com
michael.rosen@kobrekim.com
luke.burton@kobrekim.com
alexandra.fellowes@kobrekim.com
**KOBRE & KIM LLP**
150 California Street, 19th Floor
San Francisco, CA 94111
Telephone: 415-582-4800
Facsimile: 415-582-4811

Hugham Chan
Washington DC Bar No. 1011058

**KOBRE & KIM LLP**
1919 M Street, NW
Washington, DC 20036
Telephone: 202-664-1956
Facsimile: 202-510-2993
E-mail:hugham.chan@kobrekim.com

Adriana Riviere-Badell
Florida State Bar No. 30572
Joshua Kushner (admitted Pro Hac Vice)
Florida State Bar No. 93597
adriana.riviere-badell@kobrekim.com
joshua.kushner@kobrekim.com
KOBRE & KIM LLP
201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Telephone: 305-967-6100
Facsimile: 305-967-6120

George Stamatopoulos (admitted Pro Hac Vice)
New York State Bar No. 5163340
KOBRE & KIM LLP
800 3rd Avenue
New York, NY 10022
Telephone: 212-488-1200

*/s/ S. Calvin Capshaw*_____
S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
CAPSHAW DERIEUX LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770

*/s/ Claire Henry*_____
T. John Ward Jr.
Texas State Bar No. 00794818
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea L. Fair
Texas State Bar No. 24078488

3

jw@jwfirm.com
claire@wsfirm.com
andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, TX 75606
Telephone: 903-757-6400
Facsimile: 903-757-2323

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this 2nd day of September, 2019.  I also certify that a copy of this filing has been provided to counsel for Vertical Bridge REIT, LLC, C. Mark Stratton, at the following email address:  strattonm@gtlaw.com.

*/s/ Benjamin Sauter*
Benjamin Sauter