## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| FRACTUS, S.A., <br><br> Plaintiff, <br> v. <br><br> AT&T MOBILITY LLC, <br><br> Defendant, <br><br> T-MOBILE US, INC., ET AL., <br><br> Defendants, <br><br> CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br> Defendant <br><br> COMMSCOPE TECHNOLOGIES LLC, <br><br> Intervenor-Defendant, and <br><br> T-MOBILE US, INC., ET AL., <br><br> Defendants, | JURY TRIAL DEMANDED <br><br><br> Case No. 2:18-cv-00135-JRG <br> LEAD CASE <br><br><br> Case No. 2:18-cv-00137-JRG <br> MEMBER CASE <br><br><br> Case No. 2:18-cv-00138-JRG <br> MEMBER CASE <br><br><br> Case No. 2:19-cv-255-JRG <br> MEMBER CASE |

### **NOTICE OF CORRECTED EXHIBIT**

Plaintiff Fractus, S.A. and Defendants T-Mobile USA, Inc., T-Mobile US, Inc., Cellco Partnership d/b/a Verizon Wireless, and CommScope Technologies LLC hereby submit the corrected Exhibit A to the Stipulation dated September 24, 2019 (Dkt. 679). The corrected Exhibit A supersedes Dkts. 680 and 680-1 and Dkts. 681 and 681-1.

| | |
|---|---|
| Dated: September 26, 2019 | Respectfully submitted, |
| By: */s/ Syed K. Fareed*<br>Douglas M. Kubehl<br>(TX Bar No. 00796909)<br>(LEAD ATTORNEY)<br>Jeffery D. Baxter<br>(TX Bar No. 24006816)<br>David Tobin<br>(TX Bar No. 24060735)<br>Cason G. Cole<br>(TX Bar No. 24109741)<br>Melissa Butler<br>Texas State Bar No. 24097442<br>**Baker Botts L.L.P.**<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 953-6500<br>doug.kubehl@bakerbotts.com<br>jeff.baxter@bakerbotts.com<br>david.tobin@bakerbotts.com<br>cason.cole@bakerbotts.com<br>melissa.butler@bakerbotts.com<br><br>Sarah J. Guske<br>(CA Bar No. 232467)<br>**Baker Botts L.L.P.**<br>101 California St.<br>San Francisco, CA 94111<br>Telephone: (415) 291-6200<br>sarah.guske@bakerbotts.com<br><br>Syed K. Fareed<br>(TX Bar No. 24065216)<br>Valerie Barker<br>(TX Bar No. 24087141)<br>Bailey Morgan Watkins<br>(TX Bar No. 24102244)<br>**Baker Botts L.L.P.**<br>98 San Jacinto Blvd #1500<br>Austin, TX 78701<br>Telephone: (512) 322-2500<br>syed.fareed@bakerbotts.com<br>valerie.barker@bakerbotts.com<br>bailey.watkins@bakerbotts.com | By: */s/ Michael Ng*<br>Michael Ng<br>California State Bar No. 237915 (Lead Attorney)<br>Daniel A. Zaheer<br>California State Bar No. 237118<br>Michael M. Rosen<br>California State Bar No. 230964<br>michael.ng@kobrekim.com<br>daniel.zaheer@kobrekim.com<br>michael.rosen@kobrekim.com<br>**KOBRE & KIM LLP**<br>150 California Street, 19th Floor<br>San Francisco, CA 94111<br>Telephone: 415-582-4800<br>Facsimile: 415-582-4811<br><br>Hugham Chan<br>Washington DC Bar No. 1011058<br>Kimberly Perrotta Cole<br>Washington DC Bar No. 495574<br>hugham.chan@kobrekim.com<br>kimberly.com@kobrekim.com<br>**KOBRE & KIM LLP**<br>1919 M Street, NW<br>Washington, DC 20036<br>Telephone: 202-664-1956<br>Facsimile: 202-510-2993<br><br>George Stamatopoulos<br>New York State Bar No. 5163340<br>Benjamin J.A. Sauter<br>New York State Bar No. 4691515<br>Steven W. Perlstein<br>New York State Bar No. 2982478<br>george.stamatopoulos@kobrekim.com<br>benjamin.sauter@kobrekim.com<br>steven.perlstein@kobrekim.com<br>**KOBRE & KIM LLP**<br>800 Third Avenue<br>New York, NY 10022<br>Telephone: 646-658-4972<br>Facsimile: 212-488-1220 |

