# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FRACTUS, S.A.,<br><br>        Plaintiff,<br>v.<br><br>AT&T MOBILITY LLC,<br><br>        Defendant,<br><br>T-MOBILE US, INC., ET AL.,<br><br>        Defendants | JURY TRIAL DEMANDED<br><br><br>Case No. 2:18-cv-00135-JRG<br>LEAD CASE<br><br><br>Case No. 2:18-cv-00137-JRG<br>MEMBER CASE |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff **Fractus, S.A.** ("Fractus") and Defendants **T-Mobile USA, Inc. and T-Mobile US, Inc.** (collectively, "T-Mobile"), pursuant to the Court's Standing Order Regarding Notification of Settlement, file this Joint Motion to Stay All Deadlines and Notice of Settlement for Case No. 2:18-cv-00137-JRG and would respectfully show as follows:

Fractus has represented to T-Mobile that it has reached an agreement in principle with a non-party that will resolve all claims that Fractus has asserted against T-Mobile at issue in Case No. 2:18-cv-00137-JRG (which concerns only non-CommScope products).  The matters in controversy between Fractus and T-Mobile, set for trial in Case No. 2:19-cv-255-JRG (which concerns only CommScope products), remain in controversy.  Fractus and T-Mobile respectfully request that the Court stay any existing deadlines contained in the Court's Docket Control Order for Case No. 2:18-cv-00137-JRG for thirty (30) days so that appropriate dismissal papers may be submitted.  This stay does not extend to any existing deadlines as to any case other than Case No. 2:18-cv-00137-JRG.

Dated: October 2, 2019                                   Respectfully submitted,

By: */s/ Douglas M. Kubehl*
Douglas M. Kubehl
(TX Bar No. 00796909)
(LEAD ATTORNEY)
Jeffery D. Baxter
(TX Bar No. 24006816)
David Tobin
(TX Bar No. 24060735)
Cason G. Cole
(TX Bar No. 24109741)
Melissa Butler
Texas State Bar No. 24097442
**Baker Botts L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
doug.kubehl@bakerbotts.com
jeff.baxter@bakerbotts.com
david.tobin@bakerbotts.com
cason.cole@bakerbotts.com
melissa.butler@bakerbotts.com

Sarah J. Guske
(CA Bar No. 232467)
**Baker Botts L.L.P.**
101 California St.
San Francisco, CA 94111
Telephone: (415) 291-6200
sarah.guske@bakerbotts.com

Syed K. Fareed
(TX Bar No. 24065216)
Valerie Barker
(TX Bar No. 24087141)
Bailey Morgan Watkins
(TX Bar No. 24102244)
**Baker Botts L.L.P.**
98 San Jacinto Blvd #1500
Austin, TX 78701
Telephone: (512) 322-2500
syed.fareed@bakerbotts.com
valerie.barker@bakerbotts.com
bailey.watkins@bakerbotts.com

Melissa R. Smith
(TX Bar No. 24001351)

By: */s Michael Ng*
Michael Ng
California State Bar No. 237915 (Lead Attorney)
Daniel A. Zaheer
California State Bar No. 237118
Michael M. Rosen
California State Bar No. 230964
michael.ng@kobrekim.com
daniel.zaheer@kobrekim.com
michael.rosen@kobrekim.com
**KOBRE & KIM LLP**
150 California Street, 19th Floor
San Francisco, CA 94111
Telephone: 415-582-4800
Facsimile: 415-582-4811

Hugham Chan
Washington DC Bar No. 1011058
Kimberly Perrotta Cole
Washington DC Bar No. 495574
hugham.chan@kobrekim.com
kimberly.com@kobrekim.com
**KOBRE & KIM LLP**
1919 M Street, NW
Washington, DC 20036
Telephone: 202-664-1956
Facsimile: 202-510-2993

George Stamatopoulos
New York State Bar No. 5163340
Benjamin J.A. Sauter
New York State Bar No. 4691515
Steven W. Perlstein
New York State Bar No. 2982478
george.stamatopoulos@kobrekim.com
benjamin.sauter@kobrekim.com
steven.perlstein@kobrekim.com
**KOBRE & KIM LLP**
800 Third Avenue
New York, NY 10022
Telephone: 646-658-4972
Facsimile: 212-488-1220

Adriana Riviere-Badell
Florida State Bar No. 30572

3

| | |
|---|---|
| **Gillam & Smith LLP**<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Telephone: 903-934-8450<br>melissa@gillamsmithlaw.com<br><br>*Counsel for T-Mobile USA, INC., and T-Mobile US, INC.* | Gabriela Ruiz<br>Florida State Bar No. 46844<br>Joshua Kushner<br>Florida State Bar No. 93597<br>adriana.riviere-badell@kobrekim.com<br>gabriela.ruiz@kobrekim.com<br>Joshua.kushner@kobrekim.com<br>**KOBRE & KIM LLP**<br>201 South Biscayne Boulevard, Suite 1900<br>Miami, Florida 33131<br>Telephone: 305-967-6100<br>Facsimile: 305-967-6120<br><br>By: */s/ Elizabeth L. DeRieux*<br>S. Calvin Capshaw<br>Texas State Bar No. 03783900<br>Elizabeth L. DeRieux<br>Texas State Bar No. 05770585<br>ccapshaw@capshawlaw.com<br>ederieux@capshawlaw.com<br>**CAPSHAW DERIEUX LLP**<br>114 E. Commerce Ave.<br>Gladewater, TX 75647<br>Telephone: 903-845-5770<br><br>By: */s/ Claire Abernathy Henry*<br>T. John Ward Jr.<br>Texas State Bar No. 00794818<br>Claire Abernathy Henry<br>Texas State Bar No. 24053063<br>Andrea L. Fair<br>Texas State Bar No. 24078488<br>jw@jwfirm.com<br>claire@wsfirm.com<br>andrea@wsfirm.com<br>**WARD, SMITH & HILL, PLLC**<br>PO Box 1231<br>Longview, TX 75606<br>Telephone: 903-757-6400<br>Facsimile: 903-757-2323<br><br>*Attorneys for Plaintiff*<br>*FRACTUS, S.A.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been delivered to all counsel of record through the Court's CM/ECF system on this 2nd day of October, 2019.

*/s/ Michael Ng*
