# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FRACTUS, S.A., <br><br> Plaintiff, <br> v. <br><br> AT&T MOBILITY LLC, <br><br> Defendant, <br><br> T-MOBILE US, INC., ET AL., <br><br> Defendants | JURY TRIAL DEMANDED <br><br><br> Case No. 2:18-cv-00135-JRG <br> LEAD CASE <br><br><br> Case No. 2:18-cv-00137-JRG <br> MEMBER CASE |

## [PROPOSED] ORDER ON MOTION TO STAY AND NOTICE OF SETTLEMENT

Pending before the Court is the Joint Motion to Stay and Notice of Settlement. Having considered the Motion, the Court is of the opinion that it should be GRANTED.

Accordingly, it is ORDERED that any existing deadlines contained in the Court's Docket Control Order for Case No. 2:18-cv-00137-JRG are stayed for thirty (30) days so that appropriate dismissal papers may be submitted. This stay does not extend to any existing deadlines as to any case other than Case No. 2:18-cv-00137-JRG.