Melissa R. Smith
(TX Bar No. 24001351)
**Gillam & Smith LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
melissa@gillamsmithlaw.com

*Counsel for T-Mobile USA, INC., and T-Mobile US, INC.*


By: */s/ J. Ravindra Fernando*
Ross R. Barton
(NC Bar No. 37179)
J. Ravindra Fernando
(NC Bar No. 49199)
**Alston & Bird LLP**
101 South Tyron Street, Suite 4000 Charlotte, North Carolina, 28280
Telephone: (704) 444-1000
ross.barton@alston.com
ravi.fernando@alston.com

Michael J. Newton
(TX Bar No. 24003844)
Brady Cox
(TX Bar No. 24074084)
**Alston & Bird LLP**
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: (214) 922-3400
mike.newton@alston.com
brady.cox@alston.com

Darlena H. Subashi (NC Bar No. 53142)
**Alston & Bird LLP**
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27601
Telephone: (919) 862-2200
darlena.subashi@alston.com
*Admitted to practice in Massachusetts
And North Carolina only.

Michael C. Deane (GA Bar No. 498195)

Adriana Riviere-Badell
Florida State Bar No. 30572
Gabriela Ruiz
Florida State Bar No. 46844
Joshua Kushner
Florida State Bar No. 93597
adriana.riviere-badell@kobrekim.com
gabriela.ruiz@kobrekim.com
Joshua.kushner@kobrekim.com
**KOBRE & KIM LLP**
201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Telephone: 305-967-6100
Facsimile: 305-967-6120

By: */s/ S. Calvin Capshaw*
S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770

By: */s/ Claire Abernathy Henry*
T. John Ward Jr.
Texas State Bar No. 00794818
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea L. Fair
Texas State Bar No. 24078488
jw@jwfirm.com
claire@wsfirm.com
andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, TX 75606
Telephone: 903-757-6400
Facsimile: 903-757-2323

*Attorneys for Plaintiff
FRACTUS, S.A.*

ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
Email: michael.deane@alston.com

Michael E. Jones
(TX Bar No. 10929400)
Patrick C. Clutter
(TX Bar No. 24036374)
**Potter Minton,** a Professional Corporation 110
North College Avenue, Suite 500
Tyler, TX 75702
Telephone: (903) 597-8311
mikejones@potterminton.com
patrickclutter@potterminton.com

*Attorneys for Defendant Cellco Partnership*
*d/b/a Verizon Wireless*


By: */s/ Dennis C. Bremer*
Eric H. Findlay
(TX Bar No. 00789886)
Brian Craft
(TX Bar No. 04972020)
**Findlay Craft, P.C.**
102 N. College Ave., Ste. 900
Tyler, TX 75702
Telephone: (903) 534-1100
efindlay@findlaycraft.com
bcraft@findlaycraft.com

**OF COUNSEL:**
J. Derek Vandenburgh
Timothy A. Lindquist
Dennis C. Bremer
Iain A. McIntyre
Matthew J. Goggin
Bradley W. Micsky
Caroline L. Marsili
**Carlson, Caspers, Vandenburgh**
**Lindquist & Schuman, P.A.**
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402

- 5 -

(612) 436-9600 Telephone
(612) 436-9605 Facsimile
dvandenburgh@carlsoncaspers.com
tlindquist@carlsoncaspers.com
dbremer@carlsoncaspers.com
imcintyre@carlsoncaspers.com
mgoggin@carlsoncaspers.com
bmicsky@carlsoncaspers.com
cmarsili@carlsoncaspers.com

*Attorneys for Intervenor-Defendant*
*CommScope Technologies LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been delivered to all counsel of record through the Court's CM/ECF system on this 26th day of September, 2019.

*/s/  Michael Ng*
